## IN THE UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT (TAMPA) FLORIDA
## CASE NO.: 8:16-CV-3299-EAK-MAP

## AMENDED COMPLAINT

RANDALL C. TOWNSEND, )
Individually, AND as natural parent, )
Guardian, and next friend of J.D.T. )
and J.G.T., AND as F.S.§617.0834, )
"Representative" of THE FIRST )
BAPTIST CHURCH OF CITRUS )
PARK (FBCCP) AND MINISTRY )
CITRUS PARK CHRISTIAN )
SCHOOL (CPCS) A FLORIDA )
"NOT FOR PROFIT" CORP. )
       PLAINTIFF(S) )
V. )
    )
JOHN GRANT, INDIVIDUAL, and )
"PERSONS" LISTED BELOW and )
"OTHERS DOE TO BE NAMED" )
NOVA SALES INC. )
JAMES BALLARD, )
BRIAN D. BALLARD, )
BOB MARTINEZ, GOVERNOR )
JAMES C. SMITH, A.G. )
MEL MARTINEZ, )
GEORGE H.W. BUSH #41 )
BILL MCCULLOM, A.G. )
BOB BUTTERWORTH, A.G. )
JOE LIGORI )
RICK SWEARINGEN, FDLE )
KEN CONNER )
LAWTON CHILES, GOVERNOR. )
LANE, TROHN, Et Al, P.A. )
A.H. LANE, Judge, )
WILL WEATHERFORD,  . )
SOUTHERN STRATEGY GROUP, )
WAL-MART, STORES INC. )
SUZANNE GORDON, )
GEORGE DAVID III, )
JOSEPH RATHEL, )
KENNETH ELLIS, )
ERNST "SMITTY" SMITH, )
GEORGE KOCH, )

FROM: 13th CIR. 2015-1928; 2D16-612;
5D16-2184;   FSCT 2016-1501
RICO AND TORT
VIOLATIONS OF CIVIL RIGHTS
including RELIGIOUS RIGHTS and
TORT INTERFERENCE WITH
CONTRACTS AND CHILD CUSTODY
AND DEFAMATION AND INJURY
AND DEMAND FOR JURY TRIAL
AND BENCH WARRANTS SOUGHT
AND INJUNCTIVE RELIEF SOUGHT

Related Previous Continued Cases
Townsend ET AL v. Heather Gray ET AL
     8:12-cv-1198-EAK-EAJ
Townsend ET AL v. Ronald Beck ET AL
     8:06-CV2050T-30-TGW

From The Eleventh Circuit:
Townsend et al v. Heather Gray et al
     12-13892AA
Townsend et al v. Ron Beck et al
     08-10721

CLERK US DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA FLORIDA
2016 DEC 13 PM 12:24
FILED

1

ROBERT P. KOCH,                    )
CHARLES KOCH,                      )
DAVID KOCH,                        )
KOCH INDUSTRIES,                   )        Continued Actions From:
EDWARD CRENSHAW, Publix            )        Removed Now From Florida State Courts:
JORGE LABARGA, Judge              )        FSCT 16-1501 Townsend v. Grant et al
EMMETT BATTLES, Judge             )        FSCT 2011-1042 Townsend v. Gray
CHRISTOPHER NASH, Judge           )        FSCT 2007-1181 Townsend v. Townsend
BOB GUALTIERI, Sheriff            )        FSCT Chapin 97-8519, 9th Circuit
GRADY JUDD, Sheriff               )        FSCT Popper 97-8520, 9th Circuit
ROBERT O'NEIL,                    )        FSCT 86-918 (1996) T.v. Lane et al
ELIZABETH A. KOVACHEVICH, )              2DCA APPEAL: 10-774
STEPHEN D. MERRYDAY,              )            13th Circuit CASE NO: 06-6005
HEATHER M. GRAY, Individually,
HEATHER M. GRAY, ATTORNEY AT LAW,
HEATHER M. GRAY, P.A. A FLORIDA CORPORATION, ET.AL.) AS
        NOW DISBARRED AND ONCE ATTORNEY FOR ABOVE PLAINTIFFS
And Co-Defendants as RONALD L. BECK,        (a.k.a. Ron Beck) Individually,
REVEREND RONALD L. BECK, AS SENIOR PASTOR, OF FIRST BAPTIST
CHURCH OF CITRUS PARK, (FBCCP), ET. AL. AND NOW As per all as
DEFENDANTS Listed Below herein, AS STATED BELOW
L.T. CIRCUIT CASE NO: 02-03812; 2DCA- CASE NO: 2D07-4861; FROM CASE
NO: 01-15813 and 01-15814 OF FAMILY COURT –DOMESTIC VIOLENCE
DIVISION; & 02-4974-DIVORCE, AND By Motions for Consolidation of below
Related cases, tried to be heard and tried herein by jury but was unlawfully denied.
        V.
RONALD L. BECK, (a.k.a. Ron Beck) INDIVIDUALLY, REVEREND RONALD L.
BECK, AS SENIOR PASTOR, OF FIRST BAPTIST CHURCH OF CITRUS PARK,
(Hereinafter as FBCCP), RON BECK, AS PASTOR /MEMBER OF FBCCP AS OF
CPCS SCHOOL BOARD, RON BECK, AND AS PROPERTY ACQUISITION
COMMITTEE MEMBER, AS BY-LAW'S PASTOR/MEMBER OF ALL
COMMITTEES OF FBCCP AND CPCS
WILLIAM T. BROWN, (a.k.a. Bill Brown), INDIVIDUALLY, REVEREND WILLIAM
T. BROWN, OF FBCCP AS PASTOR OF EDUCATION AND ADMINISTRATION;
HERMAN MEISTER, INDIVIDUALLY, REVEREND HERMAN MEISTER, AS
PASTOR OF SCHOOL MINISTRIES, OF FBCCP; HERMAN MEISTER AS CPCS
EMPLOYEE AND SCHOOL BOARD MEMBER, HERMAN MEISTER AS BY-LAW
PASTOR/MEMBER OF ALL COMMITTEES OF FBCCP/CPCS, AND AS
PROPERTY ACQUISITION COMMITTEE MEMBER,
GARY LEATHERMAN, INDIVIDUALLY, GARY LEATHERMAN, AS
TRUSTEE(1997-2005) DEACON AND GARY LEATHERMAN AS MEMBER OF
FINANCE COMMITTEE OF FBCCP AND GARY LEATHERMAN AS MEMBER OF
PERSONNEL COMMITTEE, OF FBCCP, AND AS PROPERTY ACQUISITION
COMMITTEE MEMBER,
ROBERT GILES, INDIVIDUALLY, ROBERT GILES, AS MEMBER OF

2

PERSONNEL COMMITTEE, OF FBCCP; ROBERT GILES AS FBCCP DEACON,
ROBERT GILES AS MEMBER OF THE CPCS SCHOOL BOARD, AND AS
PROPERTY ACQUISITION COMMITTEE MEMBER,
TIM JEFFERS, INDIVIDUALLY, TIM JEFFERS, AS FINANCE COMMITTEE
MEMBER OF FBCCP TIM JEFFERS, AS FBCCP DEACON, TIM JEFFERS, AS
FBCCP TRUSTEE (2005-present),
FRANK EDWARDS, INDIVIDUALLY, FRANK EDWARDS AS FBCCP FINANCE
COMMITTEE MEMBER, AS PROPERTY ACQUISITION COMMITTEE MEMBER,
MARK NUNES, INDIVIDUALLY, MARK NUNES, AS DEACON;
MIKE SHUMATE, INDIVIDUALLY, MIKE SHUMATE, AS DEACON
JOE HOWLETT, INDIVIDUALLY, JOE HOWLETT, AS TRUSTEE,(1995-?) OF
FBCCP, JOE HOWLETT AS FINANCE COMMITTEE MEMBER 2007
GEOFF SMITH, INDIVIDUALLY, GEOFF SMITH, AS ALLEGED CORPORATION
PRESIDENT, AND AS TRUSTEE (at all times), GEOFF SMITH AS FBCCP
DEACON; GEOFF SMITH, AS CHAIRMAN OF PHASE I COMMITTEE;
DR. LON LYNN, INDIVIDUALLY, DR. LON LYNN, AS A MEDICAL DOCTOR,
KAREN HARROD TOWNSEND, Individually, KAREN HARROD TOWNSEND AS
EMPLOYEE OF CPCS/FBCCP
PAULA POWELL, Individually, PAULA POWELL AS FBCCP FINANCIAL
SECRETARY EMPLOYEE, PAULA POWELL AS CPCS BOARD MEMBER,
CARL (BUDDY) RAWLS, Individually, CARL(BUDDY) RAWLS, AS MEMBER OF
THE LONG RANGE PLANNING COMMITTEE FBCCP, AND DEACON
DUANE MILFORD, Individually, DUANE MILFORD AS LONG RANGE PLANNING
COMMITTEE MEMBER OF FBCCP, AS PERSONNEL COMMITTEE MEMBER AS
CHAIRMAN,1997, AND AS PROPERTY ACQUISITION COMMITTEE MEMBER,
KAREN JEFFERS, Individually, KAREN JEFFERS AS EMPLOYEE AS SCHOOL
PRINCIPLE OF CPCS/FBCCP,
GAYLE LYNN, Individually, GAYLE LYNN, AS EMPLOYEE CPCS/FBCCP,
APRIL BECK, Individually, APRIL BECK, AS EMPLOYEE OF CPCS/FBCCP,
JIM LEAHY, Individually, JIM LEAHY AS PERSONNEL COMMITTEE CHAIRMAN
OF FBCCP, JIM LEAHY AS DEACON FBCCP,
JOE KAREAS, Individually,
MICHAEL JOHN CORBIN, Individually, MICHAEL JOHN CORBIN AS MEMBER
OF THE LONG RANGE PLANNING COMMITTEE FBCCP,
JACKIE CORBIN, Individually, JACKIE CORBIN AS CPCS BOARD MEMBER 2007,
JOYCE MEISTER, Individually, JOYCE MEISTER, AS EMPLOYEE OF CPCS/FBCC,
JACKIE HOWLETT, Individually, JACKIE HOWLETT AS CPCS SCHOOL BOARD
MEMBER, JACKIE HOWLETT AS MEMBER OF THE LONG RANGE
PLANNING COMMITTEE FBCCP,
MIKE SHUMATE, Individually,
MIKE SMOAK, AS Individually, MIKE SMOAK AS CPCS BOARD MEMBER,
MIKE SHAR, Individually,
THE FIRST BAPTIST CHURCH OF CITRUS PARK BOARD OF DEACONS,
DON BECK, Individually, DON BECK, AS DEACON,
JOHN COLLINSON, Individually, JOHN COLLINSON, AS DEACON,
BILL CRAFT, Individually, BILL CRAFT, AS DEACON, BILL CRAFT AS 2007

CHAIRMAN OF THE FINANCE COMMITTEE
ED HOPKINS, Individually, ED HOPKINS, AS DEACON,
JERRY MILLER, Individually, JERRY MILLER, AS DEACON,
WILSON SMITH, Individually, WILSON SMITH, AS DEACON
DAVID POWELL, Individually, DAVID POWELL, AS DEACON, (Inactive 2007)
MIKE POWELL, Individually, MIKE POWELL, AS DEACON
MIKE HOLNESS, Individually, MIKE HOLNESS, AS General Member
MARK JEFFERS, Individually, MARK JEFFERS, AS General Member
DAVE FERGUSON, Individually, DAVE FERGUSON, AS PASTOR/OFFICER et al.
AS THESE SELECT ASSOCIATES AND OFFICERS ABOVE AS ALSO GENERAL
MEMBERS OF THE CORPORATION ALLEGING TO ACT LAWFULLY AS d/b/a,
FIRST BAPTIST CHURCH OF CITRUS PARK, (FBCCP) and CITRUS PARK
CHRISTIAN SCHOOL, ("CPCS"), A MINISTRY OF FBCCP, a Corporation per
F.S.617, "Not for profit", AND AS ALSO THESE as a "Sect Class" and with the
THIRD PARTY INDIVIDUALS, as "Sect Agents Class" a.k.a. as AGENTS AND OR
AGENCIES OR OTHERS AS "PERSONS" WHO TORTFULLY AND
NEGLIGENTLY INTERFERE IN CONTRACT AND BY-LAWS "RIGHTS" AS

| | |
|---|---|
| CHARLES H. SCRUGGS III.,<br>Individually,<br>CHARLES H. SCRUGGS, III. ESQUIRE,<br>As attorney at law/ former Circuit Judge<br>CHARLES H. SCRUGGS, III, P.A., A Professional Association Law Firm, | CIRCUIT CASE NO. 05-0911<br>DIVISION G<br>APPEALS CASE:2D06-2811 |

| | |
|---|---|
| KAREN HARROD TOWNSEND, Individually,<br>KAREN HARROD TOWNSEND AS<br>EMPLOYEE OF (CPCS) OF THE FBCCP<br>    and of<br>02-4974, Family Court and<br><br>STEVEN TYLER HARROD, Individually,<br>DONALD HARROD, Individually,<br>NORMA HARROD, Individually, | CASE NO 05-9605 Civil<br><br>Per R.O.C.P 1.540 an Independent ACTION<br><br>APPEALS CASE: 2D06-3469<br>    FLORIDA S.Ct. SC07-1181<br>FROM CASE NO: 01-15814 and<br>related CASE NO: 01-15813 and<br>    02-03812 |

JOHN A. GRANT, JR. Individually, JOHN A. GRANT, JR. AS REGISTERED AGENT
OF FBCCP/CPCS CORPORATION, JOHN A. GRANT, JR. Practicing Attorney,
JOHN GRANT AS NOW FORMER STATE OF FLORIDA SENATOR
DUANE JANSSEN, Individually, and DUANE JANSSEN AS C.P.A. and DUANE
JANSSEN C.P.A. for JANSSEN & HORGAN as NOW JANSSEN & IGOR C.P.A., P.A.
JANSSEN & IGOR. (Formerly Janssen & Horgan) C.P.A.'s, P.A. a Florida Corporation
UTICA INSURANCE COMPANY OF NEW YORK,
CHARLES DENNY, IV, Individually, CHARLES DENNY, IV, AS ATTORNEY AT
LAW FOR THE FIRM OF DICKINSON & GIBBONS P.A.,
THE LAW FIRM OF DICKINSON & GIBBONS, P.A. ATTORNEYS AT LAW,
A. JAMES ROLFES, Individual, A. JAMES ROLFES, AS ATTORNEY AT LAW,
A.    JAMES ROLFES, AS ATTORNEY OF THE LAW FIRM OF DICKINSON

4

& GIBBONS, P.A. ATTORNEYS AT LAW,
DREW GARDNER, AS Individual, DREW GARDNER AS ATTORNEY AT LAW
FOR THE CHRISTIAN LAW ASSOCIATION
THE CHRISTIAN LAW ASSOCIATION, A FLORIDA CORPORATION
DAVID GIBBS, III, Individual, DAVID GIBBS, III, AS ATTORNEY AT LAW,
GIBBS LAW FIRM. P.A., DAVID GIBBS, III, AS ATTORNEY AT LAW, OF THE
CHRISTIAN LAW ASSOCIATION
STACEY TURMEL, Individually, STACEY TURMEL AS ATTORNEY AT LAW, OF
STACEY TURMEL, P.A., THE LAW FIRM OF STACEY TURMEL, P.A.
THE OFFICE OF THE GOVERNOR OF THE STATE OF FLORIDA UNDER THE
CARE AND SUPERVISION OF BOB MARTINEZ, JEB BUSH, CHARLIE CRIST,
BUDDY MACKAY, LAWTON CHILES, AND NOW RICK SCOTT;
MR. CHARLIE CRIST, Individually, MR. CHARLIE CRIST, AS IN THE OFFICIAL
POSITION AS THE ATTORNEY GENERAL FOR THE STATE OF FLORIDA,
THE OFFICE OF THE ATTORNEY GENERAL FOR THE STATE OF FLORIDA;
THE OFFICE OF THE BOARD OF EDUCATION FOR THE STATE OF FLORIDA;
CHARLIE CRIST, FORMER DEPARTMENT OF EDUCATION COMMISSIONER
Mr. TOM GALLAGHER, Individually,
MR. TOM GALLAGHER, AS IN THE OFFICIAL POSITION AS THE CHIEF
FINANCIAL OFFICER OF THE STATE OF FLORIDA DEPARTMENT OF
FINANCIAL SERVICES, and THE DEPARTMENT OF FINANCIAL SERVICES,
DEPARTMENT OF CHILDREN AND FAMILIES OF THE STATE OF FLORIDA,
DAVID GEE, AS SHERIFF OF HILLSBOROUGH COUNTY FLORIDA, (HCSO)
DAVID GEE, Individually, DAVID GEE, AS EXECUTIVE OFFICER OF THE
COURT OF HILLSBOROUGH COUNTY
GARY TERRY, Individual, GARY TERRY, AS HCSO DEPUTY-
JOE HOWLETT AS HILLSBOROUGH COUNTY SHERIFF DEPUTY,
JOHN CAMPO, Individual, JOHN CAMPO, AS HCSO DEPUTY
RICHARD WALKER, Individual, RICHARD WALKER, AS HCSO DEPUTY
CAL HENDERSON, AS Past SHERIFF OF HCSO.CAL HENDERSON, Individually,
WALTER HEINRICH, AS Past SHERIFF OF HCSO,
WALTER HEINRICH, Individually,
MIKE SMOAK, A HCSO DETECTIVE,
SCOTT WELLINGER, Individually, SCOTT WELLINGER, AS HCSO DEPUTY
LUTHER CORE, Individually, LUTHER CORE AS HCSO DEPUTY
PAUL J. GUARINO, Individually, PAUL J. GUARINO, AS HCSO DEPUTY,
HARRY HOOVER, Individually, HARRY HOOVER, AS HCSO DEPUTY,
KEVIN L. BODIE, Individually, KEVIN L. BODIE, AS HCSO DEPUTY,
J.R. BURTON, Individually, J.R. BURTON, AN HCSO DEPUTY
JAMES (JIM) COATS, Individually, JIM COATS AS SHERIFF OF PINELLAS
COUNTY FLORIDA, (PCSO)
EVERETT RICE, Individually, EVERETT RICE, AS SHERIFF, PINELLAS County,
TIM JEFFERS, as PINELLAS COUNTY SHERIFF DEPUTY,
JOSEPH A. GILLETTEE, Individually, GILLETTE AS PCSO DEPUTY,
THE PINELLAS COUNTY SHERIFF'S OFFICE (PCSO)
BOB WHITE, AS SHERIFF OF PASCO COUNTY FLORIDA,

