# IN THE SUPREME COURT OF FLORIDA

RANDALL TOWNSEND, ET AL

        Appellant,

v.

JOHN GRANT ET AL,
FIFTH DISTRICT COURT OF
APPEALS FLORIDA,
PAM BONDI, FLORIDA ATTORNEY
GENERAL,
JOHN HARKNESS, THE FLORIDA BAR, Et al

SC-16--1501

RELATED CASES-
FSCt ORDER-2016-92
FSCt ORDER-2011-41
FSCt ORDER-AOSC14-65
5D16-2184
2D16-0612
15-CA-1928 a 1.540 Action of
Case 88-2554, 18th Circuit and
others.

## NOW AS CASE FILED

## IN THE UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT (TAMPA) FLORIDA
## CASE NO.: 8:16-CV-3299-EAK-MAP
JDW

## AMENDED COMPLAINT

RANDALL C. TOWNSEND,     )
Individually, AND as natural parent, )
Guardian, and next friend of J.D.T. )
and J.G.T., AND as F.S.§617.0834, )
"Representative" of THE FIRST )
BAPTIST CHURCH OF CITRUS )
PARK (FBCCP) AND MINISTRY )
CITRUS PARK CHRISTIAN )
SCHOOL (CPCS) A FLORIDA )
"NOT FOR PROFIT" CORP. )
     PLAINTIFF(S)     )
V.     )
     )
JOHN GRANT, INDIVIDUAL, and )
"PERSONS" LISTED BELOW and )
"OTHERS DOE TO BE NAMED" )
NOVA SALES INC. )
JAMES BALLARD, )
BRIAN D. BALLARD, )
BOB MARTINEZ, GOVERNOR )
JAMES C. SMITH, A.G. )
MEL MARTINEZ, )
GEORGE H.W. BUSH #41 )

FROM: 13th CIR. 2015-1928; 2D16-612;
5D16-2184; FSCT 2016-1501
RICO AND TORT
VIOLATIONS OF CIVIL RIGHTS
including RELIGIOUS RIGHTS and
TORT INTERFERENCE WITH
CONTRACTS AND CHILD CUSTODY
AND DEFAMATION AND INJURY
AND DEMAND FOR JURY TRIAL
AND BENCH WARRANTS SOUGHT
AND INJUNCTIVE RELIEF SOUGHT

Related Previous Continued Cases
Townsend ET AL v. Heather Gray ET AL
     8:12-cv-1198-EAK-EAJ
Townsend ET AL v. Ronald Beck ET AL
     8:06-CV2050T-30-TGW

From The Eleventh Circuit:
Townsend et al v. Heather Gray et al
     12-13892AA
Townsend et al v. Ron Beck et al

1

BILL MCCULLOM, A.G.          )          08-10721
BOB BUTTERWORTH, A.G.        )
JOE LIGORI                   )
RICK SWEARINGEN, FDLE        )
KEN CONNER                   )
LAWTON CHILES, GOVERNOR.     )
LANE, TROHN, Et Al, P.A.     )
A.H. LANE, Judge,            )
WILL WEATHERFORD,     .      )
SOUTHERN STRATEGY GROUP,     )
WAL-MART, STORES INC.        )
SUZANNE GORDON,              )
GEORGE DAVID III,            )
JOSEPH RATHEL,               )
KENNETH ELLIS,               )
ERNST "SMITTY" SMITH,        )
GEORGE KOCH,                 )
ROBERT P. KOCH,              )
CHARLES KOCH,                )
DAVID KOCH,                  )
KOCH INDUSTRIES,             )          Continued Actions From:
EDWARD CRENSHAW, Publix      )          Removed Now From Florida State Courts:
JORGE LABARGA, Judge         )          FSCT 16-1501 Townsend v. Grant et al
EMMETT BATTLES, Judge        )          FSCT 2011-1042 Townsend v. Gray
CHRISTOPHER NASH, Judge      )          FSCT 2007-1181 Townsend v. Townsend
BOB GUALTIERI, Sheriff       )          FSCT Chapin 97-8519, 9th Circuit
GRADY JUDD, Sheriff          )          FSCT Popper 97-8520, 9th Circuit
ROBERT O'NEIL,               )          FSCT 86-918 (1996) T.v. Lane et al
ELIZABETH A. KOVACHEVICH,    )               2DCA APPEAL: 10-774
STEPHEN D. MERRYDAY,         )               13th Circuit CASE NO: 06-6005
HEATHER M. GRAY, Individually,
HEATHER M. GRAY, ATTORNEY AT LAW,
HEATHER M. GRAY, P.A. A FLORIDA CORPORATION, ET.AL.) AS
       NOW DISBARRED AND ONCE ATTORNEY FOR ABOVE PLAINTIFFS
And Co-Defendants as RONALD L. BECK, et al
_____/