MICHAEL JOHN CORBIN, AS PASCO COUNTY SHERIFF DEPUTY DETECTIVE,
THE DEPARTMENT OF THE PASCO COUNTY SHERIFF,
THE CHIEF OF POLICE OF TAMPA, FLORIDA, and
POLICE OFFICER JOE KAREAS OF THE CITY OF TAMPA,
THE CITY OF TAMPA,
THE FLORIDA DEPARTMENT OF LAW ENFORCEMENT (FDLE)
CYNTHIA BARNARD SANZ, Individually, CYNTHIA BARNARD SANZ AS
SPECIAL AGENT SUPERVISION FOR THE FDLE,
MICHAEL O'CONNELL, Individually,
MICHAEL O'CONNELL, SPECIAL AGENT FOR THE FDLE
MR. GUY TUNNELL, FORMER COMMISSIONER, FDLE
MR. GERALD BAILEY COMMISSIONER, FDLE
CURTIS BAUGHMAN, Individually,
NANCY LOPEZ, Individually,
CURTIS BAUGHMAN AND NANCY LOPEZ AND PAM BONDI, AS AGENTS OF
THE VICTIMS ASSISTANCE OF THE STATE ATTORNEY OF FLORIDA,
THE DEPARTMENT OF VICTIMS ASSISTANCE, HILLSBOROUGH COUNTY,
MARK A. OBER, Individually, MARK A. OBER AS STATE ATTORNEY,
BOB PETSCHOW, individually, BOB PETSCHOW, ASSIST. STATE ATTORNEY
CHUCK HOLLAND, individually, CHUCK HOLLAND ASSIST. STATE ATTORNEY
CHIEF JUDGE MANUEL MENENDEZ JR. OF HILLSBOROUGH COUNTY
FLORIDA CIRCUIT CIVIL COURTS, AND OTHERS AS RONALD FICARROTTA,
JAMES ARNOLD, WAYNE TIMMERMAN, RAUL PALOMINO, FRANK GOMEZ,
MONICA SIERRA, RALPH STODDARD, GREG HOLDER, MARVA CRENSHAW,
REX M. BARBAS, MARTHA J. COOK, CHRISTOPHER NASH,
RAQUEL A. RODRIQUEZ, Individually,
RAQUEL A. RODRIQUEZ AS GENERAL COUNSEL TO THE OFFICE OF THE
GOVERNOR OF THE STATE OF FLORIDA
BROOKE S. KENNERLY, Individually,
BROOKE S. KENNERLY AS EXECUTIVE DIRECTOR FOR THE JUDICIAL
QUALIFICATIONS COMMISSION OF THE STATE OF FLORIDA,
THE JUDICIAL QUALIFICATIONS COMMISSION OF THE STATE OF FLORIDA,
THE FLORIDA BAR,
THE OFFICE OF THE FLORIDA BAR OFFICER OF EXECUTIVE DIRECTOR,
THE OFFICES OF THE FLORIDA BAR GOVERNORS,
JOHN BERRY, Individually,
JOHN BERRY, AS FLORIDA BAR LEGAL DIVISION DIRECTOR;
JOHN F. HARKNESS, JR, INDIVIDUAL,
JOHN F.HARKNESS, AS EXECUTIVE DIRECTOR OF THE FLORIDA BAR
JOHN F. HARKNESS, AS MEMBER ON THE BOARD OF DIRECTORS OF
DEFENDANT FLORIDA LAWYERS MUTUAL INSURANCE COMPANY,
JOHN BARR, INDIVIDUALLY, JOHN BARR, AS THE FLORIDA BAR,
COMPLAINTS IN PERSON AGENT;
THE OFFICE OF THE PRESIDENT OF THE FLORIDA BAR,
THE FLORIDA BAR OFFICER OF TAMPA BRANCH OFFICE
EXECUTIVE/DISCIPLINE DIRECTOR AS BRANCH STAFF COUNSEL,

ANTHONY BOGGS, INDIVIDUALLY, ANTHONY BOGGS, AS THE FLORIDA
BAR DISCIPLINARY PROCEEDURES EMPLOYEE,
TIMOTHY CHINARIS, Individually, TIMOTHY CHINARIS, AS THE FLORIDA BAR
PROFESSIONAL ETHICS BOARD REVIEW EMPLOYEE,
THE FLORIDA BAR TAMPA INTAKE STAFF COUNSEL EMPLOYEE, MS.
"DOE" LIEMAN, MS. "DOE" LIEMAN, Individually,
MS. JANE CRISTY AS THE FLORIDA BAR TAMPA INTAKE STAFF EMPLOYEE;
MS. JANE CRISTY, Individually;
THE STATE OF FLORIDA, and
SHERIFF'S OF SANTA ROSA COUNTY From 1999, Individually and AS SHERIFF;
SANTA ROSA COUNTY DEPUTY DETECTIVE RYAN, Individually and AS Deputy;
SANTA ROSA COUNTY DEPUTY WHEELER, Individually and AS Deputy;
SANTA ROSA COUNTY SHERIFF' DEPARTMENT;
SANTA ROSA COUNTY, OF THE STATE OF FLORIDA;
HILLSBOROUGH COUNTY FLORIDA, OF THE STATE OF FLORIDA
THE HILLSBOROUGH COUNTY FLORIDA BOARD OF COUNTY
COMMISSIONERS JOINTLY AND INDIVIDUALLY AS, ROSE FERLITA,
KEN HAGAN, KEVIN WHITE, AL HIGGINBOTHAM, JIM NORMAN, BRIAN
BLAIR, MARK SHARPE AND AS SUPERVISORS OF PAT BEAN AND RENEE
LEE; PAT BEAN, AS HILLSBOROUGH COUNTY ADMINISTRATOR EMPLOYEE;
PAT BEAN ATTORNEY AT LAW AND PAT BEAN, INDIVIDUALLY, RENEE LEE,
Individually, RENEE LEE, ATTORNEY AT LAW; RENEE LEE, AS
HILLSBOROUGH COUNTY, FLORIDA, EMPLOYEE;
THE SECOND DISTRICT COURT OF APPEALS and JUDGES OF THE SECOND
DISTRICT COURT OF APPEALS AS "PERSONS" JOINTLY AND AS "PERSONS"
INDIVIDUALLY AS, MAEVA CRENSHAW, STEVAN T. NORTHCUTT, CHARLES
A. DAVIS, CRAIG C. VILLANTI, DOUGLAS A. WALLACE, EDWARD C. LaROSE,
CAROLYN K. FULMER, CHRIS W. ALTENBERND, PATRICIA J. KELLY, JAMES
BIRKHOLD, Individually AND AS CLERK OF THE SECOND DISTRICT COURT OF
APPEALS, LAKELAND FLORIDA;
THE FLORIDA SUPREME COURT, AND JUDGES OF THE FLORIDA SUPREME
COURT AS JUDGES AND AS "PERSONS" JOINTLY AND "PERSONS"
INDIVIDUALLY AS,
CHIEF JUDGE FRED LEWIS, CHARLIE T. WELLS, HARRY LEE ANSTEAD,
BARBARA J. PARIENTE, PEGGY A QUINCE, RAOUL G. CANTERO, KENNETH
B. BELL; CHARLES CANADY; JORGE LABARGA AND AS SUPERVISORS OF
CLERK, JOHN A. TOMASINO, Individually; JOHN A. TOMASINO, AS CLERK
FLORIDA SUPREME COURT; THOMAS D. HALL, Individually; THOMAS D.
HALL, AS CLERK FLORIDA SUPREME COURT;
KMART CORPORATION also d.b.a. SEARS HOLDING COMPANY, INC.(Kmart)
JOE PALKO, Individual, JOE PALKO, EMPLOYEE AS Vice President (Kmart)
SEARS HOLDING COMPANY (SHLD), EDWARD LAMPERT, Individually,
EDWARD LAMPERT, AS CHAIRMAN AND CEO; GEORGE KOCH, Individually,
GEORGE KOCH, SHLD COUNSELOR; RANDY BRIGHT, Individual, RANDY
BRIGHT, (Kmart) EMPLOYEE AS REGIONAL COACH, KEITH JOHNSON,
Individual, KEITH JOHNSON, (Kmart) EMPLOYEE AS REGIONAL HUMAN

RESOURCES DIRECTOR, SHANE PEARSON, Individual, SHANE PEARSON, (Kmart) EMPLOYEE AS LOSS PREVENTION COACH, KATHERINE CUNNINGHAM, Individual, KATHERINE CUNNINGHAM, (Kmart) EMPLOYEE AS DISTRICT COORDINATOR SECRETARY DANIEL J. GENTILE, Individual, DANIEL J. GENTILE, (Kmart) EMPLOYEE AS DISTRICT COACH DOUG LIVINGSTON, Individual, DOUG LIVINGSTON, AS KMART EMPLOYEE LOSS PREVENTION COACH, AT STORE 3092, ROY ALLEN, Individual, ROY ALLEN, KMART EMPLOYEE AS ASSISTANT COACH, AT STORE 3092, DR. LINDA ROWE CAMPBELL, Individual, DR. LINDA ROWE CAMPBELL, (Kmart) EMPLOYEE AS PHARMACIST AT STORE 3092; BARBARA BOOTH, Individual, BARBARA BOOTH, (Kmart) EMPLOYEE AT STORE 3092; MIKE SHUMATE, AS AN OFFICER OF THE UNITED STATES COAST GUARD, "DOE", as any and all Insurance and or Bonding Companies, Carriers or the like for any Defendant or representative of any Defendant herein, past, present or future. MEDIA GENERAL OPERATIONS NEWSPAPER, AND AS SUBSIDARY THE TAMPA TRIBUNE, JANET E. COATS, Individually, JANET E. COATS AS EXECUTIVE EDITOR AND VICE PRESIDENT OF THE TAMPA TRIBUNE MICHELLE BEARDEN, Individually, MICHELLE BEARDEN, AS TAMPA TRIBUNE REPORTER/EMPLOYEE THE SAINT PETERSBURG TIMES, BILL COATS, Individually, BILL COATS, AS A SAINT PETERSBURG TIMES EMPLOYEE/REPORTER PAUL TASH, Individually, PAUL TASH, AS SAINT PETERSBURG TIMES, AND TAMPA TRIBUNE, EDITOR, CEO and CHAIRMAN STANFORD R. SOLOMON, individually, STANDORD R. SOLOMON, ATTORNEY AT LAW; SOLOMON TROPP LAW GROUP, P.A.; STACEY TURMEL, individually, STACEY TURMEL ATTORNEY AT LAW, P.A.; LINDA CHAPIN, Individually, LINDA CHAPIN, AS CHAIRWOMAN OF THE ORLANDO COUNTY COMMISSION; LINDA CHAPIN AS CLERK OF COURT, ORANGE COUNTY FLORIDA; LINDA CHAPIN, LEAGUE OF WOMEN VOTERS; BRUCE E. CHAPIN, Individually, BRUCE E. CHAPIN P.A.; DAVID H. POPPER, Individually, DAVID H. POPPER P.A.; O'NEILL, CHAPIN, MARKS, LIEBMAN, POPPER, COOPER, ATTORNEYS AND COUNSELORS AT LAW, P.A.; CHARLES E. LANE JR. Individually, and d.b.a, a.k.a. SABAL MARKETING; SABAL MARKETING INC. and SEALANE MARKETING INC; CHARLES E. WILLIAMS JR., Individually, CHARLES E. WILLIAMS P.A.; ROM POWELL, Individually, ROM POWELL AS FLORIDA CIRCUIT JUDGE; STAN STRICKLAND, Individually, STAN STRICKLAND AS CIRCUIT JUDGE; R. JAMES STROKER, Individually, R. JAMES STROKER, AS FLORIDA CIRCUIT JUDGE; BELVIN PERRY, Individually, BELVIN PERRY AS FLORIDA CIRCUIT JUDGE; LORI SELLERS ROWE, Individually, LORI SELLERS ROWE, AS STATE OF FLORIDA EMPLOYEE OF THE STAFF OF CHARLIE CRIST ET AL; RICHARD B. ORFINGER, Individually;

8

RICHARD B. ORFINDER, A JUDGE FOR THE STATE OF FLORIDA, 5th DCA;
FLORIDA LAWYERS MUTUAL INSURANCE COMPANY, (FLMIC);
THE FLORIDA BAR, ORLANDO OFFICE;
JANICE KARANDJEFF WICHROWSKI, Individually;
JANICE KARANDJEFF WICHROWSKI, AS A FLORIDA BAR ORLANDO OFFICE
EMPLOYEE;
JOHN B. ROOT, JR, Individually,
JOHN B. ROOT, JR, AS A FLORIDA BAR ORLANDO OFFICE EMPLOYEE;
LAWRENCE JAMES PHALIN, Individually,
LAWRENCE JAMES PHALIN, as the Designated Reviewer of the Grievance
Committee Ninth Judicial Circuit "A" for Chairman Kirk Nathaniel Kirkconnell;
KIRK NATHANIEL KIRKCONNELL, Individually,
KIRK NATHANIEL KIRKCONNELL, NINTH CIRCUIT "A" CHAIRMAN,
GRIEVANCE COMMITTEE OF THE FLORIDA BAR;
WENDY AKIN, Individually,
WENDY AKIN, GRIEVANCE COMMITTEE NINTH CIRCUIT "A" MEMBER;
BUDDY MACKAY, Individually;
JEB BUSH, Individually;
GEORGE W. BUSH, Individually;
STEVEN D. MERRYDAY, Individually;
STEVEN D. MERRYDAY, AS A FEDERAL JUDGE TAMPA MIDDLE DISTRICT,
FLORIDA; and
THOMAS WILSON, Individually;
THOMAS WILSON, AS MAGISTRATE TAMPA MIDDLE DISTRICT, FLORIDA;
FLORIDA BAR BOARD OF GOVERNORS;
CHARLES CANADY, Individual
CHARLES CANADY, AS JUSTICE OF THE FLORIDA 2ND DCA,
CHARLES CANADY, AS CHIEF JUSTICE OF THE FLORIDA SUPREME COURT
DARRYL C. CASANUEVA, Individually,
DARRYL C. CASANUEVA, Alias Honorable Chief Justice of the 2DCA, Employee;
RICK SCOTT, Individually, RICK SCOTT, GOVERNOR
PAM BONDI, Individually,
PAM BONDI, AS ASSISTANT STATE ATTORNEY, TAMPA, FLORIDA
PAM BONDI, AS ATTORNEY'S GENERAL OF FLORIDA,
" DOE", as any yet unknown accomplice to the acts of defendants herein;

### AS DEFENDANTS     /

**COMPLAINT FOR DAMAGES AND INJUNCTIVE RELIEF FOR:**
**A CONCERT OF ACTIONS; FRAUD AND DECEPTIVE PRACTICES; RICO;**
**ANTI-TRUST LAWS; TORT INTERFERENCE WITH AND TO A SOVEREIGN**
**RELIGIOUS SOCIETY AND INDIVIDUALS; "HATE CRIMES" VIOLATING**
**CIVIL RIGHTS; HOBB ACT VIOLATIONS OF COMMERCE; CONSPIRACY;**
**MALICIOUS PROSECUTION WITH MALICE; DEFAMATION; INVASION OF**
**PRIVACY; FALSE IMPRISONMENT; AND FOR ACCOUNTING(S);**
**AND CLASS ACTION CLAIM**

**COMES NOW** Plaintiff/Defendant/Respondent(s), Randall Townsend **(Townsend) or "Derivatively" for all Plaintiffs** pleads the "Pendant" Jurisdiction of Townsend and this Court of the Federal Middle District for "Standing" is invoked against these Defendants and "Others Doe to be Named" in Our and or their Official and Personal Capacities at relevant times pursuant to enforce Our Laws and Rights per Our U.S. and State Of Florida Constitutions pursuant to "No Law shall impede the obligation of a contract" and per Our FBCCP 1994 Bylaws granting Sovereign Rights free from False Imprisonment and HUMAN TRAFFICKING IN FLORIDA, F.S. 787.06(2)(d) "defines human trafficking as "transporting, soliciting, recruiting, harboring, providing, enticing, maintaining, or obtain another person for the purposes of exploitation of that person." "The statute also outlines Florida's goals of assisting victims and prosecuting offenders. *Using Coercion for labor or services is a 1st Degree Felony 787.06(3)(a), F.S....*Anyone who knowingly or in reckless disregard of the facts engages in or benefits financially by receiving anything of value from trafficking can be prosecuted 787.06(3), F.S.*All human trafficking offenses can be prosecuted as RICO offenses in Florida as Organized crime....Who are the victims? ...*Children and adults induced to perform labor or services through force, fraud, or coercion." F.S. 943.0583 "On the other hand, if a child is alleged to have been a victim of human trafficking, the prosecutor done not need to prove that the child was coerced into performing labor, services, or commercial sexual activity. As a result, simply exploiting a child for the purpose of labor, services, or commercial sexual activity would support Human Trafficking conviction." Per Richard E. Hornsby, P.A. website. The definitions of "Labor" and or "services" under the law is not defined nor specific to be required for

sexual activity. Forcing or coercing a child to abandon their safe parent, safe home, and or contact with the other parent in their assembly at church or school or social activities and city and or any and all communication with a parent for purposes of bribery, extortion, unjust enrichment, conspiracy and other crimes defined as "Hate Crimes" shows Unlawful Purposes in the Tort Interference with Child Custody specifically when Due Process is intentionally violated even after the warnings of Judge Palomino on 11/15/2001 and the Order of Visitation of Judge Timmerman and by force to prevent the Child from being called as a witness to their suppression of their Civil Rights and or to validate criminal charges made by "Imposter" "Officers of the Court" and "Alias" Law Enforcers and or a parent in collusion for Unjust Enrichment and collusion to prevent her ( KHT) criminal prosecution as KHT's acts aided defendants frauds against Townsend. HOBBS ACT of 1946—a.k.a. Anti-Racketeering Act, Prohibits actual or attempted robbery or extortion affecting interstate or foreign commerce "in any way or degree". "The term Robbery as used in this section means the unlawful taking or obtaining of personal property from the person or in the presence of another, against his will, by means of actual or threatened force, or violence, or fear of injury, immediate or future, to his person or property, or property in his custody or possession, or the person or property of a relative or member of his family or of anyone in his company at the time of the taking or obtaining. (2) The term extortion means the obtaining of property from another, with his consent, induced by wrongful use of actual or threatened force, violence, or fear, or under color of official right."

"18 U.S.C. Section 1951 In essence, the Hobbs Act elevates all but the simplest acts of robbery and extortion to the level of federal crimes."

18 U.S.C. Section 1951 Interference with Commerce also proscribes conspiracy to commit robbery or extortion without reference to the conspiracy statute at 18 U.S.C. Section 371. Fear of economic loss will be sufficient for a Hobbs Act Violation Claim. Practices to gain Political Contributions is sufficient for a HOBBS ACT Claim. {Townsend Established to each Officer of the Court and Law Enforcer yet each Defendant and "Others Doe" conspires and "impedes" and Omitted Truthful Disclosure in "Bad Faith" even more when these thefts caused the ABDUCTION OF J.D.T. and J.G.T. since 1999.}

McCormick v. United States 896 F.2d 61,67 (4th Cir. 1990rev'd 111 S.Ct. 1807 (1991).

EXTORTION UNDER COLOR OF OFFICIAL RIGHT

"The obtaining of property from another, with his consent, induced by wrongful use of actual or threatened force, violence, or fear, or under color of official right."

To Prove facts for a conviction under the HOBBS ACT prove that you have: Induced or attempted to induce the victim to give up money or property; Used the victim's fear of physical harm or economic injury in order to obtain money or property; "the plaintiff/prosecutor need only show that a public official has obtained a payment to which he was not entitled, knowing that the payment was made in return for official acts per United States v. Urban 404 F3d 768 (3rd Cir. 2005); When a government agent engages in extortion "under color of official right" he is essentially using the governmental powers with which he has been trusted to gain personal or illegitimate rewards."; a Affected interstate commerce in some way by your alleged extortion or robbery.

There are many other predicate acts listed in section 1961(1) that are mirror images of extortion. These are circumstances when obstruction of justice (18 U.S.C. Sections 1503,

1510, 1511, 1512, [Tampering with a witness] or 1513) will also constitute extortion, e.g. an employer engaged in illegal activity may threaten an employee "testify to X when the police talk to you or you'll be fired" or "you'll be killed". By this single threat, the employer may have violated both the Hobbs Act and an obstruction of justice statute." Quoted of Jeffrey E. Grell, Attorney at Law.

18 U.S.C. Section 666, Theft or bribery for conversion of Federal Funds.

FREE EXERCISE CLAUSE Reynolds v. U.S. 98 U.S. 145 (1878). "Generally interpreted to provide that government cannot prohibit religious beliefs and opinions; however, they may prohibit certain practices." "For Government to restrict religious practices, a compelling government interest must exist."