**APPELLANTS OBJECTION AND RESPONSE TO THE JESSE R. BUTLER
MOTION TO STRIKE –AND- MOTION TO SHOW CAUSE
OF DECEMBER 20, 2016
-AND-
APPELLANTS MOTION FOR AN HONORABLE JUDGE TO
RULE IN FAVOR OF APPELLANTS MOTION FOR CONTEMPT AND
SANCTIONS ON APPELLEE'S FOR THEIR FRAUD ON THE COURT
AND CRIMES ON APPELLANTS AS BUTTLER AFFIRMS IN HIS
ACTIONS AND HIS MOTIONS NOW AND BEFORE**

2

**COMES NOW, TOWNSEND, FOR ALL APPELLANTS AND STATES:**

1. Jesse R. Butler, of and for Defendant/Appellees, Dickinson & Gibbons, Charles Denny IV, as attorneys of all "Appellee's" and "Others Doe" per Charles Denny's own admissions in this case to the courts a various times: I. digs a monstrous hole for themselves and their clients and their admitted co=participants; II. Affirms the Legal Positions of Townsend since 1987 against these Appellee's and "Others Doe to be named"; and III. Again Maligns and Defames these Appellants For Whom Townsend Speaks including the FBCCP Corporation "Not For Profit" and the "Non Rump Faction" that Butler, Denny IV, Rolfes, and Dickinson & Gibbons and John Grant falsely to the court and Appellants claim to represent and even "Grossly" insults by these Butler claims Florida Chief Judges Jorge Labarga and Charles Canady Jr. and Judge Marva Crenshaw and Federal Judge James Moody Jr. and Federal Judge Gregory Presnell and the 11th Circuit Court of Appeals and The U.S. Congress and The U.S. Supreme Court and Attorney's General Pam Bondi and even Charles Denny IV as his own law firm associate by this December 20th, 2016, Motion to the Florida Supreme Court.

2. By this now Federal Case 8:16-cv-03299, ("Fed 3299") from FSCT 16-1501, is in response to case 02-03812, as an underlying connected case and "persons" as Butler enjoins their actions with Wal-Mart's 2015-now violations as stated in this Townsend action as "whistle blower" and to "Redress" crimes of Government Persons and Townsend's temporary business partner (Lane et al) per a "Joint Venture Contract" acting in illegal collusion since 1987, and an action filed as a response to these same co=participants they per their Malicious LANE ET AL Prosecution and Malicious LANE ET AL RICO and HUMAN AND DRUG TRAFFICKING Enterprise filed as: A. 01-