Our Contracts state Duties and Rights, Civil Rights and 1994 FBCCP Bylaws Rights required, (See **FIRST FREE WILL BAPT. CHURCH OF BLOUNTSTOWN INC. v. FRANKLIN** 148 FLA. 277 4 So.2d 390,

"When membership was accepted therein, they submitted themselves to the ecclesiastical jurisdiction of the church...The law appears to be settled that in the absence of a showing of fraud, collusion or arbitrariness...the court will not interfere..."

and thus including Duties and Due Process to protect Our Peaceful "Free Will" without Defendants Malicious Enterprises and Prosecutions for Frauds as for: Our "Life, Liberty and Pursuit of Happiness"; and not to "impede" or detain Our Speech; Voting Rights; and "Assembly as a Jury" and "Assembly as a Sovereign Church Body per Our 1994 Bylaws" and "Assembly with Our Trafficked Children" and retention of Our Property, (Including Designated Funds illegally taken by Thefts through "Rump" Deputy Jeffers and Grant et al as "Black Money" illegally taken from "Not for Profits" to avoid IRS Laws) and Payment for "Honest services" rendered; to per Due and Equal Process to

"Redress Government" and "persons" conspiring for "Hate Crimes" and Treason as violations of HOBBS ACTS and SLAPP ACTS and Equal and Due Process and Defendants illegal 18 U.S.C. §242 Actions "Under Color of Law" and or "Under Color of Official Right" Depriving Plaintiffs of Our Sovereign Rights as co-participants in violation of F.S. Article I. Sections 1 and 3. "Fraud, Collusion and Arbitrariness" in violation of the 1994 Bylaws protected rights and duties.

Plaintiffs Plead Our Action in the alternative as still victims and or against the above-named and Frap 26.1 Persons (Plaintiff Exhibit #21) and "Others Doe to be Named" and on the following grounds that their acts are in violation of: The Nixon Organized Crime Control Act of 1970 as RICO by those of the Bush(s) et al and Clinton's et al as whom said RICO ACT was directly intended to expose and prevent their Organized Crimes, Fraud and Deceptive Practices and "Pay to Play" collusions; MARBURY v. MADISON 5 U.S. 137 (1803) "...Any judge who does not comply with his oath to the Constitution of the United States wars against that Constitution and engages in acts in violation of the supreme law of the land. The judge engaged in acts of treason ..." and thus per PIPER v. PEARSON 2 GRAY 120, "It is no more than the act of a private citizen, pretending to have judicial poser which does not exist at all...." acted to aid and abet Defendants RICO, Treason and "Hate Crimes" by Defendants not enforcing Constitutional Laws and willfully acting by Unconstitutional Acts; per Lamb v. Leiter 6003 2d 632, "Conduct that prevents one from trying a case"; and by OCASIO v. U.S. 578 U,S, (2016) two or more persons acting in collusion entered into unlawful act(s) for an unlawful agreement; and per ZELLER V. RANKIN 101 S.Ct. 2020, 451 U.S. 939, 68 L.Ed 2d 326. And Lopez v. Vanderwater, 620 F.2d 1229, 1235-37, "We

conclude that a judge's private, prior agreement to decide in favor of one party is not a judicial act." And per the LABARGA HOLDER AND KRAUSE STANDARD(S) and the BONDI IMPOSTOR STANDARD and thus by these facts, "Frauds on the Court" as per BULLOCH v. UNITED STATES 763 F. 2d 1115, 1121 (10th Cir. 1985) stating:

"Fraud upon the Court is fraud which is directed to the judicial machinery itself and is not fraud between the parties or fraudulent documents, false statements or perjury... It is where the court or a member is corrupted or influenced or influence is attempted or where the judge has not performed his judicial function ... thus where the impartial functions of the court have been directly corrupted..." and "When a judicial officer acts entirely without jurisdiction or without compliance with jurisdiction requisites he may be held civilly liable for abuse of process even though his act involved a decision made in good faith, that he had jurisdiction, [U.S. Fidelity & Guaranty Co. (State use of ), 217 Miss. 576, 64 So2d 697]."

And per GOLDBERG v. McCABE 313 So2d 47 (1975) Plaintiff's never gave up our "Redress Rights" unconstitutionally taken by Collusion of Defendants herein and therefore We as a "Jury" must decide all acts of Treason, HOBBS Act Torts and Frauds on Citizens and these Torts must be resolved as all the prior Orders of "Impostors" since 1987, are rendered Void and or Voidable per U.S. v. THROCKMORTON (Tr. Of 1/8/16, p.18) by Exparte Corruption from Lane/McCarthy et al with bribery and extortion and per QUINONES v. DURKIS 638 F. Supp. 856 (S.D. Fla. 1986) per 42 U.S.C. §1983, §1985, §1986 and Common Law Torts, FDLE, FBI, DOJ and Sheriffs and as F.S. §26.14, Executive Officers of the Courts and Defendants have intentionally Acted in Treason for bribery and "unjust enrichment" to deprive "Non-Rump FBCCP Members" and Citizens as Plaintiffs herein of Our Children, Commerce, Contract and Civil Rights in and for their Malum in Se "Odious and Outrageous" Acts and Malfeasance Contra Pacem "Tyrannical Communistic Regime" for Political Criminal Power Plot and Quid Pro Quo and "Unjust Enrichment" Acts against us as U.S. Citizens. Defendants and their Co-Participants are

15

admitted in Breach of Our Contracts and now Estopped from all Defenses. Per Lake v. Lake 14 So3d 284 (Fla. 3d DCA 2009) Rulings by Judges are void upon recusal. Per DAVIS v. BURRIS 51 Ariz. 220, 75 P. 2d 689 (1938) "A judge must be acting within his jurisdiction as to subject matter and person, to be entitled to immunity from civil action for his acts." Per CROKER v. PLEASANT 778 So2d 978, 988 (Fla. 2001), "Rather there must be a deliberate decision of the government official to deprive a person of life, liberty, or property..." and Townsend affirms this deliberate decision comes as the directive since Presidents Bush #41 and William Clinton #42 et al. Per MILLBROOKS v. U.S. 477 FED APPZ 4 NO 11-120362, The Federal Tort Claims Act allows "NO Sovereign Immunity" for Government Persons who act outside their duty as even Charles Canady Jr. affirmed on the Congress Floor in the impeachment of Clinton #42 for a sex scandal, Townsend believes based on credible findings was a concealment of Child and Drug Trafficking and other crimes of persons involved in this case that Bondi et al still attempts to conceal. Per SALINAS v. U.S. 96-738 U.S. Supreme Court from 522 U.S. 52, 65 per 18 U.S.C. 666,:

"A conspirator need not agree to commit the substantive offense—or even be capable of committing it—in order to be convicted. It is sufficient that the conspirator agreed to the underlying crime be committed by a member of the conspiracy capable of committing it."

Thus the E-Mail of HCSO Sheriff Master Detective John McDarby of 5/7/2014, (Plaintiff Exhibit #20) to Townsend that "We don't follow Federal Law", and the Patricia McCarthy, Charles E. Williams Jr. and David Popper letters in this Court Record and Others show their Treason, HOBBS Acts and Nixon RICO and the multiple emails from 2007-2016, of John Grant et al, and the Bruce Chapin Letter of 1/5/1993, (Plaintiff Exhibit #26), that from 11/18/1987, to 1/5/1993, and still to now, show Defendants in

16

Breach of Contracts and by Torts since and before 1987, conspire to not require "Due Process" and exposure of Truthful Records as Contracts, Business Records and Bank Records to Townsend per: 1. the August 7, 1987, Joint Venture Agreement (JVA) withheld by Charles E. Lane Jr. (Lane) (Lane In Default since 7/5/1987) with Lane/Bush et al; and in collusion with 2. conspire to not produce the Truthful FBCCP/CPCS Business Records as admitted by "Alias" Sheriff Deputies Tim Jeffers, Joe Howlett, Mike Smoak, John M. Corbin and TPD Officer Mike Willingham in collusion with Trustee's (Smith, Howlett, Leatherman, Jeffers, and "Others") Senior Pastor(s) Ron Beck and David Ferguson and Administrative Pastor(s) Elbert Nasworthy, William Brown and "Others" and Finance Committee Members and Karen Harrod Townsend and "Others" since 10/1994, as Breach of Contracts, Fraudulent Reports and admitting "Omission of Truthful Disclosure" with John Grant et al (and advised 1/8/2016, per the argument in the Transcript that all Defendants who acted per contracts signed by Geoff Smith were void and thus Fraud and in Default) to "Impede" Truth for the recovery of Plaintiff's Children and or Property to be obtained which still in 2016 has not been Obtained proves collusion aiding Malicious Criminal Enterprise(s) (Even Judge Jorge Labarga called "Tyrannical Communist Regime") listed in the FSCT Initial Brief to be incorporated herein this record as exhibits, and is an admission of Conspiracy, Guilt and intent with Malice to do the unlawful acts done by Defendants and "Others Doe to be Named" as HOBBS ACTS Crimes for RICO and Thefts. Per WARNOCK v. PECOS County, Texas 88 F3d 341(5th Cir. 1996), Eleventh Amendment does not protect state officials from claims for prospective relief when it is alleged that state officials acted in violation of federal law." Per SHERAR v. CULLEN, 481 F. 2d 946 (1973) "There can be no sanction or penalty

imposed upon one because of his exercise of constitutional rights." MIRANDA v. ARIZONA 384 U.S. 436 (1996), "Where rights secured by the Constitution are involved, there can be no 'rule making' or legislation which would abrogate them." SIMMONS V. U.S. 390 U.S. 377 (1968), "The Claim and exercise of a Constitution Right cannot be converted into a crime"..."a denial of them would be a denial of due process of law."

Case Record exhibits show emails, letters, affidavits and Orders their threats.

Per Matthew Bender & CO., Inc. Malicious Prosecution & False Imprisonment §68.03[3] states: "Probable Cause: Action against Attorney...An attorney has probable cause for prosecuting a claim if, after conducting a reasonable investigation of the relevant facts and law, the attorney decides to prosecute the claim based on [his/her] reasonable and honest belief that the claim is tenable....In an action brought against an attorney for malicious prosecution, the person seeking relief must prove that the attorney prosecuted the underlying action without probable cause...an inference arises that the defendant was motivated by ill will or an improper purpose. Authorities C.A. Hansen Corp v. Wicker, Smith, 613 So2d 1336 (Fla. 3d DCA 1993)." "With regard to criminal proceedings, when a defendant's influence is the determining factor in the arrest and prosecution of the plaintiff, the defendant will be deemed to have instigated the criminal proceedings."

These issues of, Recklessness; Actual Malice; "Hate Crimes"; and of Probable Cause in their Malicious Prosecution and thereby Defendants acted without probable cause was admitted by Marva Crenshaw and Charles Denny IV, on 5/10/2006, and affirmed again on 1/8/2016, to Emmett Battles et al that as Denny IV, repeated and affirmed his and Marva Crenshaws finding of Fact as they wrote in their Amended Complaint no "Officer

of the Court" or "Other" had Probable Cause based on the proved facts that no reasonable investigation was done since 11/18/1987 and before as stated in Paragraphs 80-81, quoted below, and confirmed Defendants and Crenshaw's own admissions of "Hate Crimes" and Malice intentionally meant to harm Plaintiffs as Townsend, J.D.T. and J.G.T., FBCCP/CPCS as a Corporation "Not for Profit" and the "Non Rump" members for whom they affirmed Townsend speaks and therefore all Defendants are estopped from any defense as a matter of law per the admission of Marva Crenshaw and their alleged attorney Charles Denny IV, as affirmed by "Others" as Townsend reaffirmed 1/8/2016, Defendants never obtained records, never read Our Contracts and acted recklessly by Fraud and Deceptive Practices without jurisdiction alleging to act "Under Color of Official Right" using contracts for services obtained by Fraudulent Inducement of persons in Breach of Our "JVA" and 1994 Bylaws and Constitutions and their alleged employment for "Honest Services" contracts no defendant has fulfilled since 11/18/1987 or 8/7/1987 and before as President Nixon advised per his 1970 RICO ACT exposing the Bushes and Clintons violations which Pam Bondi et al and as these defendants still attempt Fraud on Our Courts and Plaintiffs for which Townsend speaks.

The Counter Claim filed by Lane et al via Charles E. Williams Jr. Esquire, alleged Townsend as a Criminal for Fraud and as a Thief and since 7/5/1988, Townsend has been "impeded" and unlawfully detained from clearing his reputation and doing commerce.

The threat in 1/1993, by Bruce Chapin, David Popper and Charles Williams Jr. that if Townsend did not produce all his personal and business records per the Rom Powell Order and then take a settlement, that Rom Powell would Order Townsend to jail.

The threat since 10/1994, by Sheriff Deputies Joe Howlett and Tim Jeffers and John Grant and Karen Harrod to arrest Townsend for "Breach of the Peace" and being "Dangerous with Guns" and "abusing and molesting his family" and a "Fraud" for demanding the "Rump Faction" follow the 1994 Bylaws and 1. Show Me the money trail; 2. Stop lying about the Eminent Domain Case and the Building Program and getting permits; 3. Stop lying to my family and friends; by withholding the FBCCP/CPCS and JVA Business Records; 4. Defendants conspiracy not allowing Townsend to get the depositions or contact his children since 10/1999; Townsend has only partially been able to clear his "Public Image" and nor defend himself from or stop defendants criminal charges since 1987, yet more threats of battery and arrest continue since 1994, by John Grant, Charles Scruggs and HCSO and the State Attorney's Officers and Judges ($5^{DCA}$ in 11/25/2015, as #102, as affirmation of threats since about 10/1994, by Grant Et al via defendants Howlett, Jeffers, Becks, Smoak, Meister, HCSO, Scruggs, Karen Harrod Townsend, State Attorney's of Ober et al and "Others".

And per Plaintiff's Exhibit #2,4,16,20, 26, 35, 36, 41, 45, 55, 63, 64, 66, 71, 76, 77, 79, 83, 87, 88, 90, 96, 103, 109, 130, as proofs of John Grant et al and Threats of Arrest and Defendants frauds and collusions based on or for False Charges per the standards of Pellegrini v. Winter 476 So. 2d 1363 (Fla. 5th DCA 1985). And per Alamo Rent-A-Car, v. Mancusi, 632 So.2d 1352, 1355-1356 (Fla. 1994), the question of a Bona fide "Good Faith" termination of the case becomes an issue for the jury. But in this Action since 1987, Defendants continue their **Marbury id.** Unconstitutional restraint without allowing Discovery and Our Jury or Church Assembly Rights and harm of all Plaintiffs and violations of Due Process and Our Laws and Rights and prohibit Plaintiffs from any

defense from Defendants admitted "Hate Crimes" still ongoing and Plaintiffs pray now to Our Federal Court for relief and restitution as the Florida Supreme Court "impostor" judges and their co-participants violate Our Rights and even their own FSCT Standard Jury instructions Civ. MI 6.1 that their acts continue and aid and abet Plaintiffs harms by Defendants Malicious Enterprises and Nixon RICO. Townsend incorporates herein: 30 years of evidence including all Court Records told to the Clerks to submit to this Case Record and Other Evidence needed for prosecution of this Action; Townsend's Partial **STATEMENT OF TORTS AND HOBB ACT VIOLATIONS** and the **MALICIOUS ENTERPRISES** as submitted to the FSCT on October 31, 2016, in Our Initial Brief, Plaintiff's Exhibit #19, **100% GUILTY ON ALL COUNTS** letter of 11/2012 to John Grant Et al and Plaintiff's state at no time did Plaintiff's forfeit our Rights to Assemble per Our Bylaws or Assemble with our children or Assemble with our peers in or as a Jury to redress Our Constitutional and Contract Rights to "redress" persons guilty of violations of our Rights even to the level of Treason and such claims by Defendants that they have granted themselves "Immunity" are per **Marbury id.** unconstitutional.

Townsend seeks an Honorable Judge and Courts Conscience and need "Due Process" and our "discovery" and pledges to call as witnesses to verify Townsend's Facts, Federal Judges William Terrell Hodges, Gregory A. Presnell and James S. Moody Jr. and "Other Experts" to verify their personal knowledge of the case records and to recover our Children and our property and our Rights and or state in this continued Action to recover Rights and Monies Owed and in this 18 U.S.C. 242 Action since 1987, exposing the Lane et al bribery and Malicious Enterprises with the Bushes, Nova Sales, Canady's, Smith's, Crenshaw's, Bondi et al, Scott, Koch's et al Criminal RICO and HOBBS ACT CRIMES

and Drug Trafficking and Child Trafficking and speaks as Randall Townsend, individual, and a.k.a. Future Marketing (Townsend), and for J.D.T. and J.G.T and or as Townsend per his Commission **for Tax Paying Citizens** as: **His Future Marketing Clients; and** as the F.S.617.0834 Unanimously Elected Representative; **and** per MEIER v. Johnston 110 Fla. 374, "one may represent for the whole" **of FBCCP/CPCS "Non RUMP" Congregational "Owner/Members" and as Citizens** and per SIMS v. AHERNS 271 S.W. 720 (1925) "the practice of law is an Occupation of Common Right" and SCHWARE v. BOARD OF EXAMINERS 353 U.S. 238, 239 "The Practice of Law cannot be licensed by the state/State.", since 1993-now, of the First Baptist Church of Citrus Park (FBCCP) and its Ministry the Citrus Park Christian School (CPCS) a F.S. 617, Florida "Not for Profit" Corporation per Our 1994 Bylaws (Bylaws), as affirmed by all as Owner/Members (herein as Townsend et al) as Tax Paying Senior Citizens, Adults and Minors and as Townsend lawfully speaks to "Redress Government", as pro se and as a victims, as Townsend a "Sham" Case Counter Defendant in case 88-2554 (18th Cir.) since 7/8/88, transferred for Defendants Frauds to Case 89-3299, (9th Circuit) and as for Fraud and Deceptive Practices and Extortion to All made a Respondent in case 01-15813 and 01-15814 and 02-4974 and Counter Defendant also in 15CA1928, by Grant/Bushes et al for Defendants Fraud and Deceptive and lack of Honest Services Frauds For their Malicious Enterprises and HOBBS Threats and RICO and defamation and intentional lawlessness and failure to exercise reasonable care in protecting Plaintiffs from assaults, detainment and thefts and therefore for All Plaintiff's, Townsend states the following:

1. In this Action since 11/18/1987, Townsend has met conditions precedent

informing "persons" and pursuant to 28 U.S.C. Section 1441, 1443 and 1446, timely filed A Notice of Removal from the Florida Supreme Court to the U.S. District Court, Middle District of Florida and to the Judges, Marshals and Clerks of Our Courts are to serve per their Oaths to Our Federal and State Constitutions and "Good Behaviour" as Officers of Our Courts and not "Bondi Impostors" who do "Fraud on The Court" per the Nixon RICO Rule and intentionally violate the Constitutional Clause as "No law shall impede the Obligation of a contract" so Defendants acts to date per MARBURY v. MADISON are crimes of "Hate", Felonies and including Treason.