3

15813 Ronald Beck, Individual and claimed "as Pastor" for FBCCP and these same "Rump Faction" for Bush/Grant et al Government Persons and "Others" unknown et al v. Randall Townsend et al; and B. Case 01-15814, Karen Harrod Townsend (KHT) v. Randall Townsend et al.; and C. 88-2554, Lane et al v. Townsend Counter/Defendant; D. 2015-1928, Grant v. Townsend as Counter/Defendant Plaintiff; that now Defendant Charles Denny IV, as Lawyer for All his Co=Participants, on May 10, 2006, confessed that the filed evidence of Townsend was true and their actions were "Hate Crimes" and conceded to Judge Marva Crenshaw that the Defendants whom he claimed to represent but never filed a Notice of Appearance but tries to conceal all his and Dickinson & Gibbons Clients and their co=participants in their Conspired and admitted Criminal acts of Beck and KHT and Joe Howlett and Curtis Baughman and Charles Scruggs who were actively present in the court and intentionally and knowingly as Townsend states in Paragraph 2. Of Now Fed 3299, continued Action:

> "2. The Orders of the Florida Supreme Court of 11/15/2016, served by them on Townsend for All in and or on this case must be ruled Void for Fraud on the Court and Fraud and Deceptive Practices and for Failure Of Honest Services and more Extrinsic Fraud based on facts and new information Townsend just since the 11/15/2016, Order learned of new information and new "persons" who have since 1987, or before intentionally done: RICO; Malum in Se; Malicious Tort Interference with Contracts and Civil Rights; HOBBS ACT Violations; "Hate Crimes" with Intentional Actual Malice; Bribery of and with Government Persons and Judges as Defendants in this case and "Others Doe to be named"; and just discovered new acts of Torts and RICO and Defendants "Pay to Play" and motives for their acts Marva Crenshaw and Charles Denny IV on 5/10/2006, called "Hate Crimes" greatly affecting this case since 1987 and proving these claims of Townsend even stronger to show since 11/18/1987, McCarthy et al conspiracy against her own clients as proofs of and for Malum in Se [Odious and Outrageous] Acts Concealing: CHILD AND HUMAN ABDUCTING AND TRAFFICKING including Sex Trafficking; Murder and Attempted Murder; Illegal Drugs USE and TRAFFICKING; Battery; Bribery; Theft even of Designated Religious Society's Funds and Rights from naïve Children and Senior Citizens by "implanted Solider/Agents" in a "Not For Profit"; Unlawful control of

4

Commerce; and Malum Prohibitum [Acts prohibited by Law] yet for continued Frauds Concealed by Bush(s)/Rick Scott agents since the 1970's as John Grant et al, with Canady's, Chiles, Jim/ Geoff Smiths, Putnam's (Adam), McCollum and now their "Chosen Queen Pin" as Pam Bondi, et al {even filing another Fraud on the Court and Plaintiff's and Citizens on 11/30/2016} and since 1987, for and with: Bondi "Task Forces"; Attorneys Generals (Smith, Butterworth, Crist, McCollum, Bondi); Judges; Governors (Martinez, Chiles, MacKay, Bush, Crist, Scott); Sheriffs; State Attorney's; FDLE; SHERIFFS; DOJ; FBI; Presidents(since Bush 41); and Others; confirming intentional RICO "Hate Crimes" "impeding" against Sovereign Religious Rights (even protected in the 1994 Bylaws and Our Constitutions) and Commerce and Our Constitutional Rights and "Equal and Due Process" Rights per the knowledge and ruling of Judge Marva Crenshaw since 9/30/2003, of Malicious Prosecution and RICO ACTS and in 2006, stating "All things are related" and writing 5/10/2006, her Judgment with Charles Denny IV as Paragraph 80-81:

"Moreover , the Defendants here is unable to establish that the original proceeding was instituted and prosecuted on the good faith reliance of legal counsel; or , that the proceeding was instituted pursuant to an independent investigation by a responsible attorney of law, licensed to practice in the state; or that the Defendant is or represents, or is an agent of, a public entity or state agency that is immune from liability of causes of action in tort. 81. The circumstances under which the above-described acts were committed by Defendants constitute a wanton and reckless disregard for the Plaintiff's legally protected rights and interests, and a willful attempt to injure the Plaintiff...."