2. The Orders of the Florida Supreme Court of 11/15/2016, served by them on Townsend for All in and or on this case must be ruled Void for Fraud on the Court and Fraud and Deceptive Practices and for Failure Of Honest Services and more Extrinsic Fraud based on facts and new information Townsend just since the 11/15/2016, Order learned of new information and new "persons" who have since 1987, or before intentionally done: RICO; Malum in Se; Malicious Tort Interference with Contracts and Civil Rights; HOBBS ACT Violations; "Hate Crimes" with Intentional Actual Malice; Bribery of and with Government Persons and Judges as Defendants in this case and "Others Doe to be named"; and just discovered new acts of Torts and RICO and Defendants "Pay to Play" and motives for their acts Marva Crenshaw and Charles Denny IV on 5/10/2006, called "Hate Crimes" greatly affecting this case since 1987 and proving these claims of Townsend even stronger to show since 11/18/1987, McCarthy et al conspiracy against her own clients as proofs of and for Malum in Se [Odious and Outrageous] Acts Concealing: CHILD AND HUMAN ABDUCTING AND TRAFFICKING including Sex Trafficking; Murder and Attempted Murder; Illegal

Drugs USE and TRAFFICKING; Battery; Bribery; Theft even of Designated Religious

Society's Funds and Rights from naïve Children and Senior Citizens by "implanted

Solider/Agents" in a "Not For Profit"; Unlawful control of Commerce; and Malum

Prohibitum [Acts prohibited by Law] yet for continued Frauds Concealed by

Bush(s)/Rick Scott agents since the 1970's as John Grant et al, with Canady's, Chiles,

Jim/ Geoff Smiths, Putnam's (Adam), McCollum and now their "Chosen Queen Pin" as

Pam Bondi, et al {even filing another Fraud on the Court and Plaintiff's and Citizens on

11/30/2016} and since 1987, for and with: Bondi "Task Forces"; Attorneys Generals

(Smith, Butterworth, Crist, McCollum, Bondi); Judges; Governors (Martinez, Chiles,

MacKay, Bush, Crist, Scott); Sheriffs; State Attorney's; FDLE; SHERIFFS; DOJ; FBI;

Presidents(since Bush 41); and Others; confirming intentional RICO "Hate Crimes"

"impeding" against Sovereign Religious Rights (even protected in the 1994 Bylaws and

Our Constitutions) and Commerce and Our Constitutional Rights and "Equal and Due

Process" Rights per the knowledge and ruling of Judge Marva Crenshaw since 9/30/2003,

of Malicious Prosecution and RICO ACTS and in 2006, stating "All things are related"

and writing 5/10/2006, her Judgment with Charles Denny IV as Paragraph 80-81:

"Moreover , the Defendants here is unable to establish that the original proceeding was
instituted and prosecuted on the good faith reliance of legal counsel; or , that the
proceeding was instituted pursuant to an independent investigation by a responsible
attorney of law, licensed to practice in the state; or that the Defendant is or represents, or
is an agent of, a public entity or state agency that is immune from liability of causes of
action in tort. 81. The circumstances under which the above-described acts were
committed by Defendants constitute a wanton and reckless disregard for the Plaintiff's
legally protected rights and interests, and a willful attempt to injure the Plaintiff...."

connecting then known "Persons" and newly discovered criminal acts by "Others Doe to

be Named" in their Malicious "Contra Pacem" Racketeering Enterprises still being done

to this day by Defendants and "Others Doe to be Named" and on March 15, 2007,

24

affirmed by Federal Judge James Moody Jr. as violations of Equal and Due Process and the appearance of prejudice for which he himself resigned this Action and by the 11th Circuit Court of Appeals ENBANC, Ineffective Services" of Defendants and "Others Doe" their crimes have been affirmed but yet not fully defined and thus the need for further records production the judges and Bondi et al continue to unlawfully "impede".

3. Thus with this new information to Townsend showing even more proof why bribed and "impostor" Florida Supreme Court "judges" who ruled in their Order of 11/15/2016, and all judges since the 1980's and Townsend's Lawyers should have disclosed their unethical connections and must have recused themselves by their secret direct acts with these newly discovered bribed Lane's et al's as: Bush(s) et al's, Governors; Attorneys Generals; Nova, Ligori Brothers, Ballards, Martinez's, Canady's, Smith's, KOCH's, Publix, Lane-Trohn, Gray Robinson, Southern Strategies et al and "Others" as co-participants and by the perception of bias and prejudice from bribery thus raising again their "bias", "jurisdiction" and "Color of Official Rights" per MARBURY id. for Treason began by the Bush 41 exposed as Nixon RICO, for "Pay to Play" to conceal their Malum in Se. The immoral and criminal acts Townsend confronted Lane with on the morning of 11/18/1987, and then reported these acts to Patricia McCarthy that afternoon became one of several cores of conspiracy and fraud and deceptive practices uniting defendants and "others doe" still to be revealed with the business records defendants continue to keep secret and use Townsend's stolen commissions and then charges for legal services they never intended to be performed and stolen "Black Money" for their continuing "Hate Crimes" and child and drug trafficking each judge has intended illegally to keep secret

their role in aiding total government and political corruption objectionable to any reasonable person.

4. The Confessions and Admission of intentional violations of Our Constitution and Our Laws is found in the Rulings of the FSCT "Impostors" of 11/15/2016, and before and is in violation of their Own ADMITTED KNOWLEDGE OF VIOLATING FIDUCIARY DUTY AND HONEST PRACTICES AS THEIR RULINGS of: HOLDER; BONDI; KRAUSE Standards and 18 U.S.C. 1346 Honest Services Fraud and by others who knowingly aid and abet "Malicious Prosecution" and "Hate Crimes" since 9/30/2003 to 1987 and before, as Nixon and Congress identified in the 1970 RICO Act and as identified as "Ineffective Counsel" Malfeasance by Townsend's former attorney's McCarthy et al through Heather Gray et al (whom this FSCT in case SC09-1121 (P. Exhibit #68) disbarred Gray after the findings of the 2DCA and 5DCA were confirmed by the Florida Bar in their Recommendation Order showing she by her collusion with "Others" victimized Townsend et al who were her clients as stated by Clerk Birkhold in 2004 and Judge's Gomez, Crenshaw, Holder, Orfinger et al, FSCT Canady Jr., FSCT Jorge Labarga and FSCT, yet Defendants try to by Omissions of Truthful Disclosure separate the First Whistleblower as Townsend et al from their Disbarment Findings). Also proof is in the report of Florida Bar Executive John Berry who co-authored the 1989 McKay Commission Report and the ruling of the U.S. Supreme Court in KELLER v. STATE BAR OF CALIFORNIA, 496, U.S.1 (1990) adopting the 1989 MCKAY Commission Report as evidence of Corruption in Our State and Federal Executive, Legislative and Judicial Branches by these "persons" illegally taking Townsend's resources and children through their Lane et al Criminal Enterprise still ongoing.

5. By Our Laws and per 18 U.S.C. § 242 it is a Crime for anyone to act "Under Color of Law" to deprive anyone of a Constitutional Right and a HOBBS ACT and The Richard Nixon RICO ACT and Proof of "HOLDER" VIOLATION and UNCONSTITUTIONAL ACT of the Judge and as in this case, it is the FSCT Chief Judge Duty per The Florida Supreme Court Rules to investigate and resolve these continued since 1987, Claims against "Hate Crimes" and violations of Our Laws by these same "persons" as Aiders and Abettors of Charles E. Lane Jr. et al and Townsend's former Employer Nova Sales Inc. and its Officers(Ballard, Ligori) to illegally stop Townsend's new Company, did illegal acts, collusion and bribery with Jeb Bush, individual, of Governors and other Government Persons with Government Persons (even connecting each Republican Candidate for Governor [Bush, Smith, Gallagher, Crenshaw, Conner] Townsend informed of crimes they were intentionally and knowingly doing even at the time and since the Town Hall TV Forum on 6/30/1994) continuing even to this day as even other FSCT "persons" actions "allegedly" "Under Color of Law" and "Under Color of Official Right" have been raised acted illegally even by other Courts as "ineffective services" and lacking "Honorable Services" and "without Jurisdiction" as Judge Gomez, Judge Orfinger and the 5th DCA and even by the second "Firing" Order of Chief Judge Labarga which should detail his Cause of Action to act just as Judge Canady Jr. should clarify his F.S.38, "Firing" of himself and the 2DCA and others stated in these records of this same case and Actions per Our Laws and not "impede" Citizens Rights to Our Jury Process to redress crimes of Our Government "persons" alleging to act per Our Constitution(s) as "judges" are to act in "Good Behavior" and if not they act in violation per MARBURY id, and but violate same with their "Blind EYE" intentionally to create their own "Unjust

Enrichment" as written by Townsends Lawyers David Landus and David H. Popper, 6/1988, in the Original Action and or for a Tort Action that has yet been allowed to lawfully proceed because these Defendants and "Others Doe" have taken bribes in violation of the HOLDER And KRAUSE and BONDI IMPOSTOR Standards as stated in these Petitions For Mandamus, The Supplemental Petition and the INITIAL BRIEF and even in the 1/8/2016 hearing, admitted they never obtained or read the Contracts (JVA or Bylaws) they alleged for 30 years on which they litigated to prevent these Rights of Townsend and those for whom he was Commissioned to speak and protect per Our Constitutional Rights and even for the safety of the Rights of Our Children illegally abducted and trafficked for ransom and other "Odious and Outrageous" crimes.

6. By Plaintiff's FBCCP BYLAWS of 1994, affirmed as Lawful of HCSO Deputy Joe Howlett and PINELLAS Deputy Jeffers since 1993, and Registered Agent Senator John Grant Jr., as he "alleges" is lawfully acting with "Honest Services" as Rules Of Contracts they by Law must follow Defendants now per this continued Action as 02-03812 (Plaintiff Exhibit #60) and as Judge Marva Crenshaw on 5/10/2006, combined these Actions since 1987, in her Malicious Prosecution Ruling and writing most of this legal brief as the action against McCarthy/Lane/Bush et al and Charles Scruggs and Heather Gray et al and now Townsend et al v. Grant et al (15-CA-1928, Per R.O.C.P. 1.540 as Judges Powell and Arnold ruled to do) seek relief per F.S. 617.022 and all other available relief per Our Laws and as the Crimes still ongoing , the Duty of each Government person to is abide by Contracts and Constitutions and Our Laws.

7. The FSCT without taking their Oaths, denies "Due Process" since the 1990's yet per the Supreme Court Manual Internal Operating Procedures Rule Section II. H. Cases

Where Incorrect Legal Remedy Has Been Sought; Transfer; it is the duty of a "Good Behaviour" judge to have the matters determined by an "appropriate Court" per Our Law. 8.. In this same Action Townsend alleged that the "persons" acting as "Judges" "Under Color of Official Right" had in collusion and illegal acts joined the Bush Family et al RICO "Corporate Veil" and the "Rump" "Schism" of these Defendants. The Eleventh Circuit Court of Appeals Judges TJOFLANT, DUBINA and BLACK in case Townsend et al v. Beck et al Case 08-10721 on October 6, 2008, addressed their criminal "ineffective services" and ruled:

> "Recusal is required in certain circumstances, including when the judge "has a personal bias or prejudice concerning a party." 28 U.S.C. 455 (b) . "The bias or prejudice must be personal and extrajudicial; it must derive from something other than that which the judge learned by participating in the case." U.S. v. Amedeo, 487 F.3d 823, 828 (11th Cir.) cert. denied 128 S.Ct. 671 (2007) (quotation omitted). In addition, any judge "of the United States shall disqualify himself in any proceeding in which his impartiality might reasonably be questioned." 28 U.S.C. 455(a). The standard for recusal under 455 (a) is "whether an objective, disinterested, lay observer fully informed of the facts underlying the grounds on which recusal was sought would entertain a significant doubt about the judge's impartiality." U.S. v. Patti, 337 F. 3d 1317, 1321 (11th Cir. 2003) (quotation omitted)."

This 10/6/2008, Ruling now directly connects to each alleged "judge" and "officer of the court" and Executive and Legislative Branch person or Agent, who received bribes from Lane et al even as Steven Merryday known now falsely alleged, Townsend had not proved the "Corporate Veil" implications "impeding" this Whistleblower Action since 1987, of Fraud and Deceptive Practices and bribery, Lane et al has attempted to conceal and continue for their Malicious Enterprise and Unjust Enrichment.

9. Based on "No Law shall impede the Obligation of a Contract" and these RICO facts and these new Exparte Fraud and Deceptive Practices, All "officers of the Court" and or law enforcers and their agents and these Defendants have in collusion Interfered with

Intrastate, Interstate and International Commerce and refused with Patricia McCarthy et al and Lane et al since 11/18/1987, to: allow Townsend discovery of his needed Contract Records from the Joint Venture Agreement of 8/7/1987, and from the FBCCP/CPCS Records since 1994; and know Our Rights; and retain Our Rights; and retain Our Children and Properties taken by Fraud and Deceptive Practices including attempting and using their created unconstitutional laws and their illegal Monopolies and illegal practices for: Malum in Se; RACKETEER INFLUENCED AND CORRUPT ORGANIZATIONS ACT as "RICO" Effective October 15, 1970, Introduced in the Senate by John L. McClellan (D-AR) and signed into law by R. Nixon; Applied with Anti-SLAPP Acts (Strategic lawsuit against public participation per F.S. 768.28) and the "CONTINUING CRIMINAL ENTERPRISE STATUTE a.k.a , "KINGPIN STATUTE" as Famous Cases: Louisiana Commissioner of Agriculture and Forestry, Gil Dozier, accused of compelling companies doing business with his department to make campaign contributions;

KEY WEST PD, Officers arrested for running a Protection Racket for illegal cocaine smugglers; Michael Milken, Insider Trading and Extortion, and per Respondent Superior, Corporation is responsible for acts of its employee's crimes; Los Angeles Police Department, charged as a Racketeering enterprise;

TAMPA LATIN KINGS, 2006 by The Hillsborough County Sheriff's Office and the Tampa Police Department; TAMPA GAMBINO CRIME FAMILY 2006;

JUDGES Michael Conahan and Mark Ciavarella, Pennsylvania, charged with wire fraud, mail fraud, tax evasion, money laundering and honest services fraud for kickbacks, as "Kids for Cash".

10. Therefore, per the continued Malicious Nixon exposed RICO by G W. Bush #41 et al and the Clintons and their Criminal Enterprise for Malum in Se Acts conspired by these Defendants, Townsend for Citizens seeks the proper use of Our Courts and by Contract Our Constitutional Rights as "No Law shall impede the obligation of a contract."

## JURISDICTION AND VENUE

11. This Court has Jurisdiction pursuant to 18 U.S.C. 1346, Honest Services Fraud; the Hobbs Act 18 U.S.C. Section 1951 for Robbery and Extortion; Organized Crime Control Act of 1970 (RICO) and per Sections 1957 and 1961; DEFAMATION INVASION OF PRICACY; CIVIL RIGHTS ACT OF 1964 (TITLE VII); MONDALE ACT OF 1980; Federal Anti-Trafficking Laws (TVPA) of 2000, 18 U.S.C. 1584 and 18 U.S.C. 241 to violate the 13th Amendment; Federal Parental Kidnapping Prevention Act, 28 U.S.C. 1738A or the Uniform Child Custody and Enforcement Act (UCCJA of 1968 and 1997) ss.61-501, 61-542; and State Laws as F.S. 874, RICO GANG Collusion; Florida Civil Rights Act of 1992; F.S.768; F.S. 768.72; F.S. 768.721; F.S. 768.73; F.S. 772; 775.087; 817.02; Human Kidnapping 787.01, 787.02, 787.03 and Trafficking 787.06; F.S. 617.022; 772; 775;817;777 and violate the First, Third, Fourth, Fifth, Sixth, Seventh, Eighth, Ninth, Tenth, Eleventh, Thirteenth and Fourteenth Amendments to the United States Constitution venue properly laid within this Court in that Plaintiffs and Defendants within Hillsborough, Polk, Pasco Counties: signed and affirmed most Contracts here; most causes of action (Fraud, Deception, Murder Attempts, Child Trafficking, Abuse, Drugs, Hate Crimes) arose here; mostly reside here as citizens or practice here; and including Defendants per ROTELLA v. WOODS 528 U.S. 549 (2000) "injury and pattern" of intentional and reckless violations of law and the cause arose here of and by:

31

A. Charles E. Lane Jr. a.k.a. Sabal Marketing and SeaLane Marketing and "Others Doe to be Named" as Lane et al; and B. as a "sect" per Florida Constitution Article I Section 3. A "Sect" and per EPPERSON v. MEYERS 58 So2d FSCt (1952) a "RUMP FACTION" as Joe Howlett on 4/4/1993; Geoff Smith, President, Gary Leatherman, Tim Jeffers, Mike Willingham as Trustee's Of FBCCP; Ron Beck and David Ferguson, Senior Pastor(s); various "Officers" Elbert Nasworthy, Herman Meister; William Brown, Duane Milford, "Buddy" Rawls, Jim Bates, David Powell, Mike Shumate, Mike Smoak and "others Doe" and other Employed Members as Karen Harrod Townsend (KHT), Karen Jeffers, April Beck, Paula Powell and "Others Doe" as general members unknown until Discovery is "unimpeded" by the "Rump Faction" (RUMP) by Torts of their "masked" "impostor" agents "Under Color of Official Rights" acts as; C. The State of Florida Officers or Agents as: Joe Howlett, Hillsborough County Sheriff (HCSO) Deputy; Mike Smoak, (HCSO) Deputy; Tim Jeffers as a Pinellas County Deputy; John M. Corbin as a Pasco Deputy; and Registered Agent John Grant et al, Lawyer and Florida Congressman at relevant times; David Gibbs III (CLA) et al; Cary Gaylord et al; Ken Conner; Charles Denny IV a.k.a. Dickinson & Gibbons, P.A.; Charles Scruggs et al; Heather Gray et al; The Florida Judicial Branch as The Supreme Court, including the Florida Bar and Officers of the Courts including Clerks, Lawyers and their "agents" and "Others" and The Florida Executive Branch as Governors (Martinez, Chiles, MacKay, Bush, Crist, Scott) and their "agents" including the FDLE and U.S. Federal Branches and "Agents" thereof and Florida Attorney's Generals (Smith, Butterworth, Crist, McCollum, Bondi) and their agents as "Others" and Florida Insurance Commissioner's as Tom Gallagher properly served (6/30/1994, on Television and by Certified Mail and e-mail) and date of

Ober serviced) and Florida Cabinet Officers and The Legislative Branch (John Grant, Will Weatherford and "others") in collusion with LANE Et al and Townsend's Prior Employer Nova Sales Inc., and "others as stated herein or by reference in FRAP 26.1" or "Others Doe to be Named"; as or intentionally and knowingly acting in violation of Federal and State Laws knowingly and intentionally violate all Plaintiffs and Our Contracts now that by Malum Prohibitum (Act made unlawful by statute for the public welfare) (Barron's Legal Guide pg.288) and acts of Malum in Se (Naturally Evil as adjudged by the sense of a civilized community) (Barron's pg. 287) Acts and Malfeasance Contra Pacem (against the Public Peace)(Barron's pg. 99) for their Malicious Contra Bonos Mores Acts (acts against Good Morals) (Barron's pg. 97) and Malicious Enterprise Racketeering Plot against us as U.S. Citizens is proved and "Ripe For Judgment" (Barron's pg. 425) and fully admitted by themselves and their "Alias" Superior Co-Participants now all Estopped by intentional Breach of Our Contracts and that "No Law Shall impede the obligation of a Contract", Plaintiffs seek the Courts Conscience of a "Judge in Good Behaviour" per Our U.S. Constitution and Good Faith (U.C.C. 1-201(19) "Honest in fact in the conduct or transaction concerned" (Barrons pg. 208) and per 42 U.S.C. 1985, No Government Immunity for their "Common Nucleus of Operative Facts" per 42 U.S.C. 1983 violations and claims as 42 U.S.C. 1988 and pursuant to the ALL WRIT ACT per 28 U.S.C.A. §1651 "all courts established by Congress may issue all writs necessary or appropriate in aid of their respective jurisdictions and agreeable to the usages and principles of law". This court has jurisdiction Title 15 of the United States Code pertaining to restraint of trade and monopolies (anti-trust law), 28 U.S.C.A. §1367 (to hear and decide claims arising under

state law) and 42 U.S.C.A. §§1983 and 42 U.S.C.A. §§1985(3) and 42 U.S.C.A.§§1988, and 42 U.S.C.A.§§2000(e) and 42 U.S.C.A. §§1981 (Race) and F.S. TITLE XLIV CIVIL RIGHTS CHAPTER 760 hereinafter as the HUMAN RIGHTS ACT OF 1977 and the ADOPTION AND SAFE FAMILIES ACT OF 1997 and Rule 23, Federal Rules of Civil Procedure (class action). This claim involves the above violations of U.S. Constitution Articles and Florida Constitution Article I. Section 3. to protected persons and applicable State of Florida codes and laws confirming intentional deprivations, detainment and denial of Civil Rights by the Florida Supreme Court Justices, Governors, Attorney's Generals and State Employees, Federal Employees and "Others". Jurisdiction is founded on 28 U.S.C.A. §§ 1331 and 1343(a)(3) and (4) and 1346. The amount in controversy in this case, excluding interest and costs, exceeds the minimum jurisdictional limit of this Court for each count. Plaintiffs act as a defendant/Respondent to Federal and State Criminal Charges and per Malicious Prosecution and violations of Due Process to violate Religious RIGHTS, Racial Discrimination and Voter Rights by frauds and Our Commerce and Parenting and Assembly Rights as victims of "unjust enrichment". This complaint may be pleaded in the alternative pursuant to Fed. R. Civ. P. 8(e)(2)) as Fed. Ct. Rule 14, allows jurisdiction per 28 U.S.C.A. §1391(b) and 28 U.S.C.A. §2201 as Defendants and "Others Doe" continue violations of U.S. Constitution Article III. "Good Behaviour" and Article XIV. Section I., state their intent to continue violations of Rights and "Due and Equal Process".