connecting then known "Persons" and newly discovered criminal acts by "Others Doe to be Named" in their Malicious "Contra Pacem" Racketeering Enterprises still being done to this day by Defendants and "Others Doe to be Named" and on March 15, 2007, affirmed by Federal Judge James Moody Jr. as violations of Equal and Due Process and the appearance of prejudice for which he himself resigned this Action and by the 11th Circuit Court of Appeals ENBANC, Ineffective Services" of Defendants and "Others Doe" their crimes have been affirmed but yet not fully defined and thus the need for further records production the judges and Bondi et al continue to unlawfully "impede".

as Judge Crenshaw stated Scruggs and others were violating our Trust when she wrote these defendants were intentionally making "Sham" Federal Criminal Charges against Townsend with and for these Co=Participants as their "Others Doe" were kept secluded in the unknown waiting area out of sight to Townsend (but others spotted at least several including David Ferguson, Scruggs and Judge Raul Palomino in their conspiracy and admitted violation of Due Process did not allow Townsend to see or know as Charles

Scruggs confessed to Judge Ralph Stoddard he was afraid of Deputy Joe Howlett and his co=participants John Grant's gang proved by the John Grant Emails filed in this Case Record and the State Attorney's Victim Assistance's Gang led by Mark Ober and Pam Bondi and named with Sheriff David Gee in these emails and their ongoing crimes and concealment of RICO and "TYRANNICAL COMMUNIST REGIME" type NAZI crimes and patterns of Crimes tied to the "Poppy" and Jeb Bush Family for whom John Grant, Mark Ober, David Gee, Rick Scott and Pam Bondi and "Others" as "Agents" directly reported) as a Fraud on the Court and Appellants and that of Charles Denny IV himself and all his co-participants were guilty of Malicious Prosecution and including acts of "Hate Crimes" with Actual Malice and includes still ongoing Human Trafficking and Drug Trafficking and Embezzlement and violations of the 1994 FBCCP BYLAWS and Contracts and various other criminal acts in their continuing Malicious Enterprise as ruled by Judge Marva Crenshaw as she and Denny IV admitted Townsend Appellants were damaged and for over 3 hours re-wrote the Complaint which Denny IV affirmed on 1/8/2016, to their liking and to their legal position as meeting a legal standard showing a Cause of Action as Townsend has sought relief from a Competent Court and Court Officers since 11/18/1987.

3. Therefore, per the finding and confession of Denny IV and Judge Marva Crenshaw all Defendants as the evidence proves and their facts and motives are connected in the crimes and their defenses are estopped from their now attempts to continue to delay, defame and destroy Appellants by their still ongoing criminal acts and "Hate Crimes" as Marva Crenshaw ruled Malicious Prosecution since 9/30/2003.

4. These arguments by Jesse R. Butler, are as he raised before in his Appeals Briefs

and the Courts and including the 11th Circuit Court of Appeals ruled these Butler Claims are "ineffective services" October 2008, by the Officers of the Court and "others" trying to oppose Townsend so therefore it is the "incompetence" and "ineffective services" of the Officers of the Court and "Other Appellee's" who continue to violate these victims for whom Townsend speaks and it is the intentional "ineffective services" that causes the delays and wastes of the courts resources ( as Townsend details as Tax Payers Resources extorted from Tax Payers by Appellee's Frauds and Deceptive Practices) which the blame thus falls at the feet of these Appellee's. It is these Appellee's who are wasting the Courts Resources which is Resources illegally gained from these Townsend Appellants as victims and Citizens extorted and robbed by the extortion of these Appellee's as Townsend has argued against the embezzlement started by Lane et al since 1987, unlawfully taking Townsends earned money from the JVA Contract never paid or nor were the lawyers or Officers of the Court yet ever to claim they did discovery of the JVA Records and Contacts and Lane et al business and personal records to show how Lane et al embezzled Townsend's money and rights and Lane et al did and still does illegal bribery and Tort Interference with Contracts of Townsend and of the FBCCP Corporation "NOT FOR PROFIT" which Appellee's continue to pillage for their own private and personal and Quid Pro Quo "pay to play".