Per JABEN v. U.S. 381 U.S. 214 (1965), Federal Rules of Criminal Procedure a State or Judicial Officer authorized to act under 18 U.S.C. 3041, "Per the Amendment of 1966, the Complaint to state the facts constituting probable cause in a separate affidavit in lieu

34

of and does not need to spell out all issues but can be supplemented by and Affidavit" to procure an arrest and per "F.S. 768.81(3), Of The Tort Reform Act of 1986, provided the court must enter judgment against each party as of all joint tort-feasors for the whole of the damages based on that parties fault in and of the liability." Per §51.21[2], "the Concert of action theory provides that all those who in pursuit of a common plan or design to commit a tortuous act actively take part in, or further it by cooperation or request, or who lend aid or encouragement to the wrongdoer, or who ratify or adopt the wrongdoer's acts performed for their benefit, are equally liable with the wrongdoer. MORTON v. ABBOT Laboratories, 538 F. Supp. 593, 596 (M.D. Fla. 1982] and the Clerks of these Courts are advised to incorporate all records since 1987, herein as proofs;

## THE PARTIES

**12. The Plaintiffs:**

A. Randall Townsend: Individual, is a citizen of the United States and more than 18 years of age and at various times as resident of Hillsborough, Clay, Pasco, Pinellas and Sarasota Counties Florida, acting Per: our Contracts; Laws; and Black Law Bar Rules and has filed multiple Affidavits and Complaints per his Commission Commerce Business d.b.a. Future Marketing and speaks against Hobbs Act lawlessness for himself; and

B. For "others" Derivatively and Honorably as member since 8/1993, as:

1. The First Baptist Church of Citrus Park, a Florida "Not for Profit" F.S.§617 (FBCCP) and Citrus Park Christian School (CPCS) a ministry of FBCCP at 7705, Gunn Highway, Tampa Florida since the 1940's and 1983 respectively; via Randall Townsend "Officer" legally unanimously elected since 1994 and still not lawfully removed by the "Sect" or lawful members per the FBCCP By-Laws and the Laws of the State Of Florida as <u>By-Laws Article III. Section 18. Nominating Committee Member</u> as The FBCCP

Church Supreme Court "Ethics" Officer per F.S.§617.022, for/as the FBCCP; and By-Laws Articles as LONG RANGE PLANNING COMMITTEE CHAIRMAN since 1994 and as AWANA COMMANDER since 1994, and as various other positions as "Officer" as without fraud nominated and elected by the full FBCCP Congressional Body per the FBCCP By-Laws and as the Trustees of the FBCCP at various times have fraudulently "Under Color of Law" as Non Member Sheriff Deputies Jeffers and Howlett ET AL have violated the By-Laws by invading privacy and Contracts and "Trespassing" and Maliciously Prosecuting Members and as "impeding" members from even voting per the By-Laws to appoint "others" as their wives to employee positions so their children receive a free private education or retain themselves or Geoff Smith as Trustees who ignore Bylaws and Civil Rights violations;

2. "The Congressional Body"(The Body) as "Non-Rump" or "Non-Sectarian" FBCCP Members and CPCS Members. Plaintiff, "THE BODY" operates in Hillsborough County Florida since about 1945 and is the FBCCP Non-Sect Members, Children and CPCS Members who since the 1994, by Smith's/Jeffers ET AL "fraud, collusion, and arbitrariness" have been detained and defamed and made victims causing loss of our Children, Contract Rights, Civil Rights, property and "public light".

3. And as Randall Townsend as Next Friend of his children J.G.T and J.D.T. **United States Citizens Abducted 10/20/1999, by Defendants Plot**, per JDT/JGT's own hand written letter and words, at relevant times Minors, FBCCP/CPCS Members and victims of illegal acts through 2012. Plaintiff J.D.T. (born 1983) is the Son and Plaintiff J.G.T. (born 1985) is the Daughter and a Minor when this Dad in 1987, began exposing the criminal acts/omissions now connected back to Bush #41 et al., still ongoing stated

herein done to J.D.T and J.G.T. at relevant times and are to benefit from Future

Marketing and as member of FBCCP and Student of CPCS and deprivated and per her

hand written letter "bullied" and abducted against her and her brothers J.D.T.'s will by all

Defendants and "Others DOE" from her safe home and her proved safe father since

10/20/1999 for the purpose of a false public light fraud started by Townsend's attorneys

the kids were forced to be detained with her deranged mother and the abusive maternal

family and prevented from any contact with her father, since 11/8/2002.

4. As a F.S.493, Florida Security Officer (8/1999-2001) and impeded by co-

participants per: F.S.775.087 (Battery upon a law enforcement officer); Assault;

Abduction; Obstruction; Extortion; and other "Outrageous" Prosecution acts to prevent

Townsend from reporting and obtaining relief from these Criminal acts by these Co-

Participants as now proved;

5. As "Florida Youth Soccer Volunteer of the Year" in 1995 and as "Next

Friend" of and for Citizens of or and as the State Of Florida; All Via Townsend,

individually and as an agent per F.S.120.69(1)(b),(c) Administrative Procedure Act; as all

those for whom Townsend speaks "with clean hands" as Obstructed and abused **Whistle**

**Blowers like others similarly situated seeking permanent equitable relief,** per our

F.S.817.02, (Obtaining property by false personation) Law by these Under Color of Law

Self-dealing Defendants, and "others Doe" per F.S.777, **PRINCIPAL; ACCESSORY;**

**ATTEMPT; SOLICITATION; CONSPIRACY** who conspire even after the 2011

Admissions by F.S.Ct. Chief Judge Canady and Crenshaw in 2006 indicting themselves

and these Criminal Participants and yet to be revealed "others Doe" due to illegally

impeded discovery by their ongoing conspired, fraudulent Acts/omissions and Patterns of

"Proved Sham Fraudulent and Defamation Predictions" as Townsend alleged since 1987:

1. "Lane is lying about what he claims he as Sabal owns and what Townsend can and cannot do" per the "JVA Brokerage Agreement" thus by detainment of McCarthy et al preventing Townsend from doing business and losing his business and just to cover up Lanes diversion of Townsend's funds and Lanes illegal drug and Malum in Se uses;

2. Lanes frauds are being aided and abetted with Townsend's Funds by Defendants as Chapin bragged of his now proved "Buddy MacKay Plot" as admitted by Judges Canady, Orfinger, Lawson, Sawaya and "others" as Townsend as for all Plaintiffs acts to protect The State Of Florida and all citizens as from illegal government persons acts/omissions and "Hate Crimes" violating Secured Contract Rights and from "Risks" stated per *__The 1992 American Bar Association's McKay Commission Report__* addressing and exposing the agenda of the: Bush's #41 et al, now as Bondi et al leading in their political criminal enterprise [hereinafter as the "**McKay Plot**"] as warned as a "Risk" to citizens by the U.S. Supreme Court's unanimous ruling in *__Keller id__* that a State Bar or Agents shall not immune itself by selective applications of its rules and acts/omissions to promote its own: or the Bush #41 agenda; political purposes; and or criminal enterprise;

3. And regarding Sunbelt Equipment Sales, Inc. upon being terminated in 1/1999, Townsend proved owners Bob and Donna Tronu were stealing from their own company and Townsend before selling the company and Scruggs and Gray were retained to secure said lost money and punitive damages due Townsend; 4. And to the FBCCP "Body" since 1994, and specifically said to the estranged now Ex- Wife in the kitchen of our family home on 10/10/1999:

"These six men (Beck, Nasworthy, Meister, Leatherman, Jeffers, Brown) are lying and I am not the one lying and stealing from the church!..It is illegal what they did to remove me 9/8/99!"

Hearing this, the estranged wife said "You're lying" and joined the "Sect" to conceal her criminal acts of: attempted murder, batteries on her kids and husband, frauds and tax fraud and as she in 2003 told Judge Timmerman, Townsend thinks the whole world is against him as Timmerman and Scruggs et al knew this to be true. Townsend now claims he has proved and has exposed these facts of which Defendants and "others" knew and was retained to Litigate these "Failed Honest Services" include, claim and retain per:

"Florida Constitution Article II. Section 8. Ethics in Government.--The people shall have the right to secure and sustain that trust against abuse. To assure this right...Any public officer or employee who breaches the public trust for private gain and any person or entity inducing such breach shall be liable to the state for all financial benefits obtained by such actions. The manner of recovery and additional damages may be provided by law."

And Defendants to violate the "public trusts" in this pattern using Human Trafficking, do self-granted Sovereign Immunity and illegal Per Curium Affirmed Rulings, by violation of: "Florida Constitution Article II. Section 5. Public Officers.--...No person shall hold at the same time more than one office under the government..." Specifically BUSH ET AL in Restructuring: 1. Unconstitutional per **MARBURY id**. Federal and State Laws; 2. the FBI and DOJ; 3. The Florida Cabinet for their controls as "Pay to Play" for "Failure of Honest Services" being done against Plaintiff and "others" for whom Townsend speaks alleging and affirming:

> "Florida Constitution Article III. Section 18. Conflict of Interest.---A code of ethics for all state employees and non-judicial officers prohibiting conflict between public duty and private interests shall be prescribed by law."

is being willfully, intentionally, knowingly and recklessly being violated.

Plaintiff, "Citizen(s)" is the above Plaintiffs and as the Tax Payers to the State of Florida

and Our Federal Government are clients or subject victims of the Federal and State Agents, Law Enforcers, Executive and Legislative Branches and courts, Insurance companies and "Others Named herein" and "Others Doe" who are or who do pay for Honest Services of Defendants not rendered or who have been or per the ongoing Criminal Enterprise are and will be deprived of our Civil and Contract Rights, Property and U.S. Constitutional Rights now as Townsend per: *MEIER and* as F.S.§617.022(2)(a) Derivative Actor acts against various "persons";

13. **The Defendants now and more to be named upon discovery:**

A. Defendant as The STATE OF FLORIDA and U.S. GOVERNMENTS:

B. Defendants as United States and Constitutional Officers and Agents as: Presidents #41-44, Attorney's Generals Reno till now; U.S. Attorney Robert O'Neill; Elizabeth Kovachevich, Steven D. Merryday, Thomas Wilson, Mel Martinez and Mike Shumate, Individually and per their Agents Person, act with prejudice for self-dealing of themselves and their co-participants.

C. Defendants as State of Florida Constitutional or as Approved by the Governors and Florida Secretary of State as Business Entities, Fiduciaries and or Corporations or "Agents":

(1) Defendant, FBCCP, in name only for and per Derivative Law Process;

(2) Defendant, The Florida Bar, alleges to act lawfully per Florida Rules of Court and Black Law Rules as the Official Supervisory Agent of the Florida Supreme Court, headquartered in Tallahassee, Leon County, Florida, operating through Agents John Harkness, John Berry and "others" as Board of Governors, Officers and Members.

(3) Defendant, The Florida Supreme Court, alleges to act lawfully and

dutifully per their Oaths of Office, however at relevant times herein have without the

security of their Oath Of Office aided and abetted political motives illegally for

themselves and their Co-Defendants and "others Doe".

(4) Defendant, The Office of the Governor of the State Of Florida during

times held by Governors Bob Martinez, Lawton Chiles, Buddy MacKay, Jeb Bush,

Charlie Crist and Rick Scott are to act:

"Florida Statues and Constitution "Article IV, Section 1.(a)....The Governor may require information in writing from all executive or administrative state, county, or municipal officers upon any subject relating to the duties of their perspective offices...(b) The governor may initiate judicial proceedings in the name of the state against any executive or administrative state, county or municipal officer to enforce compliance with any duty or restrain any unauthorized act."

But upon being notified of the criminal practices of Defendants and "Others" our

Governors for their benefit have: aided and abetted crimes;

(5) Defendant, Florida Department of Law Enforcement (FDLE) under the

care and supervision of Guy Tunnell, Gerald Bailey and Rick Swearingen in collusion

"allege" to act as the Law Enforcement Arm of State Officers per the Florida Statues;

(6) Defendant, The Office of the Attorney General of the State Of Florida,

Created and with duties by the Florida Constitution Article IV, Sections 4,10, and

"others", under the care and supervision of Pam Bondi, and past A.G.'s as McCollum,

Crist, Butterworth and Jim Smith served themselves over our rights violating their Duty:

Article IV. 4(b): "...criminal laws occurring or having occurred, in two or more judicial circuits as part of a related transaction, or when any such offense is affecting or has affected two or more judicial circuits as provided by general law;

by willfully and knowingly using Fraud and Deceptive Practices to "impede"

Townsend's now proved legal practices in the Courts and admitted multiple persons.

(7) Defendant, Judicial Qualifications Commission, is created per the Florida Legislature per the Florida Constitution Article V. Section 12. And is

"1. vested with jurisdiction to investigate and recommend to the Supreme Court of Florida the removal from office of any justice or judge whose conduct, during term of office or otherwise occurring on or after November 1, 1966,...demonstrates a present unfitness to hold office...Mala fides, scienter or moral turpitude on the part of a justice or judge shall not be required for removal from office of a justice or judge whose conduct demonstrates a present unfitness to hold office".

Further, ...J.Q.C. Members conduct is supervised through the Impeachment process or by the Governor per Article IV, Section 7, Florida Constitution serving at his discretion and per "Florida Constitution Article V, Section 19.—All judicial officers in this state shall be conservators of the peace." Townsend believe's only by doing "Honest Services" will peace by conserved by a "JURY PROCESS" as rights equally to all Plaintiffs.

(8) Defendant, Bruce E. Chapin, P.A., a professional association, and Florida Bar Member (1968); as Attorney At Law, (Chapin) operates at relevant times as the employee, agent, actual or apparent of Bruce E. Chapin, P.A. acting within the scope of his practice out of Florida, Orange County and alleged for Townsend from 1989-1993.

(9) Defendant, David H. Popper, Individual; and David H. Popper P.A., a professional association, and Florida Bar Member (1979); as Attorney At Law, (Popper) at relevant times as the employee, agent, actual or apparent of David H. Popper P.A. acting within the scope of his "Of Counsel" practice out of Florida, Orange County.

(10) Defendant, O'Neill, Chapin, Liebman, Marks, Popper, Cooper, ET AL, a professional association, transacting it business out of Florida, Orange County and employed the relevant actors as Bruce E. Chapin and David H. Poppers as Partners.

(11) Defendant, Charles E. Williams Jr, Individual; and Charles E.

Williams Jr. P.A., a professional association, and Florida Bar Member (1982); (Williams) at relevant times operates as the employee, agent, actual or apparent of Charles Williams Jr. P.A. alleged acting within the scope of his "OF Counsel" practice out of Florida, Orange County at times for Lane et al.

(12) Defendant Sabal Marketing, and Sealane Inc., a Food Brokerage Business, alias Charles E. Lane Jr. at all times material herein operating within the scope of his employment or was an agent actual or apparent, conducting his business transactions out of Florida and with Townsend signed the "JVA" in Polk County.

(13) Defendant, John Grant P.A. a professional association, Defendant John Grant Jr., Individual; John Grant Jr. Esquire; at all times material hereto, the Defendant John Grant Jr., was employed by John A. Grant Jr. et al. and allegedly acting within the scope of employment or was an agent actual or apparent, of John A. Grant Jr. P.A. acting within the scope and as a Florida Bar Member (1994-); A Florida State Senator; and FBCCP Registered Agent (1994-2007); (Grant) at relevant times "transacting his operations" in Hillsborough County and Leon County and signing Contracts and acting allegedly Providing Honest Services for Townsend individual, FBCCP Corporation and "The Body" and all Citizen Plaintiffs but in his "fraud, collusion and arbitrariness" only acting and or being paid privately or without authorization from designated funds as Attorney for the Sect; Sect Agents and Other Defendants knowingly and intentionally violates and breaches his Attorney/Client Fiduciary Duty and Contract Duties to: The FBCCP/CPCS; non-sect "Body" members as Officer Townsend speaks; Townsend individual; the Townsend Children (J.D.T. and J.G.T.) and other non sect members send e-mails containing frauds and demands of his co-defendants to extort

Plaintiffs up to and even now, by intentionally, recklessly and fraudulently acting in omission of truthful disclosure; "fraud, and arbitrariness" against Townsend's legal operations under the FBCCP By-Laws; CPCS Policy Handbook; State and Federal Laws; Florida Bar Rules; and Rules of Courts regarding grievances with "Sect" members and "Sect Agents" since 1994 ([1] fraudulent uses of FBCCP Designated Funds and Members Property for Sect self dealing purposes) and [2] fraudulent taking of Lane et al funds in collusion with Defendants and "others Doe" and concealing their fraudulent unjust enrichment practices even to intentionally violate the citizens of tax payers and Eminent Domain money just to fuel the criminal acts/omissions of the "Sect" known and exposed since 1994 per the frauds by the "Sect" in "[2] Building Frauds Scheme" per the Earle Property Acquisition Contract and obtaining Eminent Domain Money and of Bank loans and "Black Money" as deprivations by Frauds and omissions to Plaintiffs as "The Body" and Citizens and upon discovery any and all additional Grant Et al Lawyers or Agents or C.P.A. Firms as Igor & Janssen, and who have as Dickinson & Gibbons, David Gibbs III, Patricia McCarthy, Charles Scruggs, Heather Gray, Cary Gaylord or "Others DOE" retained by Townsend and or FBCCP/CPCS.

(14)    Defendant, Hillsborough County Florida, operates under Florida Constitution Article VIII Section 1.(a) and per the Hillsborough Charter is to provide "Honest Services" to citizens thereof from themselves, Law Enforcers and Victims Assistance Services but illegally uses Federal Funds as our Tax Resources to obtain and practice illegal and unconstitutional acts as the Adoption and Safe Families Act of 1997, as authored and as a Contract obligates these Bush, Clinton, Canady et al themselves to provide Honest Services but is being used for Fraud and Deceptive Practices;

(15) Defendants, County Sheriffs, is to operate per the Florida Constitution Article VIII, Section 1(d), and as Executive officer of Circuit Courts per F.S. 26.49, and per Florida Laws within the General Laws, Charter and Ordinances not inconsistent with Constitutional laws as "Honest Services" and for lack of "Honest Services" may be subjected to Our law.

(16) Defendant, The Department of Children and Families of Florida, (DCF) a.k.a. CPS, as agents of HUD, Alleges to operate per the General Laws to seek the welfare of Florida Citizens and Families and safely reunite families but as proved herein "conspired to Fail to provide Honest Services" by frauds.

(17) Defendant The Department of Financial Services duly served since 1994 alleges to operate per the Florida Constitution and General Laws to as the arm of the State provide investigations, render services and compensation to victims as Plaintiffs but fails to provide "Honest Services" by Fraud and Deceptive Practices of Defendants;

(18) Defendant The States Attorney's Office and Officers operating under the Care and Supervision of Mark Ober and Assistant State Attorney Pam Bondi Alleges to operate per F.S. 27 and the Florida Constitution and the General Laws to seek the welfare of Florida Citizens and Families and safely reunite families through their Department of Victims Assistance as their Officers, Baughman, Lopez, Bob Petschen (SP), Chuck Holland and others but do frauds.

14. Defendants, as Individuals being sued in their individual and official capacities:

(1) Defendant Pam Bondi, and all A.G.'s Smith, Butterworth, Crist, McCollum, At all times material hereto, is a Resident and citizen of the State of Florida, doing business in or from Leon, Hillsborough County, Florida and an employee,

director/officer/agent of Florida and Florida Bar Member acting within the scope of their agency, the Florida Supreme Court, and as A. G. of Florida, and as agent of State Attorney Mark Ober specifically With Bush et al and John Grant Et al, alleging to provide "Honest Services" with HCSO "Others" in Ober's Victims Services Department in or about 11/15/01 at times "impeding" and Obstructing Justice to Plaintiffs.