5. The Severe Organized RICO Crimes of the SAME NATURE AND CAUSE Denny IV and Judge Marva Crenshaw admitted on May 10, 2006, are as Florida Supreme Court Chief Judge Jorge Labarga calls "TYRANNICAL COMMUNISTIC REGIME" which Butler speaking for the "RUMP Faction" and "Others Doe to be named" as his law partner Denny IV and Judge Crenshaw connected to "Hate Crimes" Butler calls

"...devoid of arguable merit..." so if this be the fact of his case, why did his law associate and Law Firm allow Charles Denny and Judge Crenshaw on May 10, 2006, to admit they and the co=participants caused Townsend Et al Damages and spend over 3 hours going line by line and rewriting the Amended Complain?

6. This Amended Complaint and of the underlying complaint does name "dozens of judges, attorney's, public servants, doctors, law enforcement officers, other individuals and entities," whom Denny IV and Judge Crenshaw and Judge Moody Jr. and the 11th Circuit Court of Appeals and Judge Canady in 2011 and Judge Labarga in 2016 and "Others" by their own admissions are intentionally "part of a vast conspiracy against him [Townsend and those for whom he speaks]".

7. Defendant Butler as part of Dickinson & Gibbons et al. further defames his own employer and his co=participant employee's as to point 3. Of Butlers Motion, claiming the ruling of Emmett Battles on January 8, 2016, was against Townsend, in fact the ruling was against Defendants Charles Denny IV and Judge Marva Crenshaw who as Denny IV told the Court on January 8, 2016, these words in the Complaint were mostly written by Denny IV and Crenshaw on May 10, 2006, and other paragraphs were written by other lawyers now defendants in this same underlying case, but Butler demises his own co=participants and restates Emmett Battles words as the incompetence and "ineffective service" of the co=participants as:

> "not only fail to state a cause of action , but are also incomprehensible, rambling, and repetitive, Accordingly, it is the determination of this Court that Plaintiff's pleadings and papers in this case are vexatious, designed to harass, and an abuse of process."

And as Charles Denny IV June 24, 2003, per the Exhibit #51, Page 4 Line 16,"...But in any event, they [Denny's clients unknown] would like this action to be moved along.

Some of the allegations are quite frankly a little bizarre, and it's the kind of thing that they would like to have resolved." Yet in 2016, now another Christmas Holiday as since 1987, Townsend and his children are in fear of these dangerous "Hate Crime" co=participants doing their admitted "bizarre" acts of proved Murder, Attempted Murder, Human Trafficking, even against "religious society persons" and drug trafficking and other Malicious Enterprises even to the causing of World Wars and fears as Townsend has now connected for the Courts and for which Townsend and all Appellants still seek immediate relief and the arrest of these of Butler and his co=participants.

8. Butler and his co=participants even when they received and knew of these "Hate Crimes" since 10/1994 and before and threats and abuse of process from their co=participant and client John Grant et al have not tried to protect the FBCCP Corporation nor the "Non Rump" members which are trying to defend our actions and rights per Our 1994 Bylaws as Grant et al made these threats since 10/1994, as stated in this email of:

| Ex# | DATE: | FROM: | TO: | ISSUE SUMMARY: |
|---|---|---|---|---|
| 16 | 11/2/07 | Grant | Townsend | Received Phone call... |
| 76 | 11/15/07 | Townsend | Grant/Gee | Reply showing frauds |
| 77 | 11/20/07 | Grant | Townsend | Claims twisting words. |
| 78 | 11/25/07 | Townsend | Grant | Not Twisting stated facts. |
| 79 | 11/25/07 | Grant | Townsend | "not" "involved at any time"... |
| 80 | 11/25/07 | Townsend | Grant | You and your staff did and lied. |
| 81 | 11/9/09 | Townsend | Grant | Reply to "Couey" Grant |
| 32 | 6/13/08 | Grant | Townsend | Your Letter, Mr. Townsend... |
| 32 | 6/13/08 | Grant | Townsend | Mr. Townsend, Once again |
| 32 | 6/13/08 | Townsend | Grant | Now that the Church GVM see... |
| 32 | 6/13/08 | Grant | Townsend | "Grant, I have received...to notify law |