(2) Defendant, Jeb Bush, Individual, At all times material hereto, is a resident/citizen of the State of Florida, doing business in or from Dade and Leon County, Florida and director, officer/agent of The State of Florida, acting within the scope of his agency for self dealings and Nixon RICO per the directives of his father Bush #41 and family per exhibit 102 and as alleged family members as the Clinton's and the Koch's and "others" for Fraud and Deceptive Practices, illegal Treason and Malum in Se Crimes;

(3) Defendant George W. Bush, Individual, At all times material hereto, is a resident/citizen of the State of Texas and the District of Columbia, doing business in these United States and an employee, director/officer/agent acting within the scope of his agency and co-participants for self-dealing with malice to obstruct justice of these Plaintiffs and at relevant times used his powers to conceal criminal acts of Jeb Bush ET AL. by terminating or relocating Government agents or granting pardons to persons Townsend had advised of felony acts.

(4) Bob Martinez, as Individual and Governor and Drug CZAR acted by Fraud and Deceptive Practices to conceal crimes of Defendants;

(5) Mel Martinez, Individual, at all relevant times succeeded Linda Chapin as the Orange County Commission Chairperson until being appointed as Director of the U.S. Department of Housing and Urban Development serving for George W. Bush.

(6) Defendant Charlie Crist, Individual, At all times material hereto, is a resident/citizen of the State of Florida, doing business in or from Pinellas and Leon County, Florida and an employee, director/officer/agent of The State Of Florida and Florida Bar Member acting within the scope of his Agency(s), the Florida Supreme Court, and co-participants for self-dealing with malice to obstruct justice of Plaintiffs.

(7) Defendant Rick Scott, Individual, At all times material hereto, is a resident/citizen of the State of Florida, doing business in or from Leon County, Florida and an employee, director/officer/agent of The State Of Florida and Florida Bar Member acting within the scope of his Agency(s), the Florida Supreme Court, and co-participants for self-dealing with malice to obstruct justice of Plaintiffs.

(8) Defendant George H.W. Bush #41, as Individual, at all times a citizen of the U.S. and doing business from same for self-dealing in violation of the Nixon RICO ACT and HOBBS ACTS and Malum in Se Acts for the interference with Custody and Trafficking of Children as reported by the Washington Post at:

http://www.thelastamericanvagabon.com/outside-the-box/six-case-studies-massive-child-pedophilla-ring-highest-power-levels/

and a February 8, 1987 New York Times story by Richard Hollorand, of 6 children found in Tallahassee Florida,

http://www.nytimes.com/1987/02/08/us/inquiry-spreads-on-6-children-and-cult.html

and obstruction of justice to and for these Plaintiffs by himself and the co-participants.

(9) Defendant William Clinton #42, as Individual, at all times a citizen of the U.S. and doing business from same for self-dealing in violation of the Nixon RICO ACT and HOBBS ACTS and LOBBY LAW and ADOPTION AND SAFE FAMILIES ACT OF 1997 for Malum in Se Acts for their interference with Custody and Child Trafficking.

15. DEFENDANTS IN THIS SECTION ARE INCLUDED HEREIN THIS COMPLAINT AS LISTED IN THE ABOVE CAPTION OR IN THIS COMPLAINT OR IN PLAINTIFF'S EXHIBIT #21, AS FRAP 26.1, AND BEING AMENDED UPON DISCOVERY OF PERSONS IN THEIR INDIVIDUAL AND IN THEIR AGENCY PERSONS AS CITIZENS OF THESE UNITED STATES WHO FOR ILLEGAL SELF-DEALINGS BY FRAUD WITH MALICE KNOWINGLY AND WILLFULLY HAVING BEEN DULY WARNED, OBSTRUCT AND DAMAGE PLAINTIFFS.

## THE FACTS FOR THIS CONCERT OF ACTION RICO CASE

16. Since or about 1946, per Congress the passing of the HOBBS ACT, defendants have known of the duties and unlawful acts per Our Laws and Constitutions as Contracts.

17. Since or about 11/18/1987, Patricia McCarthy, by her Superior Knowledge and Professional Directives, advised Townsend to act "lawfully" with "clean hands" per all contracts until she could retain relevant records from Lane et al and get a Declaratory Judgment of an "officer of the Court" which as yet, Defendants have failed to do.

18. Since or about the April 14, 1988, letter of Attorney David H. Popper as proof he knew of his "ineffective counsel" and his then Conspired "Concert of Action" for the protection of not exposing his and others malpractice and crimes, Popper in collusion with "Others" began his Malum In Se malicious prejudiced Malum Prohibitum Acts to delay, fraud and thus damage his own client, Townsend a.k.a. Future Marketing and now all Plaintiffs to save himself and his co-participants. Popper gained the benefit of his Superior Knowledge and a naïve client to all matters of law and collusion of Lane et al participants and being led astray while Popper et al gained his employment and later partnership in the law firm of O'Neill, Chapin and thus the biased protection to protect

the Respondent Superior Liability to Bruce/Linda Chapin that Bruce Chapin's Concert of Actions as exposed in his own previous malfeasance with Defendants and "Others" as a same pattern of negligent "honest services" to clients is as the Concert of Actions practiced by the Chapin's and their co-conspirators in other cases and herein.

19. Plaintiff Townsend alleges and believes thus the intentional negligent services by the conspiracy of: Lane's et al, McCarthy, Grant, Smiths, Bushes, Chiles, Canady's, Koch's, Clinton's, Popper, Chapin, his wife and Defendants and "Others Doe" has been concealed by the Actors listed herein and by "Others Doe" and not legally known or admitted as fact and not just "crazy" speculation by Townsend as Grant et al, Beck et al, Scruggs et al and KHT et al in collusion wrote until Judge Canady disbarred Gray, recused the 2nd DCA and appointed the 5th DCA and Judge Orfinger in 2011, to as another HOBBS ACT conceal their crimes. The discovery of the admissions by Judge Orfinger, Sawaya, and Lawson in <u>Robinson v. Weiland</u>, ET AL, 5D05-2380, filed **09/01/2006**, citing <u>Townsend v. Lane</u> 659 So. 2d 720 (Fla. 5th DCA 1995) was the admission of criminal Political collusion involving the Ninth Circuit, 5th DCA, F.S.Ct., Governors and "Others" prior collusion in the "Elect Linda Chapin and the Buddy MacKay Plot" and basis of the "Pay to Play" Florida Supreme Court role in the Bush and Gore 2000 election by Popper/Chapin's as no other Florida Bar Member or ABA member would admit a violation of law by Chief Judge Powell and "Others Doe" aiding collusion by Bruce/Linda Chapin's gang to stop "discovery prior to the hearing, is required". The same Political Plot is in the 13th Circuit as Judge Crenshaw, **9/7/06**, does the Lane et al Rom Powell Plot to conceal Lane et al and bars Townsend exposing the criminal acts by the same Politicians and "Others" with Paula Powell concealing FBCCP et al records.

## SUBSTANTIVE ALLEGATIONS
## COUNT ONE: PERSONAL INJURY

20. Paragraphs 1-All and exhibits of this Action are hereby incorporated by reference.

21. The Defendants owed Plaintiffs a duty to exercise reasonable care in protecting Plaintiff's from the assaults including emotional distress and crimes as shown in this Action.

22. The Defendants owed Plaintiff's a duty to follow our Rule of Law, Constitution's, Bylaws and Contracts as required by Honest Services but to show malice and intent Defendants admitted they never read the JVA Contracts and or the 1994 Bylaws and actions shown prove their Malicious Enterprise for Unjust Enrichment from Plaintiffs.

23. The Defendants by failing to obtain and even read the JVA and BYLAWS as Contracts they were retained and received compensation or Quid Pro Quo benefits to enforce and caused crimes and "Hate Crimes" on Plaintiff's, these Defendants and "Others Doe to be Named" pending needed discovery, breached their duty to exercise reasonable care and Honorable Services.

24. By Defendants failing to monitor and supervise their co-participants as required per their Oaths and Contracts policies and procedures and Rules of Contracts and Laws each Defendant and Co-Participant breached their duty to exercise reasonable care.

25. As a direct and proximate cause of the Defendants' negligence and deliberate indifference, Plaintiff's suffered physical injury and pecuniary loss, as well as pain and suffering, fright, shock, and mental and emotional distress.

26. As a direct and proximate cause of the Defendant's negligence and deliberate indifference, certain expenses were incurred by or on behalf of Plaintiff's.

## COUNT TWO –REINSTATING ALL CLAIMS OF THE AMENDED
## JUNE 22, 1989 COMPLAINT 89-3299, AS WRITTEN BY DAVID POPPER P.A.

27. Comes Now Townsend and by reference incorporates all paragraphs, exhibits and as per Plaintiff Exhibit #6, the Initial Action and included herein as a Claim for Damages. WHEREFORE, Plaintiff prays judgment against Defendants and each of them as Lane et al co-participants aiding and abetting in Fraud and Deceptive Practices and RICO and Extortion and Bribery and Child and Illegal Drug Trafficking and acts of Malum in Se:

1. For damages for loss of Plaintiff's commerce and business and emotional and punitive relief in the sum in excess and within the jurisdictional limits of this court as determined by a jury and For other and further relief as the Court by a jury ruling may deem proper.

## COUNT THREE: INVASION OF PRIVACY

28. The preceding paragraphs of this Complaint are hereby incorporated by reference.

29. Defendants pried and intruded into Plaintiff's Townsend, Future Marketing, J.G.T. and J.D.T. and FBCCP/CPCS and the "Body's" private affairs and Sovereign Contract Rights, in which Plaintiff's have a reasonable and Sovereign Right and expectation of privacy.

30. Defendants published facts which are false or which place Plaintiff's in a false light which would be objectionable to a reasonable person under the circumstances.

31. Defendants have made public disclosure of private facts about Plaintiffs and defamations, which disclosure would be objectionable to a reasonable person of ordinary sensibilities.

32. Plaintiff's have been injured by Defendants' invasion of Plaintiff's privacy and we seek restitution per the ruling of Our Jury.

## COUNT FOUR: BREACH AND OR TORT OF CONTRACT AS BYLAWS

33. Plaintiffs Randall Townsend, Individual; The First Baptist Church of Citrus Park, a Florida §617 Not for Profit Corporation (FBCCP); J.G.T and J.D.T adopt and incorporate the paragraphs 1 through all, herein this count and state:

34. This is an action for damages in excess of the jurisdictional limits of this Federal Court, exclusive of interest and costs for breach of a contract known as the FBCCP By-Laws between Plaintiff Members and Defendants as those of the "Sect" in their individual capacity and in their Member/Officer "Person", at relevant times from 1994 till now as Ron Beck; April Beck; Tim Jeffers; Karen Jeffers; Joe Howlett; Jackie Howlett; Herman Meister; Joyce Meister; Geoff Smith; Elbert Nasworthy; Elaine Nasworthy; William T. Brown; Gary Leatherman; Robert Giles; Frank Edwards; Mark Nunes; Tammy Nunes; Paula Powell; David Powell; Dr. Lon Lynn; Gayle Lynn; Karen Harrod Townsend (excluded herein this count in her Person as Wife and or as Mother of J.D.T and J.D.T); Carl Rawls; Duane Milford; Jim Leahy; Michael Corbin; Jackie Corbin; Mike Smoak; Mike Shar; John Collinson; Bill Craft; Ed Hopkins; Jerry Miller; Wilson Smith; Mike Powell; Mike Holness; Mark Jeffers; David Ferguson; Don Beck; Mike Willingham and "others Doe" to be added after discovery of FBCCP Records which is per the By-Laws is to be available at all times to all Members but not yet afforded this By-Laws Right and Other Rights specifically stated in the document because of the intentional illicit breach of contract and or TORTS of and by these Defendants and "Others Doe to be Named".

35. Because of the actions of Defendant each Defendant has violated the contract by:

A.     "Public light Defamation" for failure to obey the standards of the By-Laws;

B.     "Prohibiting "Free Will" Speech and "Contract Acts" of these Plaintiffs;

C.     Failure to provide "Honest Services" as stated per the FBCCP Contracts;

D.     Acts of Fraud to these Plaintiffs by their contribution, preparation and publication of "False Business Meeting Reports" and "other Reports" and statements made to members as children and adults and the elderly as those members over the age of 65;

E.     Acts of Fraudulent Inducement to obtain the vote of members to: buy the Earle Property; Unjustly Settle the Eminent Domain Lawsuit; Obtain Bank Loans; Enter into lawsuits against Randall Townsend and for Permits; and or to Retain "Rump" persons as Employees and or as Members or as their Agents;

F.     Acts of Tort Interference with Child Custody, contact and visitation;

G.     Acts of Child Endangerment due to intentional negligent care;

H.     Fraudulent Misappropriation of "Designated funds" and or taken "Black Money";

I.     Acts of Malicious Prosecution in cases 01-15813 and 01-15814 and 02-4974;

J.     Acts as "Hate Crimes" of violations of Religious Rights and Civil Rights;

K.     And other acts not yet exposed because of Defendants and "others" impeding Records discovery and continuing frauds.

36.     WHEREFORE, Plaintiffs demands judgement against Defendant(s) and a reward of General and "Legal Cause" Damages of a number not yet known until discovery of records, plus interest and costs and punitive damages and attorney's fees, and for such other and further relief as this Court by a jury verdict deems just.

## COUNT FIVE: CLAIM FOR BREACH OF CONTRACT AGAINST LANE

37. Plaintiff Randall Townsend, Individually, and as owner of a.k.a. Future Marketing, (Future) as a Florida Based Food Brokerage Company, at relevant times, comes now and sues Charles E. Lane, Jr.(Lane) and Lane a.k.a. and d.b.a. Sabal Marketing Inc., (Sabal), a Florida Based Food Brokerage Company based on a Breach of a Contract known as "JVA Brokerage Agreement" (JVA) signed and notarized August 7, 1987, in the office of Ed Crenshaw, Polk County, Florida.

38. Plaintiff's incorporate paragraphs 1- all, herein this count and states:

39. At all times material hereto, Plaintiff/Counter Defendant Townsend and Future, complied with all conditions precedent to the terms of the "Brokerage Agreement" and to the bringing and defending of this action from Lane et al's CounterClaim even filed in or as late as Default.

40. Defendants Lane and or as Sabal Marketing Breached the "JVA" by:

A. Making False Claims and Statements relative to the daily practices of the Defendants And Defendants Rights per the Brokerage Agreement (5/1987) prior to and from and including August 7, 1987, per the JVA to present;

B.Failing to Pay Plaintiffs for services rendered, expenses and costs of services rendered and failing to pay earned and future commissions as stated per the "JVA" Section 4.;

C. Failing to produce records to show Contract Rights to separate 1/1/1988;

D. Failing to produce records to show commissions earned per the JVA;

E. Failing to prove "Honest Services" per the terms of the Agreement;

F. Using Townsend's resources, rights and services for extortion, bribery and RICO and HOBBS ACT violations of law since 1987, for acts of Malum in Se.

41. As a result of Defendants' Actions of Breach, the Plaintiffs, Randall Townsend and Future Marketing suffered: interference with child custody and contact since 1999, divorce, emotional distress, abuse, malicious prosecution, defamation, deprivations, illegal detainment; pecuniary losses since 1987 of costs and expenses, commissions, future commissions per the Agreement, contract representation and income from Companies Townsend/Future lost or could not acquire based on the false claims of Defendants; loss of his business as Future Marketing; and loss of "Other" employment earnings; and court and attorney's legal fee's and costs and other deprivations yet to be exposed until discovery is not "impeded" by Lane et al.

42. Plaintiffs demand judgment, General and recovery of all available damages and punitive damages from Defendants and a Trial By Jury and arrest of Lane for his crimes.

**COUNT SIX. CLAIM FOR FRAUD AND DECEPTIVE PRACTICES**

43. COMES NOW, All Plaintiffs and incorporates in this Count herein all Paragraphs 1- through All herein and sues each Defendant as an individual person(s) and in their Official Person(s) Capacities for Fraud(s) and Fraudulent Inducement to deceive Plaintiffs into retaining their membership, association or services by entering into Contract(s) known as The FBCCP By-Laws, Individual Contracts for Services and Individual Contracts for Fiduciary Services and or as Fiduciary Contracts of and By Elected or Other Government Officials based on a Contract known as the United States Constitution and State of Florida Constitution and Contracts known as Attorney Client Contracts and Client Insurance Contracts, and States:

44. Plaintiff's allege and confirm as stated in all Paragraphs herein this Document and

in other records to be discovered and produced that Plaintiffs were and are Fraudulently Induced by the words and actions of each Defendant(s) to for "Honest Services" Obtain their Membership and or Fiduciary Services and or as Elected Services of Defendant(s), individually and or jointly and that such "Claims" for "Honest Services" per the terms of acceptance, affirmations and Oaths of Service per and of the Contracts by Defendants was knowingly, intentionally, and recklessly, negligent and as Torts to obtain property and unjust enrichment from Plaintiffs.

45.     As a result of Defendants' Actions of Frauds and Intentional Failure to provide "Honest Services" the Plaintiffs, suffered: Civil Rights losses, emotional distress, abuse, malicious prosecution, defamation, illegal detainment; loss of relationships and assembly; pecuniary losses; costs and expenses; and loss of "Other" employment earnings; and other losses and court and attorney's legal fee's and costs and Unnecessary Taxation and fees and "Hate Crimes" by Defendants violations of Laws and Contracts as stated herein.

46. Plaintiffs demand judgement, General and recovery of all available damages and punitive damages from Defendants and a Trial By Jury.

**COUNT SEVEN:**
**TORT INTERFERENCE WITH CHILD ASSEMBLY AND CUSTODY**

47.     Comes now Plaintiffs, Randall Townsend, Individual, and for and as Representative Guardian for J.D.T and J.G.T. his children at relevant times as Minors and includes Paragraphs 1 - all, herein this count and states:

48. Defendants above and included herein is Karen Harrod Townsend in her person as Wife, now Ex-Wife and as Mother, are sued here in this count with aggravating felonies as Assaults, Batteries, Grand larceny, Attempted Murder, Interference with Child Custody and Abduction as in collusion for themselves and their co-conspirators still

aiding and abetting themselves to still do their continued acts, Townsend since September 8, 1999, for Himself and for J.D.T and J.G.T. still states:

49. Defendants now and at previous times, knowingly, intentionally, willfully, recklessly and "Operationally" in "SLAPP" manner using Government Persons and including Deputies Jeffers, Howlett, Smoak, Corbin as Non Members Of FBCCP and "others" act unlawfully "under color of law" to detain and "Impede" and continue their illicit practices against Townsend, and his children J.D.T and J.G.T. from their "Free Will" assembly, speech, and Religious Practices as FBCCP members not able to be removed from their "Free Will" practices by frauds and other illegal acts from non FBCCP Contract members have been impeded since or about September 8, 1999.

50. Defendant Karen Harrod Townsend in the persons as Wife, Ex-Wife and Mother to assist herself and her co-participants in crimes knowingly, willfully, intentionally and recklessly did in violation of her FBCCP Membership, did her acts per those acting under color of official right to prevent Townsend and J.G.T. and J.D.T. from exercising their "Free Will" per the By-Laws to reveal their violators to the FBCCP Membership via the By-Law Process.

51. Such "SLAPP" deprivations are ongoing and Townsend has been prevented from talking or seeing his daughter J.G.T., now since about November 8, 2002, and Townsend was only able to see his son J.D.T. a few times in 2007, as the children and Townsend remain in fear of "Hate Crimes" from Defendants and "others" who fail "Due Process".