enforcement ...alleged to be retired from the practice of law for more than the past seven years. By copy of this to Sheriff David Gee...that a report be filed ...that the local authorities have you mentally evaluated", Florida Bar Journal and Registered Agent Forms do not show Grant is retired.

| 32 | 6/17/08 | Grant | Townsend | Lies threats. |
|---|---|---|---|---|
| 82 | 11/04/08 | Townsend | ALL | Howlett Confession Guilty |

| | | | | |
|---|---|---|---|---|
| 83 | 08/15/10 | Grant | Townsend | Lets Talk. |
| 84 | 03/17/10 | Townsend | Grant | "Have the facts sunk in..." |
| 85 | 03/22/10 | Townsend | Grant | "At least Dr. John Berry..." |
| 86 | 09/28/12 | Townsend | Grant | "Since 1994, your lies..." Exhibit |

19 attached with #86.

| | | | | |
|---|---|---|---|---|
| 19 | 09/2012 | Townsend | Grant | 100% Guilty of all Counts... |
| 20 | 11/10/12 | Townsend | Grant | Reply to meeting |
| 20 | 11/11/12 | Townsend | Grant | Reply to 11/10/12 meeting |
| 20 | 11/12/12 | Townsend | Grant | Reply to 11/10/12 meeting |
| 15 | 11/10/12 | Grant | Townsend | Thank you for meeting |

Specifically,

71   11/04/15   Grant   Townsend   "Randy, you keep digging a deeper hole for yourself. Your actions are unwarranted, malicious and rambling. I believe you have been made aware that if you enter Hillsborough County, you bill be picked up by the Sheriff's office and taken to jail. I am going to set your motions for hearing before the court and will make sure the Sheriff's office knows and if you come to appear, I hope you will bring your toothbrush! Judge it for yourself. John Grant."

As these emails were with proper case law filed in this case on 11/23/2015 by Townsend and showing "Hate Crimes" of a "Tyrannical Communist Regime" Appellee's and their violations of Our Contracts, Constitutions and Laws.

9. Defendant Denny IV on 1/8/2016 in the Courtroom affirmed he again was speaking for Defendants and acknowledged to the Court and all persons present that he never even as counsel for the FBCCP and Others even since 2003, outside the Court of Judge Arnold Townsend advised Denny IV that "your clients are liars" that Denny IV Never Read the 1994 Bylaws upon which Townsend's Litigation is based so how can Denny IV et al or John Grant Et al admitted in court and in later meetings in 2016, also admitted he never read the 1994 Bylaws and admitted Townsend warning him of crimes and Bylaws violations since 1994.

10. Also in the record is proofs of criminal violations of law and of Townsend Appellants in the exhibits from Lawyers McCarthy, Popper, Chapin, Scruggs, Gray and "Officers of the Court" and "others" who alleged to represent Townsend's Contacts and

10

Rights but admit they never read or obtained the 1987 JVA Contracts or FBCCP Bylaws and Records to even know what to litigate or defend yet they did "ineffective services" and threatened their own clients by their Fraud and Deceptive RICO and HOBBS ACT Practices even the Florida Supreme Court found and ruled in the disbarment of Heather Gray, as Townsend et al appears to have been per Clerk Birkhold as the 2DCA and who charged her with the 5th DCA and the Florida Bar and the FSCT, as her first victims since 2003, assisting her proved co=participants in their Human trafficking and Drug Trafficking and Hate Crimes and Embezzlement but Butler using "Fraud on the Court" and misrepresents void Orders by RANKIN and recused judges who have been proved to have taken bribes and Quid Pro Quo threats and favors of these Denny IV et al co=participants acting in their admitted "part of a vast conspiracy against him." As the facts now in this case records show that the "Poppy" Bush #41 agenda and co=participants included Jeb Bush and Drug and Human Trafficking Connections with Lane Et al and Nova Sales Employee's with Governors since Bob Martinez with his agent Brian Ballard et al, Governors Agents, Attorney's Generals, FSCT and their agents and others as Townsend has connected as John Grant Et al and "Others Doe to be named" when the discovery Townsend has sought since 1987 is finally obtained to expose to a jury.