52. In collusion, all Defendants and "others" since 09/08/1999 and before since about October 1994 at the FBCCP Nasworthy admission of violations of By-Laws and Laws and thereafter by "detaining" and threats of arrest by self-dealing "law enforcers as

Officers of the Courts acting through themselves and Howlett, Jeffers and Smoak and "others"" on conspired false charges for causing frauds and disturbing a Religious Assembly and Organization per F.S.§871.01 and F.S.§871.02 and being falsely charged with "violence using guns" and Maliciously Prosecuted and "detained" by "sham charges" as "molesting" and "abusing" and "being violent with guns" and an "infidel" and "liar" to his own children or others defendants stated in courts and Church/School assemblies while Townsend has been barred from vindicating himself and chased and detained by law enforcers on public streets and public properties and from Church/School Assemblies, Co-members and documents and trespassed from FBCCP in violation of the Bylaws since 9/8/1999, and deprivated even by threats of Lawyers Grant, Scruggs and the Florida Bar Officers stating: "Mr. Townsend if you get your law degree, within six months we will find a way to have you disbarred and put in jail for something" all in violation of the HOBBS Act for RICO and violations of Title VII of the Civil Rights Act of 1964, 42 U.S.C.A.§§2000(e) by Court Injunctions from Church/School/Religious assemblies since 09/08/1999 even on March 31, 2010 and through May 27, 2011, and now by threats of the 5th DCA in their Order of 2016 of Defendants and "others" created and continue an "imminent apprehension as a result of that conduct" began by Defendants and continues by all alleged "law enforcers" and Others per Florida Criminal Practice Service still on Plaintiffs practice actual acts/omissions of "Batteries as offensive contact causing injury" at various times and do "Child Abuse", "Elderly Abuse" and abuse on Whistle Blowers by their demonstrations and abuse to the physical, mental and emotional health and for to cause fear of "pay more extortion if you want your rights heard", "don't question the acts/omissions of "law enforcers" or "law

enforcers speaking through alleged "clergy" and agents" and or fear of going to jail practiced per the Grant Emails on Townsend and Townsend's Children subjected to frauds and abuses and others for those whom Townsend speaks per F.S. 617 and F.S.§39.01(2) and F.S.§415.102(1) even on the continuing events done on May 26-27, 2011, in Pensacola, and since as these crimes escalate since these assault acts/omissions are practiced on Religious Persons as "Hate Crimes".

53. Plaintiffs spent the entire time from about September 8, 1999 to current times detained from their Free Will practice of Contract and Constitutional Rights.

54. Defendants and "others doe" without just cause or lawful protection under their Oath per Contracts/omissions or Color of Law did and intend to do larceny and bodily harm to Plaintiffs and did: NEGLIGENCE IN THE CARE OF MINOR(S) per F.S.827; and F.S. 827.08 Misuse of child support money; and per F.S. 775.085 and F.S. 775.089 are to receive restitution.

55. By assault(s), batteries and continuing "imminent apprehension as a result of that conduct" plaintiffs were and are seriously injured and sustained defamation, physical, mental and emotional injuries requiring professional treatments, financial losses, property losses, loss of Business Advantages, loss of Civil Rights not yet fully discovered due to the "fraud, collusion and arbitrariness" and "Hate Crimes" by Defendants and others.

56. As a result of Defendants' Actions of Frauds and Intentional Failure to provide "Honest Services" the Plaintiffs, suffered: Civil Rights losses, emotional distress, abuse, malicious prosecution, defamation, illegal detainment; loss of costs and expenses; and loss of "Other" employment earnings; and other losses and court and attorney's legal fee's and costs and suffered "Hate Crimes" per laws stated herein.

57. Wherefore, Plaintiffs request judgment against each defendant and "others doe" for damages in a sum within the jurisdictional limits of this court, together with costs of suit, punitive damages and any further relief as the court deems proper.

58. Per Florida Constitution Article I. Section 3. Plaintiffs demands trial by jury in the above entitled action.

## COUNT EIGHT—FOR MALICIOUS PROSECUTION

Comes Now, Townsend and alleges and includes herein all Paragraphs 1-all and all exhibits and states:

59. Defendant(s) reside respectively at relevant times at:

(a) Charles E. Lane Jr. at 246 N. Mounts Bay Court, Longwood, Fl 32779 and 640 Douglas Avenue Suite 1504 Altamonte Springs, Florida 32714

(b) Sabal Marketing Inc via Registered Agent Corporation Information Services Inc. 1201 Hays Street Tallahassee, Florida 3230;

(c) Sabal Marketing President, Director Charles E. Lane Jr. 246 N. Mounts Bay Court, Longwood, Fl 32779;

(d) Sabal Marketing Secretary, Mary F. Lane 246 N. Mounts Bay Court, Longwood, Florida 32779;

(e) Charles E. Williams, Jr. Esquire, "Of Counsel", doing business from 100 N. Tampa Street, Suite 3350, Tampa, (Hillsborough County) Florida 33602-5832.

(f) David Harry Popper, Esquire, "Of Counsel", currently doing business from 1000 Legion Place, Suite 1200, Orlando, (Orange County) Florida 32801

(g) Patricia McCarthy et al, 19602 Eagle Crest Dr. Lutz, Fl 33549

And joined in their actions at relevant times for delay and unjust enrichment by;

(h) Bruce E. Chapin, and Linda Chapin 2022 Hoffner Ave, Belle Isle, Fl, 32809.

(i) O'Neill, Chapin, Marks, Liebman, P.A. 200 East Robinson St. Suite 865, Orlando, Fl, Orange County 3280;

(j) And Others as: Grant/Smith et al; Williams et al; Nova Sales; Ballards et al; Martinez et al; Jeb Bush, et al; and "Others Doe" and in and by their assisted Concert Of Actions; And due to conspiracy, Townsend is ignorant of others Doe yet to be added;

60. On July 8, 1989, defendants Lane et al and Williams Et Al with "Others Doe" Unknown commenced their known sham counterclaim civil action against plaintiff Townsend a.k.a. Future Marketing for Breach of Contract, Tort Interference with Contracts, in the Eighteenth Circuit Court of Seminole County Florida claiming loss of commissions as damages. Service was to David H. Popper by U.S. Mail on 7/28/89.

61. Popper would never explain, challenge or admit his failure to use and file for Default against the Counterclaim which the Townsend complaint had been served 6/22/1989, by U.S. Mail to Charles Williams Jr.

62. After now known years of Fraud and Deceptive Practices by all Defendants, In January 1993, Defendants by Fraud and Deceptive Practices their threat of you will go to jail if you do not settle thus coerced settlement under duress and extortion in that action was rendered in favor of plaintiff to recover of defendant $7,500.00. Which in violation of the Attorney/Client Townsend Agreement and Trust Fund violations Chapin and Popper unlawfully withheld $2,500.00 at which time Townsend timely notified the court of Judge Rom Powell and the Florida Bar and others of the collusion to no avail.

63. The mentioned action was commenced and prosecuted by defendants maliciously and without probable cause, in that:

A. "Under color of Law" Conspirator Williams as an Agent of the Defendants in collusion with his client Charles E. Lane Jr et al and David H. Popper et al knowingly as per the similar case **Florida Bar v. RUBIN** Id., filed a Counter Suit as Malicious Prosecution for delay and to "impede the Contract and civil Rights of Townsend" and to conceal defendants criminal acts and malfeasance to not let Townsend discover his legal and financial and civil rights deprivations or sill now be allowed to present his claims and defenses to a jury.

B. Fraud was exposed as when the Judge Powell order for Defendants in 1992, to produce only partial discovery of the Contracts listed in the Contract, Lane had no standing to his claims of contracts with the Lines and Accounts as Lane offered to Townsend/Future Marketing on August 7, 1987 and further the benefits Townsend earned for the JVA were partially exposed and still not per the contract compensated.

C. The Tort Interference and unjust enrichment by Lane et al and Defendants was Partly exposed and still now still concealed.

D. In addition, testimony had been confirmed of Lane and Williams use of illegal substances and thus money due Townsend had been diverted for illegal uses.

E. Thus the Case, Townsend v. Lane 659 So2d 720 (1995) 5D-94-1913 of 9/1/1995, PCA A Rule 1.540(b)(3) Motion must specify the fraud and explain why the fraud, if it exists, would entitle the movant to have the judgment set aside;…("Because the appellant did not specifically plead the two grounds that would have formed a basis for relief---fraud and coercion—the trial court correctly dismissed the petition for failure to state a cause of action." Now proving was done in collusion with the ruling of Judge Orfinger in 2011, is proved with Judge Powell ET AL as a Lane et al co-participant for

fraud to delay and extort Townsend and those for whom he speaks since 1987.

64. Plaintiff Townsend includes and incorporates all paragraphs 1 through all below by reference and reserves the right to expose additional violations after discovery is lawfully allowed to show these defendants obstruction, criminal acts and collusion to deprive Townsend and Townsend ET AL of our Contract, Civil and Assemble Rights to our persons and our property by "Hate Crimes" depriving Plaintiffs of a Religious Society our Free Assembly, Parent Child Relations and our property up to and showing their hypocritical acts of willful and knowing Bush's et al allegedly for protection of these Plaintiffs same type rights fights the Iraq War now known they falsely caused.

65. As a proximate result of the wrongful acts alleged in this Complaint, Plaintiff's have and are being generally damaged in excess of and within the jurisdictional limits of this court and not able to be tabulated until lawful discovery is allowed as to show cause for general damages and special damages and punitive damages and states per written papers filed by Chapin to the Judge Powell commission damages just to Townsend at that time were in excess of about $1 Million.

66. Further, Attached as Exhibit is the Florida Bar July 22, 1993 report of Cathy Cline to John B. Root, Jr. showing legal and discovery questions and claims made and delayed answers still not given per the collusion of defendants and "Others DOE" until the discovery of the Judge Orfinger and F.S.Ct. Judge Canady rulings from 2011, clarifying only part of still many questions left unanswered because of "the collusion to impede discovery" as extrinsic fraud to prevent Plaintiffs from presenting our full case in an Honorable Court to a jury per our Florida Constitutional Article I. Section 3 Right ignored by defendants and "others DOE" to be added when possible to know them.

67. Further, by collusion of these Defendants and "others DOE" even after the March 15, 2007, Status Hearing and Townsend meeting what he believed was the directive of Federal Judge James Moody, Jr. to per the Federal Rules ordering "Be more specific" on each Defendant, Judge Merryday who having heard the same pattern of facts as known herein were done in his hearing the Aisenberg v. Hillsborough County Sheriffs Case reverses himself, shows his bias and dismisses the case only to have the 11th Circuit Court of Appeals rule "Ineffective Counsel" and thus since the Townsend v. Gray Case herein was and is still pending, Townsend included the findings of the 11th Circuit Court Of Appeals connecting the patterns of Defendants Gray was to litigate for their "Ineffective Services" as the same for with these same courts (2nd, 5th, Florida Bar and F.S.Ct. disbar Gray, but choose to conceal her acts against these Plaintiffs and these deprivations Canady later in 2011 and again Jorge Labarga in 2016, admits and recuses these same courts and persons for their prior conspiracy acts still ongoing in now, by these connected persons in and of Florida and U.S. Government and "Others DOE".

68. The reasonable value of Plaintiff's business immediately prior to the wrongful acts by Defendants in 1987 herein alleged was per the writings of David Landis and David Popper in excess of $50,000. And Defendants, and each of them, did the things herein alleged oppressively and maliciously, and Plaintiff is entitled to punitive or exemplary damages in the sum of in excess of $100 Million as expressed by experts as Gregory Presnell in the field of jury verdicts.

69. In Continuation informed Ronald Beck et al and Karen Harrod Townsend et al in concert of the actions for themselves and their co-defendants "DOE" knowingly and intentional on 11/2/01, filed "Sham" Affidavits and on 11/15/2001, affirmed the "Sham"

Criminal Charges and sought illegal detainment of Townsend under oath in the court of Judge Raul Palomino and sought for fraud an Injunction against Randall Townsend as for one reason for deception to prevent this father from attending a Church function for his children at Word Of Life Bible College in Hudson, Florida where J.D.T. then over the age of minority was attending college and Randall Townsend frequently visited the campus taking J.D.T. and is dorm mates Pizza and various supplies. Defendant did their concert of actions for retaliation and to conceal the criminal acts of Defendants as Defendants to church members and "others" were for defamation making claims this father was dangerous with guns, potentially violent and had abused and molested his children J.G.T. and J.D.T. On a regular basis on and since 9/8/1999, Defendants obtained the illegal services of FBCCP Officers also Sheriff Deputies Jeffers, Howlett, Corbin, Smoak and "other" to detain and impede Townsend from his children in Hillsborough County however in Pasco County at Word of Life, Defendants needed illegal means by the frauds of "Sham" charges and the illegal "intentionally" ineffective services of Townsend's Attorney Charles Scruggs P.A. to assist Deputies Howlett and Smoak continuation of their criminal acts using the willful cooperation of the State Attorney Ober and his officer and "others" of the Victims Assistance Program and "others DOE".

70. Plaintiff is informed and believes and alleges that each of the named and Fictitiously named defendants is responsible for occurrences and injuries alleged herein.

71. On 11/2/2001, defendants instituted civil actions against plaintiff in the 13th Circuit of Hillsborough County, Florida. The actions, defendants jointly alleged are "Stalking", "Sending unsolicited fax's to me (Beck), others on pastoral staff and church members in general. Statements are lies, inflammatory and accusational. The Deacons

are very concerned." "Violence" and sought Restraining Orders and in these acts and by other malicious acts sought the "Concealment of Defendants Criminal Acts and Frauds", Embezzlement, ChildEndangerment, "Unlawful detainment", "Impeding Religious Rights", "Impeding Contract Rights", "Unlawful Impeding Child Custody", Illegal Trespassing, Arrest and Contempt of Court as Defamation in a False Public Light and fines against Randall Townsend in violation of Member Townsend being proved following the FBCCP 1993 By-Laws and his Officer Duties as elected 100% by the FBCCP Membership since 1993. The Actions were titled <u>Ronald Beck v. Randy Townsend</u> REPEAT VIOLENCE NO: 15-813 and <u>Karen Townsend v. Randy Townsend</u> DOMESTIC VIOLENCE NO: 15-814. A copy of the complaint filed in the actions is attached as Exhibits and incorporated by reference. And Divorce Case 02-4974, conspired for judges **MARBURY id.** unconstitutional control to exclude jury rights..

72. On November 15, 2001, Attorney Scruggs in collusion with Defendants "Doe" ignored for fraud a 11/12/01 Faxed letter as a demand of his Client Townsend to Subpoena Church records so to show the embezzlement and malicious criminal acts as later revealed in 2006 and instead Scruggs et al as he admits to Ralph Stoddard and others intentionally betrayed Townsend and "others" so not reveal the frauds and Malicious Prosecution scheme of defendants Scruggs intentionally and willfully was aiding and abetting with Judge Raul Palomino, and "Others" while they admonished Defendants not to interfere with child custody and dismissed all the actions against Plaintiff Townsend herein trying to conceal the Bushes/McKay Plot.

73. Defendants acted without probable cause in bringing the above-mentioned actions, as Marva Crenshaw and others ruled in that any all defendants did not honestly

and reasonable believe that there were valid grounds for the actions as Marva Crenshaw and Charles Denny IV affirmed 5/10/2006.

74. Defendants and "others DOE" acted maliciously in bringing the mentioned actions against plaintiff, in that in concert of actions as admitted by the judges as defendants herein:

A. They extort and abuse innocent children, they Impede Civil Rights, Contract Rights and "impede the law" and Plaintiff's investigation of Contract(s) violations and "Due and Equal Process" as they obey Exparte for Extrinsic Fraud Operational Orders of their Co-Conspirators;

B. They falsify records and claims concealing "unjust enrichment" to themselves and to others including their "Government Agents and Supervisors" as per the Harkness/ Rubin Scheme;

C. They destroy and impede proofs in true records and testimony as in Rubin;

D. They immune themselves and ignore the Florida Constitution, The FBCCP By-Laws, The Florida Bar Rules, The Florida Bar Black Law Rules, U.S. and Florida Case Law, Florida and U.S. Rules of Civil Procedure, Florida Election Laws, Florida Labor Laws, I.R.S. Tax Laws, and intent of the Florida Citizens Vote or the Fraudulent liberties taken by judges to conceal illegal conduct of themselves using Per Curium Affirmed as in __Jenkins v. State of Florida__ ignoring the R.O.C.P. 1.540 Motions and New Cases timely filed by Townsend and using these Defendants and "Others" and rewarding them Quid Pro Quo to continue their Concert of Action for their Co-Participants and Others Named herein and "Others Doe" Criminal Enterprise.

E. They impose illegal fees, costs and fines ($924.00 by Crenshaw) dismiss cases

as extortion to conceal their unlawful obtaining of property and children against Townsend for requesting documents that as a member of the JVA and FBCCP are per the By-Laws to be made available and open at all times and as admitted Defendants use fraudulent FBCCP Horgan C.P.A. documents ;

F. They abduct J.D.T and J.G.T and do frauds to "others" and in the process threaten as these minor children the day of their October 20, 1999, abduction proving their extortion wrote,

"Dad Please don't be mad at us! I don't know what other opion I/we have. It's not fair just not 2 C mome either! In ways we'll C U soon & we'll give u a call later! OK?...Heart Jen"

but then Defendants and "others Doe" prohibit the kids contacts by phone or personal visits with their father since 09/08/1999, even ignoring warnings from Judge Palomino on the record in 11/15/2001, the Orders of Judge Timmerman in 2003, the ruling of Judge Crenshaw in 2006, or now even in or after the admissions of Florida Supreme Court Judge Charles Canady in 2011 and Labarga in 2016, threats are still made. Defendants in 2012, continue to make these threats of arresting this father for trying to contact his children and to even take their depositions from 1999 till now or even in December 2005 after the mother Karen Harrod Townsend in an Affidavit to Judge Holder admitted her and the Defendants conspired criminal acts and false allegations still damaging in Public Light this father is prohibiting the Parent/Child/Religious Church Member Civil Rights Relationships.

G. Defendants have in a Concert of Acts since 1987 by Lane ET AL and willfully joined since 1988 by Popper ET AL and Williams ET AL and since 1989 willfully joined by Chapin ET AL, Judges and "others DOE" and Gibbs, ET AL in 1991 and before done;

1. Conspired premeditated RICO acts and Anti Trust Acts,

2. Defrauded to collect payments for honest legal services defendants never intended to provide;

3. collusion to impede due process in Florida Bar Complaints and legal cases to conceal illegal activity of government persons and "others Doe" to prevent a "jury trial" as per the Constitutional Rights Granted in Florida Constitution Article I. Section 3, and Rights per the U.S. Constitution and U.S.C. Codes by their actions in cases listed above and included herein:

Wherefore, plaintiff request judgment against each defendant and "others Doe" for:

1. Compensatory damages in the sum yet to be determined
2. Punitive damages in the sum yet to be determined by a jury.
3. Costs of suit; and
4. Such other relief as this court deems proper.

### COUNT NINE PETITION—FOR WRIT of Mandamus—
#### To compel recognition of petitioner's election to the FBCCP governing board

75. Petitioner, Randall Townsend, is, at all times mentioned is a Member since 8/1993 of FBCCP and acting per his Oath to the 1994 Bylaws and not properly removed from his membership and continuing investigation of crimes starting 10/1994.

76. Respondent, FBCCP, is, and at all times mentioned was, a religious society incorporated under the laws of the State of Florida, with its church and principle place of office located at 7705 N. Gunn Highway, Tampa, Hillsborough County Florida 33625.

77. Respondents, Tim Jeffers, Geoff Smith, Joe Howlett and David Ferguson, are, and at all times mentioned were or claim to be members of respondent church's governing board residing in Pasco and Hillsborough Counties Florida.

78. Pursuant to the FBCCP Constitution and Bylaws or as the case may be of

respondent church, petitioner, in 1993 and specifically in 1994, was duly elected and qualified as a member of respondent church's governing board. By reason of this election and petitioner's acceptance of this office, petitioner was, and still is, entitled to serve as a director/member of respondent church's governing board and to participate in the management and control of the assets and property of respondent church. A copy of the FBCCP bylaws marked Exhibit 1. and incorporated by reference.

79. Townsend is, and has at all times been, ready, willing, and able to carry out and perform the duties of his office, and to comply with all necessary conditions, previous, and regulations by the bylaws of respondent church.

80. On or about 9/8/1999, at a special meeting with pastors and Gary Leatherman at the time Trustee, respondent directors ignored Townsend's Demands since about 1994, (1) Show me the money trial, (2) Stop the Building Scheme (Eminent Domain) Frauds,

(3) Stop lying to and extorting my family, but instead illegally and in violation of the BYLAWS due process voted to expel petitioner from his offices and subsequently refused to allow petitioner to participate in the FBCCP meetings and did defamation so to cause Townsend the loss since 10/20/1999 free assembly with his children for whom he tries to protect and speak. Since that time respondents have continued to deprive Townsend of his offices and members of our rights and resources.