11. Per Butler's paragraph 13, of frauds the FED 3299, connects the initial issues lawyer McCarthy, Popper, Chapin, Scruggs, Gray and "Others" as proved connected these issues as Judge Marva Crenshaw and Charles Denny IV did on May 10, 2006, and admitted and thus shows the Magistrate order of December 16, 2016, to be based on Fraud and Deceptive Practices that are RICO acts ongoing and not "meritless cases" that

11

the evidence these "Officers of the Court" and "Others Doe" continue to not allowed to be obtained while they continue their violent "Hate Crimes" and threats for false arrests on Sham Charges as proved by the John Grant and other "persons" even since Lane in 1987 threatening physical harm by the persons he paid bribes to with Townsend's resources never paid to Townsend.

12. The 2DCA was recused by the FSCT Orders of Judge Canady in 2011 but these threats and damages continues and in 2016 Judge Labarga again had to recuse the 2DCA, knowing crimes of these Defendants/Appellee's and "Others" and the chain of connected bribery of Lane et al and Nova Sales executives and their clients as KOCH Industries and Bush Et al companies that even the Chapin's and Governors Martinez to Scott have used with QUID PRO QUO to build their massive Anti Trust Monopolies with Townsends work product and resources.

13. Facts even show as Townsend informed the Town Hall TV Audience on 6/30/1994, these Defendants including McCarthy on 11/18/1987, or shortly thereafter had knowledge of crimes and motives to conceal their own or their childrens or others crimes and then to obstruct by "Hate Crimes" Townsend as the Florida Bar was reported doing and making threats to Townsend in their conspiracy to establish their personal benefits, monopolies and powers even in creating their COMMON CORE Childrens controls and Drug and Children Trafficking which in the 2016 Elections Our U.S. Citizens greatly opposed as Townsend opposed to Jeb Bush on 6/30/1994, but yet John Grant and David Gibbs III deprived and did fraud to the FBCCP/CPCS and Townsend even taking our designated funds and as "BLACK MONEY" to operate with BUSH ET AL against our Sovereign Religious Rights to our own Children.

14. Thus any alleged legal advise or Counsel from Grant et al or McCarthy et al or other Officers as FBCCP, CPCS, Law Enforcers is "Fraud" and "Fruit from the Poisoned Tree" as by their frauds they are in Breach of Contracts and our Constitutions that Townsend with "Clean Hands" still seeks to enforce.

15. Based on the foregoing and these evidences already in these 30 years of case files as admissions of guilt and criminal acts as Butler also affirms and acknowledges as criminal "Fraud and Deceptive" "ineffective services", by Butler and his Law firm and co=participants, Townsend for all Appellee's and Fed 3299 Plaintiffs requires an Honorable Officer of the Court and of Law Enforcement" to arrest and fully prosecute all Appellee's and "Others Doe to be named" once full discovery of their records reveals all their connected crimes and grant full relief to Townsend and those for whom he speaks to the fullest extent of our laws and by this Defendants be found in Contempt and jailed.