81. The attempted expulsion of petitioner as Nominations Supreme Court Officer and LRPC Chairman is in direct violation of the bylaws of respondent church and it is ineffective and void by Defendants ignore Our Sovereign Laws.

82. Townsend has expressly demanded that respondents recognize his rights and his fellow non-sect members rights and Corporations rights but this demand is still refused

by defendants.

83. Townsend has no adequate remedy at law and will suffer irreparable harm unless the relief requested in the petition is granted.

Wherefore, Townsend request;

1. Issuance of an alternative writ of mandamus commanding respondents, and each of them, to recognize Townsend as a director and member of respondent church, or to show cause why Townsend should not be so recognized and why a peremptory writ should not issue.

2. On return of the alternative writ and the hearing of this application, issuance of a peremptory writ of mandamus commanding respondents, and each of them to recognize Townsend as a director/owner/member of respondent church and that Defendants are in Breach of the Bylaws.

3. Costs of this proceeding.

4. Such other and further relief as the court deems just and proper.

## COUNT TEN --FOR UNJUST ENRICHMENT

84. ALL Plaintiffs Come Now and adopt and include herein the foregoing facts/omissions of Paragraph 1-all, into this count and a claim is made against each Defendant and "others Doe" to be named after discovery, in or as persons individually and collectively for their violations of law per F.S. 817.02 (Obtaining property by false personation).

85. Defendants individually and collectively will be unjustly enriched at the expense Of Plaintiffs unless Defendant is made to pay Plaintiff in the sum not yet determined due to illegally Impeded Discovery by Defendants which Defendants have refused to repay.

71

86. Wherefore, Plaintiffs request that this Court enter judgment per Our Jury verdict against each Defendant for damages in excess of the jurisdictional limits of this court, plus interest and costs of this action, trial by jury of all issues and for such other and further relief as the Court and jury deems just and proper.

<u>COUNT ELEVEN—CLAIM FOR ACCOUNTINGS AND DISCOVERY OF RECORDS REGARDING CERTAIN MONIES DUE AND OWING PLAINTIFFS TAKEN BY LARCENY AND FRAUD</u>

87. This is an action for an accounting of profits and monies by Defendants regarding certain monies due and owing to Plaintiffs, as FBCCP and Townsend.

88. Plaintiffs alleges the allegations of Paragraphs 1-all to include herein.

89. The relationship(s) created between Plaintiffs and Defendants, by virtue of their By-Laws and Contracts constitutes Plaintiffs Rights of an Accounting(s).

90. Plaintiffs has a right to an accounting of the monies collected by Defendants, since 1987, pursuant to the FBCCP By-Laws and Contracts in that the monies are Plaintiffs Property and Plaintiffs assert their belief of Quid Pro Quo actions.

91. Plaintiffs have demanded that Defendant account to Plaintiffs for the aforesaid funds which Defendant is collecting from unknown sources which Plaintiff has an interest but is refusing to account to Plaintiffs or remit such monies to Plaintiffs.

92. Plaintiffs has no adequate remedy at law.

93. WHEREFORE, Plaintiffs prays:

A. That a summons issue directed to each of the individual defendants requiring them to appear in this court and answer this complaint.

B. That the individual Defendants be directed to account for all the sums of money, profits, and gains which defendants have made since 1987 as a result of the above

described conspiracy.

C. An accounting for relevant times be had between Plaintiffs and Defendants.

D. That a receiver be appointed per Rule 66 of the Federal Rules of Civil Procedure to take charge of the property and the accounts of Lane, Sabal, FBCCP/CPCS, "Named Sect Members", Chapins ET AL, Gibbs/CLA ET AL, Scruggs ET AL, Gray ET AL, Dickinson & Gibbons, Grant ET AL, Norman ET AL, Bondi ET AL, Ober ET AL, Crist ET AL, Bush ET AL, Bean ET AL, Harrods ET AL, Sunbelt, Bob and Donna Tronu, Sears Holding, LLC. Employees; Wal-Mart Employee's; Each Bar Member and Each Defendant and other Defendants to be named upon additional Discovery to prevent further diminution and conspiracy and loss to Plaintiffs because of the actions of these conspiring Defendants self-dealings.

E. That the Court decree, upon the completion of such accounting, that Defendant pay to Plaintiff such sums as shall be ascertained to be due to Plaintiffs from Defendants.

F. That Bench Warrants be issued and prosecuted to the fullest extent of the law for Each defendant for Larceny, Abductions, Conspiracy and Unjust Enrichment of Plaintiffs Property.

G. That Plaintiffs have his costs and fees of this action, trial by jury of all issues so triable and such other and further relief as this court and a jury may deem just and proper.

## COUNT TWELVE--RACKETEERING

94. Plaintiffs adopt and include herein the foregoing facts/omissions as stated in Paragraphs 1-all, herein and exhibits now into this count.

95. 18 USC 1961, affords certain civil remedies to persons harmed by racketeering. The Plaintiffs seek all forms of relief afforded under the Nixon Federal "RICO ACT".

73

96. The multiple illicit "predicate acts" of racketeering engaged in by Defendants include but are not necessarily limited to: extortion; Drug and Human Trafficking; Political Frauds, Frauds, Witness Tampering, interference with commerce; Bank Frauds to obtain loans; Government Frauds to obtain Grants; violations of Religious Rights and other Civil Rights as Assembly, Speech, Voting, Due Process in prosecution of Criminal Acts; Unlawful search and seizure; unlawful detainment, interference with Child Custody; malicious prosecution with malice; battery; attempted murder; mail fraud; obstruction of justice; Anti-Trust; Hobbs Act; including but not limited to violations of 18 USC 1951, as well as deprivation by fraud of honest services, as set forth in 18 USC 1346; threats not to file legal complaints reporting Federal Crimes; and torts and other acts still being revealed as Defendants conspire to conceal Discovery from this Respondent to Federal Criminal Charges this now Plaintiff Townsend is from which is trying to be vindicated.

97. Directly and Indirectly Defendants under the Conspired Operational Directives of Florida Supreme Court Judges, Lower Court Judges, Governors, Attorney's General Pam Bondi et al, FDLE, Insurance Companies, Sheriff's, Florida Bar and JQC Officers, The Department of Financial Services and Bush #41 et al as Federal "persons" and other Defendants are engaged, one with the other and in conspiracy with the individuals who are Defendants here, in a pattern of racketeering activity whereby "Others" are threatened if they legally aid and abet Townsend and other Plaintiffs.

98. Further, all of the Defendants have conspired to: interfere with commerce by obstructing Townsend since 1987, from his clients and customers and by insurance companies fraudulent practices, FBCCP and its members Religious Practices and by

Defendants filing false claims for Medical and Government Assistance; at the expense of these citizens and unfairly targeted law abiding Others.

99. The use by all Defendants of the U.S.P.S. as well as by other means of communication, in abetting of a pattern of racketeering activity constitutes mail fraud.

100. Specifically, in violation of 18, USC 1951, Defendants have engaged in fraud By presenting themselves as if they were fiduciaries providing "Honest Services" and products; when in fact, they have been collaborating and conspiring to enrich themselves, their alleged sovereign Political powers, the racketeering enterprises and in Quid Pro Quo acts done 18 U.S.C. 1957 acts.

101. Specifically, in violation of 18, USC 1346, Defendants have deprived Plaintiffs and the public of "Honest Services" by pretending to exercise legitimate regulatory functions, under color of law, when in fact they have been as revealed by their own words revealed in the MacKay Plan and McKay Plot to actively be in the Plan of harming Plaintiffs and the public by protecting themselves, other wrongdoers and punishing innocent victims and Plaintiffs, for their commercial "Pay to Play" gain and unjust enrichment and power.

102. WHEREFORE, Plaintiffs seek all appropriate relief available to them against all Defendants such relief being set forth in 18 USC 1961, et sequitur, for all of the aforementioned racketeering activities set forth.

### COUNT THIRTEEN—ANTI-TRUST

103. Plaintiffs adopt and include herein the foregoing facts/omissions in Paragraphs 1-all, attached exhibits and requests Judicial Notice of all into this count:

104. Section 15 of Chapter One of Title 15 of the USC affords individuals

harmed by violations of federal anti-trust laws certain remedies which the Plaintiffs herein seek against the Defendants herein and "Others Doe" to be named later which Defendants conspire to "impede".

105. The Defendants have all conspired to restrain trade or commerce in pursuit of a monopoly AND monopolies in violation of Section 1, Chapter One, Title 14, USC.

106. Specifically, the Defendants by:

A. Aiding and Abetting the frauds of Lane/Sabal and prohibiting Townsend/Future from his rightful services to his clients;

B. Aiding and Abetting the frauds of Bush #41 et al including Jeb Bush with all other defendants and "Others Doe" for the purposes of assisting in concealing Criminal Actions;

C. Aiding and Abetting the frauds of Defendants and "others Doe" for the purposes of assisting in concealing Criminal Action so not to be discovered during elections including Presidential Elections of 2000, 2004 and 2008 and 2012 and 2016;

D. Aiding and Abetting Plaintiffs Lawyers concealing Criminal Acts by Defendants on these Plaintiffs;

E. Aiding and Abetting Sheriff Deputies Jeffers, Howlett, Smoak, Corbin and Others in their illegal process in violation of the FBCCP By-Laws and Florida State Constitution and Florida Laws to obtain "Operation" and "Control" and use of our Designated Funds and Resources without supervision of the "Congregational Body" as required per the By-Laws;

F. Aiding and Abetting Defendants of Kmart, Sunbelt, Wal-Mart and "Others" to withhold monies and rights owed to Plaintiffs and terminate without cause their

76

employment just for the purposes of concealing the criminal enterprise of Defendants;

G. Aiding and Abetting Dr. Lon Lynn, Gayle Lynn, and Select FBCCP Employees and "others Doe" in the processing and falsely claiming Government Funds and Medical Services so to conceal deprivations done to Plaintiffs;

H. And Other Acts not yet fully revealed;

Shows and proves Defendants operating in such a pattern as to improperly weave a governmental function under color of state law and federal law, to their commercial interests, have sought and secured a competitive advantage over other legally operating persons by providing "selective prosecution" on those who are Whistle Blowers to their criminal enterprise.

107.    Defendants by their conspiracy to deprive these Plaintiffs of legal services and due process and their rights to earn a living unjustly deprive these Plaintiffs to be on anequal status with others who may not be of the same ethical status.

108.    All of these Plaintiffs, then by virtue of being FBCCP Members, or clients of these lawyers or the electorate of these Political and Government Persons have been harmed by Defendants' restraint of trade, illegal services and monopolistic practices even deprivating Religious Rights and Assembly rights by unlawful detainment.

109.    WHEREFORE, all Plaintiffs seek, to the extent allowable under Section 15, Chapter One, Title 15 all damages and all other relief allowable per the laws.

## COUNT FOURTEEN—TORT INTERFERENCE WITH CONTRACTS

110.    Plaintiffs adopt and include herein the foregoing facts/omissions in Paragraphs 1-all, attached exhibits and requests Judicial Notice of all cases be into this count, alleges and believes:

111.    Each Defendant knowingly and recklessly and intentionally did tort interference with each client and or contract that Townsend and or Future Marketing had or could have gained had not Lane et al conspired with co-participants and claimed Townsend had a Non- Compete Clause or no right to separate the clients in the JVA or no right to talk to his clients and or others per Townsend's and or his clients or potential clients "Free Will" or free of being victims of Human Trafficking against our Wills.

112.    Each Defendant knowingly and recklessly inquired or required Townsend to expose his sources of income for the specific purpose of Defendants and "Others" to damage Townsend and his investigation and exposure of their Malum in Se criminal acts as Townsend reported 11/18/1987, of Lane caught in the act of Drug Trafficking and Human Trafficking and Bribery and Extortion and other RICO crimes.

113.    Wherefore, Townsend request that this Court enter judgment per Our Jury verdict against each Defendant for damages in excess of the jurisdictional limits of this court, estimated at over $1 Billion plus interest and costs of this action, trial by jury of all issues and for such other and further relief as the Court and jury deems just and proper.

114.    **Plaintiffs seek immediate WRITS OF:** MANDAMUS; HABEAUS CORPUS; PROHIBITION; AND RESTITUTION AND ARREST WARRANTS FOR DEFENDANTS PER PARAGRAPHS 1-All and all Exhibits in All Court Records of this Action since 1987, to be included herein and for **FURTHER CASES AFFIRMING CLAIMS AND BELIEFS OF PLAINTIFFS:**

TOWNSEND v TEAGLE 467 So2d 772, 1985; McNULTY v HURLEY 97 So2d 185, 1957, Fla SCt. 1357; LaTORRE v FIRST BAPTIST CHURCH OF OJUS 498 So2d 455, 1986; HEMPHILL v. ZION HOPE PRIMITIVE BAPTIST 447, So2d 976, 1984;

COVINGTON v. BOWERS 442 So2d 1068, 1983; FIRST INDEPENDENT MISS. BAPTIST CHURCH v. McMILLAN 153 So2d 337, 1963; DOE v. EVANS 814 So2d 370, Fla. SCt. 94450 (Fla. 2002); MALICKI v. DOE 814 So2d 347, Fla SCt. 2002; DOE v. DORSEY 683 So2d 614, 617 (Fla. 5th DCA 1996); HUNTER v. FIRST BAPTIST CHURCH INC. 294 So2d 355, 1974; LaGORCE COUNTRY CLUB v. CERAMI 74 So2d 95, 1954, Fla SCt. 1307; LLOYD v HINES 474 So2d 376, 1985; TSAVARIS v. CHARLES H. SCRUGGS, III 360 So2d 745, 1977 Fla. SCt 1609; *Board of County Com'rs v. Charles H. Scruggs, III 545 So2d 910, 1989; UMBERGER v. JOHNS 363 So. 2d 63, 1978; FIRST FREE WILL BAP. CH. OF BLOUNTSTOWN, INC. v. FRANKLIN, ET AL.* 4 So2d 390, 148 Fla. 277, stating:

"When membership was accepted therein, they submitted themselves to the ecclesiastical jurisdiction of the church...The law appears to be settled that in the absence of showing of fraud, collusion or arbitrariness on the part of the church authorities having jurisdiction of the controversy, the courts will not interfere.".

Yet 5th DCA Judges Orginger, Lawson and Sawaya as now confirmed by their ruling in ***Robinson v. Weiland, ET AL***, and; Chief Justice Canady recusing himself, and again in 2016, Jorge Labarga illegally acting and recusing the 2nd DCA, 5th DCA, The F.S.Ct and "others" and empowered per F.S.Ct Article V. Section 3. "others" and as 2DCA Chief Judge Darryl C. Casanueva per his order of June 1, 2011, who still "impede" Townsend ET AL and Justice and fail to provide "Honest Services"; ***Hennagan v. Dept. of Highway Safety*** 467 So2d 748, 750 (Fla. 1st DCA 1985 affirming Vicarious Liability and a direct command in this case even coming from Presidents as Defendants per ***KAISNER V. KOLB*** *543 So2d 732, 1989 Fla. SCT 2682* who supervised co-participants abusing Plaintiffs by: "Failure Of Honest Services"; Omission(s);

Fraud(s); Unjust Enrichment; Illegal Political Gain; R.I.C.O Acts/omissions violating

"DUE PROCESS" as the U.S. Supreme Court per *Swann v. Charlotte-Mecklenberg Bd.*

*Of Ed* 402 U.S.1 1971 gives the Federal Court broad powers for Equity and Relief for all.

## CERTIFICATION OF CLASS

Plaintiffs adopt and include herein the foregoing facts/omissions into this cause. Under Rule 23, Federal Rules of Civil Procedure, these named Plaintiffs herein are the typical representatives of a class of individuals yet unknown, who are either members of the public, such as Townsend, The FBCCP, Minor Children, who have been harmed by lawyers, Government Persons, and Doctors by means of breaches of the Florida Bar's Rules of Professional Responsibility, The U.S. Code, and Professional Services and the Medical Code and Department of Financial Responsibilities and who the Defendants have conspired to protect, at the expense of the public, or who are, like Plaintiffs who have done no wrong and yet who have as FBCCP non-sect members and CPCS members and the public who have been targeted improperly for discipline because of the insinuation of commercial, civil rights and due process concerns and other improper influences upon the disciplinary process. Other members of the class, then, would include non-lawyers, as well as lawyers who have been victimized by the Defendants, who are masquerading as public servants, or elected servants, when in fact they have been tyrants acting under color of law and under cover of state and Federal law.

WHEREFORE, the Plaintiffs seek certification by the court that this action should be and is a class action.

## DEMAND FOR TRIAL BY JURY AND FOR DAMAGES

**Plaintiffs demand a trial by jury of all issues and our full restitution of rights and resources and criminal penalties on Defendants to the fullest extent of Our Laws.**

## STATEMENT OF SERVICE

I, Randall Townsend, hereby certify that a copy of the foregoing was provided by HAND delivery this 13th day of December, 2016, to the Clerk of the Courts, at the United States District Court Middle District of Florida, 801 N. Florida Avenue, Tampa, Florida 33602 and to Florida Supreme Court as case SC-16-1501 and Clerk of the 13th Circuit Court Florida and the 5th DCA @ the 5th DCA eportal system using case Numbers 5D16-2184 as the Case 2D16-612 of and to the 2DCA or email: to Pam Bondi et al per Shelley.cridlin@myfloridalegal.com; Celia.wright@myfloridalegal.com; Christina.santacroce@myfloridalegal.com; khornbee@hcso.tampa.fl.us; olindema@hcso.tampa.fl.us; FLservice@gtlaw.com; trammellc@gtlaw.com; moodym@gtlaw.com; richardb@gtlaw.com; keating@gtlaw.com; lgustofik@pcsonet.com; dconnolly@pcsonet.com; araymond@dglawyers.com; cdenny@dglawyers.com; jbutler@dglawyers.com; corourke@dglawyers.com; scruggspa@aol.com; kkharrod@gmail.com; daxelman@mcdonaldhopkins.com; epeyton@mcdonaldhopkins.com; gcarr6052@gmail.com; Mccarthyp1@outlook.com; John.grant@johngrant.net; jgrant@tampaestateplanners.com; debevoise@debevoisepoulton.com; cook@debevoisepoulton.com; todds@hillsboroughcounty.org; kjeffers@citruspark.org for Tim and Karen Jeffers Odessa, Florida 33556 and Littler, Mendelson, P.C. Attn. jabeckerman@littler.com; EEOC Tampa Field Office C/O Mr. Stanley Moffett, Stanley.moffett@eeoc.gov and Molinais@hillsclerk.com

## SUPPORTING AFFIDAVIT

BEFORE ME THE UNDERSIGNED AUTHORITY, PERSONALLY APPEARED RANDALL C. TOWNSEND, PRESENTING IDENTIFICATON, WHO UPON BEING DULY SWORN AND CAUTIONED EXECUTED AND STATED IN HIS OWN WORDS AND TOOK AN OATH THAT THE STATEMENTS AND THE THINGS CONTAINED THEREIN ARE TRUE AND CORRECT, TO THE BEST OF HIS KNOWLEDGE, INFORMATION AND BELIEF.

WITNESS MY HAND AND OFFICIAL SEAL THIS 13th DAY OF December, 2016,
BY ID PRODUCED FL DL FLORIDA DL T524 7235902 7
NOTARY PUBLIC: _____

ANDY MATHESON
Notary Public, State of Florida
Commission# FF 131602
My comm. expires June 10, 2018

Respectfully submitted;

Randall C. Townsend, Individual, Pro Se, for himself and per F.S. 617.0834, the Unanimously Elected Representative of the First Baptist Church of Citrus Park and its Ministry as The Citrus Park Christian School per our 1994 BYLAWS, never lawfully removed from said Commission as Member.

P.O. Box 5, Osprey, FL 34229
941.350.2677
JFYRT59@hotmail.com
Judgeoneforyourself@yahoo.com
www.Judgeoneforyourself.com