*16. As shown now by every filing of these Defendants more proofs of NIXON RICO crimes as Townsend has proved since 11/18/1987 are exposed in the 11/4/2015 Grant Email still not stopped another Christmas Holiday Season of abduction as he and Jeffers et al have done since 1994 and thus is which by all these defendants since 1987 have tried to conceal in their "vast conspiracy" and Malicious Enterprises and "Hate Crimes" Townsend exposes connecting Lane et al. as Lane on 11/18/1987, was caught and in cause of these criminal acts ongoing as this Butler action shows more "Common Nucleus Actions" and Motives and Frauds.*

CERTIFICATE OF SERVICE

*12/23/2016*

I hereby certify that a copy of the foregoing was provided this _23rd_ day of December, 2016, to the Florida Supreme Court as case SC-16-1501 and Clerk of the 13th Circuit Court Florida and the 5th DCA @ the 5th DCA eportal system using case Numbers 5D16-2184 as the Case 2D16-612 of and to the 2DCA and to the U.S. District Court

Middle District of Florida or email: to Pam Bondi et al per Shelley.cridlin@myfloridalegal.com; Celia.wright@myfloridalegal.com; Christina.santacroce@myfloridalegal.com; khornbee@hcso.tampa.fl.us; olindema@hcso.tampa.fl.us; FLservice@gtlaw.com; trammellc@gtlaw.com; moodym@gtlaw.com; richardb@gtlaw.com; keatingh@gtlaw.com; lgustofik@pcsonet.com; dconnolly@pcsonet.com; araymond@dglawyers.com; cdenny@dglawyers.com; adhodgins@dglawyers.com; jbutler@dglawyers.com; corourke@dglawyers.com; scruggspa@aol.com; kkharrod@gmail.com; daxelman@mcdonaldhopkins.com; epeyton@mcdonaldhopkins.com; gcarr6052@gmail.com; Mccarthyp1@outlook.com; John.grant@johngrant.net; jgrant@tampaestateplanners.com; debevoise@debevoisepoulton.com; cook@debevoisepoulton.com; todds@hillsboroughcounty.org; kjeffers@citruspark.org for Tim and Karen Jeffers Odessa, Florida 33556 and Littler, Mendelson, P.C. Attn. jabeckerman@littler.com; kljackson@littler.com; MPiloto@littler.com; fidelma.morales@myfloridalegal.com; sdunton@littler.com; EEOC Tampa Field Office C/O Mr. Stanley Moffett, Stanley.moffett@eeoc.gov and Molinais@hillsclerk.com
SUPPORTING AFFIDAVIT
BEFORE ME THE UNDERSIGNED AUTHORITY, PERSONALLY APPEARED RANDALL C. TOWNSEND, PRESENTING IDENTIFICATON, WHO UPON BEING DULY SWORN AND CAUTIONED EXECUTED AND STATED IN HIS OWN WORDS AND TOOK AN OATH THAT THE STATEMENTS AND THE THINGS CONTAINED THEREIN ARE TRUE AND CORRECT, TO THE BEST OF HIS KNOWLEDGE, INFORMATION AND BELIEF.
WITNESS MY HAND AND OFFICIAL SEAL THIS 23rd DAY OF December, 2016,
BY ID PRODUCED_____FLORIDA DL_____
NOTARY PUBLIC:_____

12/23/2016

MECHELE A. LEONARD
Notary Public, State of Florida
Commission # FF 47636
My comm. expires Aug. 22, 2017

Respectfully submitted;
Randall C. Townsend, Individual, Pro Se, for himself and per F.S. 617.0834, the Unanimously Elected Representative of the First Baptist Church of Citrus Park and its Ministry as The Citrus Park Christian School per our 1994 BYLAWS, never lawfully removed from said Commission as Member.
P.O. Box 5, Osprey, FL 34229
941.350.2677
JFYRT59@hotmail.com
Judgeoneforyourself@yahoo.com
www.Judgeoneforyourself.com

R. Townsend
POBox 5
Osprey Fl
~~32929~~
34229

Tampa/St Pete Fl. 336
SUN 25 DEC 2016 AM

Attn Clek
for Filing

U.S. Middle District
801 N. Florida Ave
Tampa Fl
33602