IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT (TAMPA) FLORIDA
CASE NO.: 8:16-CV-3299-EAK-MAP
*"WITH CLAIMS OF UNCONSTITUTIONALITY" PETITION FOR MANDAMUS*

| | | |
|---|---|---|
| RANDALL C. TOWNSEND, | ) | Now Judge: JAMES D. WHITTEMORE |
| Individually, and as natural | ) | FROM:13th CIR. 2015-1928; 2D16-612; |
| Parent and lawfully as | ) | 5D16-2184; FSCT 2016-1501 |
| Guardian, and next friend of J.D.T. | ) | RICO AND TORT VIOLATIONS OF: |
| and J.G.T., and as F.S.§617.0834 | ) | CHILD CUSTODY; CIVIL RIGHTS; |
| "Representative" of THE FIRST | ) | CONTRACT RIGHTS; Including |
| BAPTIST CHURCH OF CITRUS | ) | SOVEREIGN RELIGIOUS RIGHTS and |
| PARK (FBCCP) AND MINISTRY | ) | HUMAN TRAFFICKING AND |
| CITRUS PARK CHRISTIAN | ) | DEFAMATION AND INJURY AND |
| SCHOOL (CPCS) A FLORIDA | ) | FRAUD AND OMMISSIONS ACTS AND |
| "NOT FOR PROFIT" CORP. | ) | DEMAND FOR JURY TRIAL AND |
| PLAINTIFF(S) | ) | BENCH WARRANTS SOUGHT AND |
| V. | ) | INJUNCTIVE RELIEF SOUGHT_____ |
| JOHN GRANT, INDIVIDUAL, and | ) | |
| JOHN GRANT, Et AL, and AS | ) | **TOWNSEND ET AL NOTICE OF APPEAL** |
| "PERSONS" Listed below AND/OR | ) | And **PETITION FOR MANDAMUS FOR** |
| "OTHERS DOE TO BE NAMED" | ) | **RECUSAL OF FSCT AND U.S. MIDDLE** |
| CHARLES E. LANE Jr. et al | ) | **DISTRICT (TAMPA) FOR VOID ORDERS** |
| "JEB" BUSH, PAM BONDI, | ) | Related Previous Continued Actions/Cases: |
| JAMES BALLARD, | ) | Townsend ET AL v. Heather Gray et al |
| BRIAN D. BALLARD, | ) | 8:12-CV-1198-EAK-EAJ |
| BOB MARTINEZ, GOVERNOR | ) | Townsend ET AL v. Ronald Beck ET AL |
| MEL MARTINEZ, | ) | 8:06-CV2050T-30-TGW |
| GEORGE W. BUSH #43 | ) | **From The Eleventh Circuit:** |
| GEORGE H.W. BUSH #41 | ) | Townsend et al v. Heather Gray, Beck et al |
| FLORIDA A.G'S. Jim Smith-current | ) | 12-13892AA |
| KOCH INDUSTRIES, | ) | Townsend et al v. Ron Beck et al |
| EDWARD CRENSHAW, Publix | ) | 08-10721 |
| NOVA SALES INC. | ) | Removed From Florida State Courts: |
| JORGE LABARGA, Judge | ) | FSCT 16-1501 Townsend v. Grant et al |
| EMMETT BATTLES, Judge | ) | FSCT 11-1042 Townsend v. Gray |
| CHRISTOPHER NASH, Judge | ) | FSCT 07-1181 Townsend v. Townsend |
| DAVID GEE, Sheriff | ) | FSCT        Townsend v. Scruggs |
| BOB GUALTIERI, Sheriff | ) | FSCT 97-8519, 9th Cir. T. v. Chapin et al |
| GRADY JUDD, Sheriff | ) | FSCT 97-8520, 9th Cir. T. v. Popper et al |
| ROBERT O'NEIL, Individual, | ) | FSCT 86-918 (1996) Townsend v. Lane et al |
| ELIZABETH A. KOVACHEVICH, | ) | 2DCA 10-774 Townsend et al v. Gray et al |
| STEPHEN D. MERRYDAY, | ) | 13th Cir. 06-6005 Townsend v. Gray et al |
| HEATHER M. GRAY, ET.AL. prior | ) | 13th Cir. 02-03812 Townsend v. Beck et al |
| Attorney for Plaintiffs now Disbarred) | | 13th Circuit 01-15813, 01-15814, 02-4974, |
| RON BECK, TIM JEFFERS, KAREN HARROD,) | | |
| STEVEN HARROD, DAVE FERGUSON, FSCT, U.S.M.D. (TAMPA) ET AL_____/ | | |

FILED

1

**COMES NOW RANDALL C. TOWNSEND, LAWFULLY FOR HIMSELF AND AS F.S.617.0834, REPRESENTATIVE,** AND FILES THIS PETITION FOR MANDAMUS AND APPEAL, JOINTLY SPEAKING STILL FOR ALL PETITIONERS AS LAWFULLY ELECTED WHISTLE BLOWER PER THE CONTRACT(S) AS BY-LAWS OF THE FIRST BAPTIST CHURCH OF CITRUS PARK (FBCCP) YEARLY SINCE 1993, AND LAWFULLY RECOGNIZED BY THE STATE OF FLORIDA WHICH BY LAWS AND THE FLORIDA CONSTITUTION AT ARTICLE I. SECTION THREE, AND OTHER STATE LAWS AFFIRMS TOWNSEND IS STILL AS LAWFULLY ELECTED WITHOUT FRAUD(S) AS THE F.S. 617.0834 SUPERIOR AUTHORITY AND IT IS UNLAWFUL TORT(S) FOR "IMPOSTER" NON-MEMBERS OF THE CHURCH/SCHOOL OR COURTS "UNDER COLOR OF OFFICE" AND OR "UNDER COLOR OF RIGHT" TO INTERFERE, "IMPEDE" AND OR DO FRAUD TO OUR SAID CONTRACTS AND CONSTITUTION(S) AND STATES:

1. This Action began in November 1987, and from the first meeting with attorney Patricia McCarthy on 11/18/1987, Fraud and Deceptive Practices began on her clients by Omission of Truthful Disclosure to conceal her and the "Others" Unconstitutional RICO and HOBBS ACT violations of Controlling Commerce to establish their Unjust Enrichment and Anti Trusts and Monopolies against Clients Rights and Citizens "Free Will". These "Officers of the Court" then as "impostors" intentionally and knowingly began "Fraud on the Court" by treasonous acts to Our Constitution and Citizens.

2. This case now returns back this 3rd time to the 11th Circuit Court of Appeals:

1st Following the 11th Circuits Courts Order Townsend now proved "Ineffective Counsel" Of Attorneys was intentional and is acts of Treason by their "Fraud on the Court".

2nd Then the second Order is proved showing Judges intentionally acted in collusion to violate their Oaths and Citizens and acted without Jurisdiction per RANKIN.

3rd Per these cases facts are established and as presented in filings with the lower courts:

A. *KENNER v. C.I.R.* 387 F. 2d 689 (7th Cir. 1968) and 7 Moore's Federal Practice http://freedom-school.com/law/fraud-on-the-court-by-an-officer-of-the-court.html which states: "Under Federal law which is applicable to all states, the U.S. Supreme Court stated that if a court is "without authority, its judgments and orders are regarded as nullities. They are not voidable, but simply void; and form no bar to a recovery sought, even prior to a reversal in opposition to them. They constitute no justification; and all persons concerned in executing such judgments or sentences, are considered, in law, as trespassers." ELLIOT v. PIERSOL 1 Pet. 328, 340, 26 U.S.328, 340 (1828) Elliot v. Pierson. Second, a judge is not immune for actions, though judicial in nature, taken in the complete absence of all jurisdiction. [29 MIRELES V. WACO 502 US 9. 116 L. Ed 2d 9, 14, 112 S Ct 286 (US1991)...";

B. *Rankin v. Howard*, 633 F. 2d 844 (1980)."

"When a judicial officer acts entirely without jurisdiction or without compliance with jurisdiction requisites he may be held civilly liable for abuse of process even though his act involved a decision made in good faith, that he had jurisdiction, {U.S. Fidelity & Guaranty Co. (State use of ), 217 Miss. 576, 64 So2d 697]."
"No man in this country is so high that he is above the law. No officer of the law may set that law at defiance with impurity. All the officers of the government, from the highest to the lowest are creatures of the law and are bound to obey it."..."It is the only supreme poser in our system of government, and every man who, by accepting office participates in his functions, is on the more strongly bound to submit to that supremacy, and to observe the limitations which it imposes on the exercise of the authority which it gives."
[U.S. v. Lee 106 U.S.196, 220 1 S. Ct. 240, 261, 27 L.Ed 171 (1882).
"When a judge knows that he lacks jurisdiction, or acts in the face of clearly valid statutes expressly depriving him of jurisdiction, judicial immunity is lost. [Zeller v. Rankin, 101 S.Ct. 2020, 451 U.S. 939, 68 L.Ed 2d 326]".

C. *RANKIN V. HOWARD* 633 F.2d 844 Cent. Den (1980)

"Judge Howard had been independently divested of absolute judicial immunity by his complete lack of Jurisdiction." Failure to follow F.S. 38, on illegal issues of Prejudice raise issue of lack of Jurisdiction. Scruggs disqualified Timmerman and Townsend served many actors per:

SALINAS v. UNITED STATES 96-738 U.S. Supreme Court from 522 U.S. 52, 65, per 18 U.S.C. Section 666: "A conspirator need not agree to commit the substantive offense—or even be capable of committing it –in order to be convicted. It is sufficient that the conspirator agreed to the underlying crime be committed by a member of the conspiracy capable of committing it."

Thus Judge Muszynski bordered on Malfeasance by delay requiring production of the Lane et al records of bribes from day one but no question of Criminal Intent for Malfeasance can be withheld from Lane et al with Publix et al, with McCarthy, Popper, Chapin in collusion with Rom Powell, Linda Chapin, Lawton Chiles and his agents including the FSCT and AG's and Jeb Bush, Charlie Crist, Rick Scott and his Agents and John Grant with Pam Bondi and their Agents still being exposed.

Thus the Issues of this Case rests now with Chief Judge Jorge Labarga to be a Constitutional Judge or another "Impostor".

D. SANTOSKY v. KRAMER 455 U.S.745 shows Burden of Proof for removal of Parental Rights. In this case since 9/8/1999, Townsend's and his children's Rights were totally severed without Due Process even explained in details per the 1994 BYLAWS, for defamation and extortion to conceal these Appellee's and "Others Doe to be Named" Malicious Enterprises and "Hate Crimes" of Treason.

E. SAPIENZA v. KIRKLAND 154.So2d 204,
"Pleading should not be stricken in its entirety as sham, if, under facts established, there is an issue upon which pleading could be good in part."

F. SCHEUER v. RHODES 416 U.S. 232 94 SCT 1683 (1974)
State cannot grant immunity or vindicate or excuse a deputy or law enforcer or any Government Person who violates Federal Law. Clearly a "judge" or "attorney general" is an "imposter" of the law who directs a "law enforcer" to do more "Hate Crimes" to obstruct the Civil Rights of a victim/Citizen.

Email of 5/7/2014, as Plaintiff's Exhibit #20, By HCSO Deputy McDarby then is proof of their crimes and Emmett Battles and the 5th DCA nor the FSCT nor Bondi et al can give themselves immunity for "Hate Crimes" and conspiracy to commit the crimes as the Bondi Attorney's General Email states below herein and still ongoing as all since 11/18/1987, and before are stealing Townsend's property, money, and Rights by Contracts for which Appellee's are in Breach and for extortion even since 1999, abducted his two children.

G. SEDIMA v. IMRES CO. INC 741 F2d 482 Premature to dismiss R.I.C.O. case before evidence can be presented based on anticipated further discovery and investigation.

H. U.S. v. SILVERMAN 745 F.2d 1386, "Knowledge and intent are necessary to sustain conviction under statue relating to corruptly endeavoring to influence, obstruct, or impede due administration of justice; however, government is not required to prove that defendant harbored specific purpose of obstructing due administration of justice, but rather, must establish that defendant should have reasonable foreseen that the natural and

4

probable consequences of success of his scheme would achieve precisely that result. 18 U.S.C.A. at 1503.

This case was one of 48 argued to the 5th DCA since January 21, 1999.

I. ZOCARAS v. CASTRO 465 3rd 479 (2006) 1/8/2016 Transcript page 28,

"Ineffective Counsel" as ruled by the 11th Circuit Court of Appeals in this Action should not cause a case be dismissed and the client lose his rights to a fail trial because the "ineffective counsel" was proved in conspiracy "Under Color of Official Right" with "imposter" Rankin id. "Officers of the Court" as the FSCT and A.G's and "Others" even as Governors and Presidents for their Malicious Enterprise of RICO, Frauds and Deceptive Practices through Monopolies as shown herein acting for Unjust Enrichment for themselves and intentionally as HCSO Detective McDarby wrote in his email 5/7/2014, "We don't follow Federal Law" as this shows the entire Florida Judicial System is a Mockery because A.G. Pam Bondi says We (Florida) follow the Rule of Law but only when it serves them in opposition to U.S. v. Lee id. to steal Townsend's resources, and relationships and property which put Lane and "others" in business and has made them billions, which is Townsends .

J. ZELLER v. RANKIN 101 S.Ct. 2020 451 U.S. 939, 68 L.Ed 2d 326

K. CITATIONS AND STATUTES

A.D.A. 42 U.S.C. 12203

While this applies to A.D.A. the intent of the law applies here to protect Petitioners who are disadvantaged as non lawyers or Government Persons allowed all the benefits of their "insider" knowledge.

CIVIL RIGHTS ACT OF 1964

Relating to Bussing and Segregation and Other acts for equal protection.

FLORIDA CIVIL RIGHTS ACT OF 1992

Florida Statue 760.71

ADOPTION AND SAFE FAMILIES ACT OF 1997- PUBLIC LAW 105-89, approved 416-5.

CIVIL RIGHTS ACT OF 1997 for Gain of Title IV and Title V Federal Grant Money for the States, CPS and AGENTS who ignore Due Process.

HUMAN TRAFFICKING IN FLORIDA

F.S. 787.06(2)(d) "defines human trafficking as "transporting, soliciting, recruiting, harboring, providing, enticing, maintaining, or obtain another person for the purposes of exploitation of that person." "The statute also outlines Florida's goals of assisting victims and prosecuting offenders. *Using Coercion for labor or services is a 1st Degree Felony 787.06(3)(a), F.S....*Anyone who knowingly or in reckless disregard of the facts engages in or benefits financially by receiving anything of value from trafficking can be prosecuted 787.06(3), F.S.*All human trafficking offenses can be prosecuted as RICO offenses in Florida as Organized crime....Who are the victims? ...*Children and adults induced to perform labor or services through force, fraud, or coercion." F.S. 943.0583 "On the other hand, if a child is alleged to have been a victim of human trafficking, the prosecutor done not need to prove that the child was coerced into performing labor, services, or commercial sexual activity. As a result, simply exploiting a child for the purpose of labor, services, or commercial sexual activity would support Human Trafficking conviction." Per Richard E. Hornsby, P.A. website. The definitions of

"Labor" and or "services" under the law is not defined nor specific to be required for sexual activity.

Force or coercing a child to abandon their safe parent, safe home, and or contact with the other parent in their assembly at church or school or social activities and city and or any and all communication with a parent for purposes of bribery, extortion, unjust enrichment, conspiracy and other crimes defined as "Hate Crimes" shows Unlawful Purposes in the Tort Interference with Child Custody specifically when Due Process is intentionally violated even after the warnings of Judge Palomino on 11/15/2001 and the Order of Visitation of Judge Timmerman and by force to prevent the Child from being called as a witness to their suppression of their Civil Rights and or to validate criminal charges made by "Imposter" "Officers of the Court" and "Alias" Law Enforcers and or a parent in collusion for Unjust Enrichment and collusion to prevent her criminal prosecution."

HOBBS ACT of 1946—a.k.a. Anti-Racketeering Act, Prohibits actual or attempted robbery or extortion affecting interstate or foreign commerce "in any way or degree". "The term Robbery as used in this section means the unlawful taking or obtaining of personal property from the person or in the presence of another, against his will, by means of actual or threatened force, or violence, or fear of injury, immediate or future, to his person or property, or property in his custody or possession, or the person or property of a relative or member of his family or of anyone in his company at the time of the taking or obtaining. (2) The term extortion means the obtaining of property from another, with his consent, induced by wrongful use of actual or threatened force, violence, or fear, or under color of official right."

"18 U.S.C. Section 1951 In essence, the Hobbs Act elevates all but the simplest acts of robbery and extortion to the level of federal crimes."

18 U.S.C. Section 1951 Interference with Commerce also proscribes conspiracy to commit robbery or extortion without reference to the conspiracy statute at 18 U.S.C. Section 371.

Fear of economic loss will be sufficient for a Hobbs Act Violation Claim.

Practices to gain Political Contributions is sufficient for a HOBBS ACT Claim.

{Townsend Established to each Officer of the Court and Law Enforcer yet each Appellee and "Others Doe" conspires and "impedes" and Omitted Truthful Disclosure in "Bad Faith" even more when these thefts caused the ABDUCTION OF J.D.T. and J.G.T. since 1999.}

McCormick v. United States 896 F.2d 61,67 (4th Cir. 1990rev'd 111 S.Ct. 1807 (1991). EXTORTION UNDER COLOR OF OFFICIAL RIGHT

"The obtaining of property from another, with his consent, induced by wrongful use of actual or threatened force, violence, or fear, or under color of official right."

To Prove facts for a conviction under the HOBBS ACT prove that you have: Induced or attempted to induce the victim to give up money or property; Used the victim's fear of physical harm or economic injury in order to obtain money or property; "the plaintiff/prosecutor need only show that a public official has obtained a payment to which he was not entitled, knowing that the payment was made in return for official acts per United States v. Urban 404 F3d 768 (3rd Cir. 2005); When a government agent engages in extortion "under color of official right" he is essentially using the governmental

powers with which he has been trusted to gain personal or illegitimate rewards."; a
Affected interstate commerce in some way by your alleged extortion or robbery.
There are many other predicate acts listed in section 1961(1) that are mirror images of
extortion. These are circumstances when obstruction of justice (18 U.S.C. Sections 1503,
1510, 1511, 1512, [Tampering with a witness] or 1513) will also constitute extortion, e.g.
an employer engaged in illegal activity may threaten an employee "testify to X when the
police talk to you or you'll be fired" or "you'll be killed". By this single threat, the
employer may have violated both the Hobbs Act and an obstruction of justice statute."
Quoted of Jeffrey E. Grell, Attorney at Law.
18 U.S.C. Section 666, Theft or bribery for conversion of Federal Funds.
FREE EXERCISE CLAUSE Reynolds v. U.S. 98 U.S. 145 (1878). "Generally
interpreted to provide that government cannot prohibit religious beliefs and opinions;
however, they may prohibit certain practices."
"For Government to restrict religious practices, a compelling government interest must
exist."
No Government interest can be shown in this case but only private individuals "Under
Color of Law" personal Unjust Enrichment by thefts by Fraud and Deceptive Practices
and Extortions.
NO AID CLAUSE
Lemon v. Kurtzman 403U.S. 602, 612 -613 Lemon Test
Bush v. Holmes 836 So2d 340, 358 (Fla 1st DCA 2004) "The Statute must not authorize
the use of public monies directly or indirectly , in aid of a sectarian institution." Thus as
Florida Constitution Article 1. Section 3. Violated by Joe Howlett, Tim Jeffers and John
Grant et al since 10/1994.
FAMILY LAW 71.30 Tort interference with Children. To Crenshaw 5/10/06
FLORIDA TORTS ---FRAUD
REVITZ V. TERRELL 572 So. 2d 996, 998 (Fla. 3d DCA 1990) "If the defendant
provides any information about an aspect of the transaction, he or she must tell the whole
truth." 26.100 "...(viii) Any action defendant took to prevent plaintiff from investigating
truth of defendant's representations..."
26.102 DOCUMENTS (1) Copies of written documents containing defendants fraudulent
misrepresentations or promises, including (a) Contracts. (b) letters... (3) Previous or
concurrent agreements relating to same subject matter..."
U.S. CONSTITUTION AND FLORIDA CONSTITUTION--
"NO LAW SHALL IMPEDE THE OBLIGATION OF A CONTRACT."
This Law is one of 48, Argued to the 5th DCA since January 21, 1999.
So any act to "Impede" the JVA and the 1994 BYLAWS and the U.S. Constitution and
the Florida Constitution is a "Breach of Contract" and an act in the RICO
"TYRRANICAL" "KINGPIN" AGENDA.
THE HOLDER STANDARD "THE HOLDER STANDARD" to Judge Gregory Holder
as: "A judge should not allow family, social, political or other relationships to influence
the judge's judicial conduct or judgment."
THE KRAUSE STANDARD as an Attorney by "Fraud and Deceptive Practices" and
"Bad Faith" to collects funds to aid and abet a Judicial "Officer of the Court" as the
Florida Supreme Court and their Agents have been proved to have acted and Conspired
since about 1987 and before.

Clearly in this case it is a Mockery by "Impostors" of the Court with "Smoke and Mirrors" to deny Patricia McCarthy, David Popper, Charles Williams Jr., Bruce Chapin, John Grant, Charles Scruggs, Heather Gray, Charles Denny IV and "Others" did not do the same violation since 1987 and before, and all Judges, Attorney's Generals and "Others" directly by overtly taking and using Townsend's Property and indirectly by I.O.L.T.A. funds, even violating F.S. 775.03, Unlawful Benefit to Clergy, used to defame Townsend through the illegal acts of the unconstitutional Family Court and their actions in Civil Court, evident here.

STRICKLAND v. WASHINGTON 466 U.S. 668, 664 (1984) The Sixth Amendment of the U.S. Constitution guarantees every accused individual the right to effective assistance of counsel.

Yet the McCarthy et al, since 11/18/1987, and as the Florida Supreme Court and their agents and as Florida Bar Executive Officers in this Case since 1994 have made personal threats to Townsend that they obtain "Superior Knowledge of the Law" and threatened, "If you get your law degree within 6 months we will find a way to have you disbarred and put you in jail for something!" Now 30 years of evidence shows Appellees threats even threatening lawyers who talk to Townsend.

TITLE 18 section 2071 U.S. Code.

Concealment, removal or mutilation generally, of Records.

U.S. CODE 28 PART IV CHAPTER 85 SECTION 1343

U.S. CODE 42 TITLE V. SECTION 12103 PROHIBITION AGAINST RETALLIATION AND COERCION

U.S.CODE 42 Section 12203—Prohibition against retaliation and coercion (a) No person shall discriminate against any individual because such individual has opposed any act or practice made unlawful by this chapter or because such individual made a change, testified , assisted or participated in any manner in an investigation , proceeding or hearing under this chapter...."

U.S.CODE 42 CHAPTER 21 SECTION 1983

U.S.CODE 42 Section 14141

U.S. CODE 42 CHAPTER 126 SECTION 12202

Bob Butterworth — Fla. Attorney's General Op. 82-64. And 84-66 and 96-41. shows Crimes of Judges Quince, Anstead, Wells, Pariente, Lewis, Cantero and Bell, acting without taking Oaths.

F.S. 112.313 Disclosure or Use of Certain Information—A current or former public officer, employee of an agency, or local government attorney may not disclose or use information not available to members of the general public and gained by reason of his or her official position, except for information relating exclusively to governmental practices, for her or her personal gain or benefit or for the personal gain or benefit of any other person or business entity."

F.S. 838.21 Misuse of Confidential Info with intent to Obstruct, impede, or prevent a criminal investigation or a criminal prosecution, which such information is not available to the general public is gained by reason of the public servant's official position, commits a third degree felony.

***Done by all Appellees since 11/18/1987 or before "impeding" the Obligations of the JVA Contract and his money and rights Owned by Townsend's Services and all Appellee's by "Bad Faith" and Fraud and Deceptive Practices concealing Lane et al and

the money Townsend made and earned because Lane was forbidden by the Clients in their Accounts and then Lane stole the money since 1987, and used the money for the payment of his bribes in their "Pay to Play" they knew Townsend reported as Unlawful to McCarthy et al and "Others".

***Done by all Appellees since 10/1994, blocking Townsend investigate illegal P.E.#19 acts of the "Rump Faction" and "Others" at FBCCP/CPCS;

***Done by All Appellees and multiple and various times to continue their "Superior Knowledge" and Omissions of Truthful Disclosure to Appellants.

F.S. 839.18, ASSUMING TO ACT—Newly elected or appointed public officers must not assume to perform any of the duties of public office before "qualification" according to law. Doing so would be a second degree misdemeanor."

STINSON v. STATE 80 So2d 506 (Fla. 1918). Florida Supreme Court determined that F.S.839. 18 applied to a person who performed the duties of deputy sheriff before being qualified according to law. Person had been appointed as a deputy, had taken the required oath, and had executed a bond, but board of county commissioners had not approved the bond. Therefore, the person was not yet qualified to perform the duties of deputy sheriff . F.S. 876.05(1) 876.09(1) Oaths for Office."

F.S.92.50(1) Those required to take their Oath of Office.

F.S. 876.08, "Any governing authority or person who knowingly or carelessly permits an employee to continue in employment after failing to take the oath is guilty of a second degree misdemeanor."

U.S. C. Title 18 Crimes and Criminal Procedure Part I. Crimes Chapter 13 Civil Rights;

Section 241 Conspiracy against rights.

Section 242 Deprivation of rights under color of law.

Section 245 Federally protected activities.

Section 246 Deprivation of Relief benefits.

Section 247 Damage to religious property; obstruction of persons in the free exercise of religious beliefs. (2) intentionally obstructs, by force or threat of force, any person in the enjoyment of that person's free exercise of religious beliefs, or attempts to do so;...(d) (1) ...or if such acts include kidnapping or an attempt to kidnap, ...or an attempt to kill...(2) if bodily injury results to any person, including any public safety officer performing duties as a direct or proximate result of conduct prohibited by this section...or an explosive;

Section 371. Conspiracy to commit offense or to defraud United States.

Section 373. Solicitation to commit a crime of violence. "If the defendant raises the affirmative defense at trial, the defendant has the burden of proving the defense by a preponderance of the evidence. (c) It is not a defense to a prosecution under this section that the person solicited could not be convicted of the crime, because he lacked a state of mind required for its commission, because he was incompetent or irresponsible, or because he is immune from prosecution or is not subject to prosecution."

42 U.S.C. Section 1983, per the Civil Rights act of 1871; Deprivation of Rights; CRIMES VICTIMS' RIGHT ACT—State Attorneys Victims Assistance.

Nance Lopez and Curtis Baughman both admitted in 2007, they were directed to target Townsend and make false charges by their undisclosed Superior Officer assisting Joe Howlett as they attended court 11/15/2001.

FLORIDA BAR RULES OF CIVIL PROCEDURE All At some point or another most by Appellee's have been violated.

"FLORIDA SUPREME COURT MANUAL INTERNAL OPERATING PROCEDURES SECTION I. B. THE CHIEF JUSTICE.

C. THE ADMINISTRATIVE JUSTICE.

SECTION II. J. "It is the policy of the Court to expedite proceedings presenting time-sensitive issues affecting children."

But not in the Townsend case as the Florida Bar and FSCT "impostor" judges have threatened any person and Townsend since 1994 and before to not advocate his Constitutional and or Contract Rights or Parenting/Custody/Religious Rights even per the Society of Sisters Ruling as listed in the Complaint and protected by the 1994 BYLAWS "impeded" by the "impostor" deputies and "impostor" church members acting as Appellee's Agents.

RACKETEER INFLUENCED AND CORRUPT ORGANIZATIONS ACT "RICO" Effective October 15, 1970, Introduced in the Senate by John L. McClellan (D-AR) and signed into law by R. Nixon.

Applied with Anti-SLAPP Acts (Strategic lawsuit against public participation) and the "CONTINUING CRIMINAL ENTERPRISE STATUTE a.k.a , "KINGPIN STATUTE".

Famous Cases:

Louisiana Commissioner of Agriculture and Forestry, Gil Dozier, accused of compelling companies doing business with his department to make campaign contributions;

KEY WEST PD, Officers arrested for running a Protection Racket for illegal cocaine smugglers; Michael Milken, Insider Trading and Extortion, and per Respondent Superior, Corporation is responsible for acts of its employee's crimes; Los Angeles Police Department, charged as a Racketeering enterprise;

TAMPA LATIN KINGS, 2006 by The Hillsborough County Sheriff's Office and the Tampa Police Department; TAMPA GAMBINO CRIME FAMILY 2006;

JUDGES Michael Conahan and Mark Ciavarella, Pennsylvania, charged with wire fraud, mail fraud, tax evasion, money laundering and honest services fraud for kickbacks, as "Kids for Cash".

FLORIDA RICO ACT 895.01-895.06

*First Degree Felony up to 30 years in prison.

*Person engaged in at least 2 incidents of the enterprise.

*Section 895.02(1)(a) , Intimidating another person to commit and of the criminal charges that could be charged by information, indictment, or petition. The prosecutor is not required to prove that any of the predicate acts nor the RICO Enterprise itself involved any underlying economic motivation. The charging document is not required to identity the relationship between the defendant and the crimes on its face.

*Allows a prosecutor to charge a complete enterprise all at once.

*Two or more acts with 5 years of the other.

FLORIDA GANG ACT F.S.874

874.06, "A prevailing plaintiff under subsection (1) has a right or claim that is superior to any right or claim that the state has in the same property or proceeds..."

HCSO REPORT ON SARASOTA POLICE CHIEF ABBOTT, 2009

http://www.judgeoneforyourself.com/mainpage/DavidGee2014Jan.pdf

Townsend had also requested this FSCT incorporate herein all previous case evidence since 1987, and newly discovered evidence and the Petition For Mandamus and Supplemental Petition For Mandamus recently filed in this Action to be included herein.

C. MARBURY V. MADISON 5 U.S. 137 (1803) "...Any judge who does not comply with his oath to the Constitution of the United States wars against that Constitution and engages in acts in violation of the supreme law of the land. The judge engaged in acts of treason ..." and acted to aid and abet "Hate Crimes" and extortion by not enforcing Constitutional Laws and willfully acting per Lamb v. Leiter 6003 2d 632, "Conduct that prevents one from trying a case" by OCASIO v. U.S. 578 U,S, (2016) collusion by two or more persons for an unlawful agreement for PIPER v. PEARSON 2 GRAY 120, "It is no more than the act of a private citizen, pretending to have judicial poser which does not exist at all. ..." For RANKIN id. and the HOLDER STANDARD and thus by these facts, "Frauds on the Court" must be resolved as all the prior Orders are rendered Void and or Voidable per U.S. v. THROCKMORTON id. (Tr. Of 1/8/16, p.18) by Exparte Corruption."

D. BRADY v. MARYLAND 373 U.S. 83 (1963) "The government's withholding of evidence that is material to the determination of either guilt or punishment of a criminal defendant violates the defendant's constitutional right to due process."

4th and this case now proves the Actual Intent of Malicious Enterprise of the "Ineffective Counsel" and "Alias" "Officers of the Court" to for their own benefits and or as "Unjust Enrichments" as David Popper wrote in the initial litigation these Lane et al are directly connected through his "PAY TO PLAY" WITH Townsends unpaid Commissions directly he paid through Jeb Bush to his Father who bribed others and included that they admitted they lawyers and judges never even read the Contracts of the Joint Venture Agreement of August 7, 1987 and the 1994 Bylaws and as per Beatrice Foods and knowing same made intentionally conspired threats of John Grant in his emails with Sheriff David Gee and State Attorney Mark Ober and the exhibit November 4, 2015 even by John Grant forwarded to the Court and his email who have in collusion continued their illegal threats to Townsend who is advocating Our Constitutional Rights and laws and Constitutional Rights we "Redress Government" having pierced the "Corporate Veil"

and the "Government Veil" as this 11th Circuit Court of Appeals advised to expose in 2008, now proving since 1987, these "Persons" that were to be exposed by Patricia McCarthy per her agreement of representation on 11/18/1987d, was to 1. Get Lane's withheld records; 2. Set Up a Court Receiver of monies coming into the JVA; 3.Get a Declaratory Judgment on the Rights of the Parties; 4. Expose the Criminal acts of Lane and Lane et al which as an Officer of the Court each is required to do. This is then the basis of the "UNJUST ENRICHMENT" claim filed by David H. Popper and David Landis for Townsend filed in June 1988, and which Charles E. Lane Jr. and his attorney Charles E. Williams Jr. did not answer timely and therefore are in Default since 7/8/1988. With this 3rd Return now is exposed "Willful Intent" and "Singularity" and "Actual Malice" for their Intentional acts of "Fraud on the Court" and with proofs that each Defendant had no "legal" "Color of Right" or "Color Of Law" or "Jurisdiction" per RANKIN and per Our U.S. and Florida Constitution as with no Constitutional protection to perform their acts of Treason as even Florida Representative Charles Canady Jr. on the Floor Of Congress said Not even the President is above the Law and in this case the Presidents have intentionally directed Crimes ruled as "Hate Crimes" by Marva Crenshaw and confessed by defendants counsel Charles Denny IV on May 10, 2006 and used TITLE IV and KOCH FAMILES MONIES through various lobbyist and INFLUENCE to fund their "Pay to Play" from monies as commissions Townsend earn per the JVA and Or per the 1994 FBCCP BYLAWS per his commission as the Supreme Court Officer of the Nominations Committee responsible to the Owner Membership to advise on the Sovereign Rights of the 1994 FBCCP Bylaws and the Corporation "Not for

Profit" and with CPCS as it Ministry in accordance with Our Sovereign Rights and Practices.

Even the timing of the FSCT Order and the Whittemore Orders and the Quid Pro Quo proved in 2017, with Pam Bondi, Rick Scott, Charlie Crist and Others shows intentional "Fraud On the Court" based on the rulings of the Eleventh Circuit Courts rulings in this case as their conflicts of interest are blasted all over the media.

Supreme Court Justice Samuel Alito says "No person in this country, no matter how high or powerful, is above the law, and no person in this country is beneath the law."

I express a belief, based on a reasoned and studied judgment over these 30+ years, that this case involves one or more questions of exceptional importance as Petitioners again advise this Court of the following Question and Facts:

**QUESTION**---Are not per our Constitution and laws all Judges of this 11th Circuit Court of Appeals and the lower courts (especially the Florida Supreme Court "Justices" who per the Florida Attorney's General Report and Our Florida Laws, had not taken their proper oaths and recused by Chief Judge Canady in 2011 and again by Chief Judge Labarga in 2016 and admitted by Judges James Moody Jr., Marva Crenshaw, Orfinger and "others") and government persons who reviewed these earlier still ongoing related cases Townsend ET AL v.: Beck ET AL; Lane ET AL; Williams ET AL; Popper ET AL; Chapin ET AL; Karen (Harrod) Townsend ET AL; Scruggs ET AL; and now (Disbarred) Gray ET AL; guilty of continuing the Civil Rights violations, HOBBS ACT and RICO Acts since 1987 of Charles E. Lane ET AL, [in Breach and Default of Contracts and illegally and criminally taking Whistle Blower Townsends rights, money, services, property since 1987 and illegal abduction of the children since 1999, and depriving

"others" for whom Townsend speaks] as "law enforcers" are required to stop not aid and abet an ongoing unconstitutional and criminal act(s)?

FACTS!

The United States and Florida Constitution state, "No Law shall impede the obligation of a contract".

Petitioner Townsend et al per our Constitutional Rights never Willfully gave up our Sovereign Rights as: Redress the Government; Due Process of a Jury Trial; and or Sovereign Religious Practices and or Constitutional Due Process in Our Courts and or Unlawful Seizures of Our Kids, Property and Resources and Rights, yet alias "Officers of the Court" and "Others" have impeded Due Process in this Whistleblower action since 1987 or before by their taking bribes from these Defendants through various Lane/McCarthy Et Al defendants who embezzled Townsend's resources by Omission of Truthful Disclosure and Fraud and Deceptive Practices still ongoing as Townsend defined in this Claims.

The Joint Venture (JV) Agreement of Sabal/Future signed and notarized 8/7/1987, is a binding legal document not violated by Townsend as McCarthy and Popper and Chapin directed and yet to be honored by Lane et al or McCarthy et al or Grant et al nor was Townsend fully paid for the services rendered.

The FBCCP By-Laws are a legal contract of our members as fully recognized per Florida, F.S. 617, and members upon joining take an oath to uphold our By-Laws and Defendants (a.k.a. Masked Jeffers ET AL Deputies) must not tort same.

To Footnote 2 of the 2/1/13, Order, the filings are notarized.

Our contracts for services with retained lawyers, Florida Bar Members and Judges and Government Officers named herein this Amended Complaint and others as "Others DOE" as retained to uphold is to be served per the Black Law Rules and Cannons of the Florida Bar Association and American Bar Association and rules per the Judicial Qualifications Commission per their Oath to uphold our Constitutions of these United States and of Florida, the Hillsborough, Pasco, Pinellas, Santa Rosa, Escambia and Orange County Charters as Laws and binding contracts to protect our rights of Townsend Petitioners.

Despite the unfounded 2/1/2013, opinion stated by Judges Hull, Jordan and Black, as: "Townsend's notarized amended complaint named over 200 defendants, the vast majority of which had no obvious connection to his underlying grievances." is not supported by: (1) Our Laws; (2) previous rulings of this court; (3) nor facts in evidence or facts stated as caused RICO actions in this or other verified affidavits, brief(s) and complaint(s) or facts admitted by "judges" and defendants themselves admitting their willful co-participation upon knowing these RICO crimes of LANE ET AL since 1987, or of facts yet to be published due to torts of this courts 2/1/13, Opinion as contradictory to the "Ineffective Services" Unpublished 2008 Opinion(s) of Judge Black and this Court En Banc related to the same named "Lawyers" and "Government Persons" now named in this action as each had and still has Mens Rea motives in collusion to damage Townsend et al per our Contract Relationship(s) and their expected rewards of Quid Pro Quo Actions and the money trail from their Superior Government Connections as now exposed as the "Government Veil" Townsend alleged since the 1990"s when first learning Bruce Chapin was married to Linda Chapin, the Chair Person of the Orlando

County Commission (controlling Orange County Government just like Pat Bean ET AL did control Hillsborough County Government actions against Townsend) and then with later facts learning Bruce Chapin had since on or before 1991 and has biased secret connections with the Florida Supreme Court, Florida Bar, Florida Department of Law Enforcers, Governors Chiles (already since the 1970's having a personal vendetta against the Townsend family) and MacKay and Hillsborough County Lawyer turned Hillsborough County Administrator Pat Bean (later fired by the Hillsborough County Commissioners for same actions of self-dealing herself County Funds and "unlawfully" fixing the Hillsborough County v. FBCCP, Eminent Domain Case as Townsend alleged as unlawful and in breach of the By-Laws by these named Beck, Jeffers, Howlett, Smoak, Meister, Powell, Leatherman, Smith and "Others" in the FBCCP Sect) and receiving "Ineffective Services" by unlawful illegal benefit from the alleged "legal counsels" (Grant, Gibbs, Gardner, Gaylord, Scruggs, Turmel, Dickinson & Gibbons, Solomon, Gray and Others Doe") of the FBCCP and the Membership as a whole now proved by even this own courts 2008 Opinion as giving "ineffective services" to Townsend since 1987 and those for whom Townsend speaks.

Despite this 2013 opinion that Defendants are not connected each, Defendant(s) since "ineffective services" lawyers Patricia McCarthy, David Popper, Charles E. Williams intentionally concealed the Charles E. Lane, Jr. ET AL, [Charles E. Lane Sr., Ed Crenshaw follow the Publix Advertising and Marketing Dollars trail], [Joe Ligori (Nova) follow the companies Townsend lost to Ligori in 1993 and since, because of or by threats of Chapin(s), Judge Powell and Lanes Publix Connections] and "Others" Named herein and "Others DOE" since 11/1987, when Townsend became the Whistle Blower to the

Lanes Drug's Uses and Extortion and Bribery, Judge Muszynski's 1989 Orders if obeyed prove each has an ongoing motive to continue the RICO and "Other" illegal Actions still ongoing verified by HCSO illegal threats just made again for all to Townsend and his family in 11/2012 as admitted by John Grant in 11/2012, and "Others" since. McCarthy and Bondi, Ober and Bushes with U.S. Attorney O'Neill acts are also still being revealed. New evidence now fully connects the embezzled resources from Townsend via Lane et al were since 1987 and still used by Lane et al to bribe and extort "impostor" "judges" and "Government persons" through the Lane et al connections with "other Does to be named" as Third Parties and or lobbyist, as Brian Ballard, Former Florida Attorney's General Jim Smith, the KOCH Families and Southern Strategies Group, Charles Canady Sr and Charles Canady Jr and Governors Martinez through Scott and with "others" who have been in the "Pay to Play" created by Lane et al with using lobbyist as Lane, Trohn and Gray Robinson and Southern Strategies Group and Ballard and Associates with direct ties to Jeb Bush and "Others" since 1987 directly from the Lane et al bribery and RICO. Since the 1991, meeting by Townsend with David Gibbs III, and then informing John Grant, Jeb Bush and Ken Connor since 1994, "Republicans" (Per Governor(s) Jeb Bush and his family and Gov. Charlie Crist and Gov. Rick Scott and Charles Canady Jr. and Pam Bondi with State and Federal "Others Doe" appointing and controlling "judges", State Attorneys, Assistant State Attorneys, Florida Secretary of States, FDLE Officers, Florida Attorney's Generals, DOJ and "Others" had and has just as much will, knowledge and reckless leverage over the defendants and has had Mens Rea Motives to privately know Townsend's Whistle Blower information and yet at the same time deny, distract

and deprive Townsend ET AL about his and others Whistle Blower facts per U.S.C. 1962 (c) against them in individually and as co-conspirators per U.S.C. 1962 (d).

This 2013, Ruling of Judges Hull, Jordan and Black as Justice Black from the 2008, unpublished ruling seeming obviously to abandon and reverse himself from his 2008 finding of "ineffective counsel" as also upheld by the entire court En Banc, did not per the intent of our laws answer the Appellants Legitimate Legal Questions raised in these connected Appeal(s) and as such raises more suspicion to the claim of illegal acts Under Color Of Law to evade Constitutional Rights of Appellants to ever have Due Process, their or our first Honorable Day in any court as it is the directly connected co-participants from illegally acting Under Color Of Law by Governors and their "agents" through other "alias law enforcers" who abducted and still illegally detain Appellants Children, Contractual and Constitutional Rights and property and of others.

These named Judges and "Others" in collusion since on or about or since the ruling of Judge Muszynski of the 18th Circuit Court of Florida in 1988-1989, have knowingly and intentionally participated in violations of Townsend and continues to all Petitioners Constitutional Laws and Rights, Due Process and intentional fraud in violation of the United States Constitution, The Constitution of the State Of Florida, The By-Laws of the FBCCP and Laws of Just Courts even ruling on facts Townsend advocated since 1988 or before acting in intentional collusion with those under contract allegedly acting as attorney's for Townsend and those for whom per Florida Statues 617.0834 were retained to advocate per the law.

"Law Enforcers" since Townsend fired David H. Popper, Bruce Chapin, Charles Scruggs, Heather Gray and Dickinson and Gibbons and John Grant per the facts advised to the

Crenshaw court on 9/7/2006, have knowingly conspired with keeping RICO: bribery; Extortion; unlawful detention; intentional tort interference with business relations; intentional interference with custody; assembly relationships; frauds; drug uses; freedom of speech; discovery; Due Process and other practices started in 1987, by Charles E. Lane Jr. and Joe Ligori and "Others Doe" ongoing against Townsend and extending RICO Acts to those for whom Townsend speaks.

18 U.S.C. 201, by intentional collusion with Jeb Bush, Ballards, A.G. Jim Smith and Family, John Grant and Family, Patricia McCarthy, David H. Popper, Bruce E. Chapin and his wife Linda Chapin, Governors Chiles and McKay, The Florida Supreme Court, The Orange County Judges and Commissioners, Sheriffs and Orange County City Police and FDLE and Florida Bar Members and "others DOE" intentionally as "Public Officials" conspiring to conceal the malfeasance and collusion of Popper, McCarthy and Williams, Jr. with Charles E. Lane Jr. and Sr. ET AL concealing the Future/Sabal JV Business Records directly and indirectly affected and disturbed and impeded interstate commerce even removing Townsend from his Future Marketing National Business practices and employments and practices of Lane's extortion and bribery practices even the use of Federal and State Funds leading to and including political campaign illegal practices and the use of HUD and Child Services funds set up for Quid Pro Quo rewards by George H.W. Bush (#41) and The Clintons and George W. Bush (#43) and Mel Martinez and "Others" using their powers and various other Federal and State Funds through various programs still used today as extortion Quid Pro Quo against Townsend by the same Gibbs III since 1991 and since 1994, Retired Senator John Grant (just 11/10/12 confessing his illegal co-participation), with HCSO , Pinellas, Pasco, Santa

Rosa, Escambia, Polk Sheriff's Deputies, Jeb Bush, Ken Connor, Mel Martinez and the Chapins (Bruce, Linda, Patrick), Harrod's (Don, Norma, Keith, Steve, Karen) the "Sect" and "Others Named in this FRAP 26.1 and Others DOE" being unlawfully bribed and rewarded by Publix Supermarkets Executives Charles E. Lane Sr. and Ed Crenshaw and "Others" to conceal their illegal practices with LANE/LIGORI/BALLARD/WILLIAMS ET AL specifically directly and indirectly meeting the Code @ 666 as stated by Del Toro to even to this day these same knowingly and intentionally conspiring extortionist Co-Participants refuse and still refuse to allow Whistle Blower Townsend by their ongoing threats, to know if his children, illegally detained from their home, church, school, father, paternal family and grandparents since September-October 1999, are alive or how Townsend can contact his own now adult children as HCSO Deputies in 3/2010 and in 2012 and at many other times acting outside their jurisdiction of Hillsborough County traveled to Sarasota County Florida as they had done in 3/2010, and did threaten Townsend to "stop filing court papers, stop trying to go to your Church at Citrus Park and stop trying to find your kids".

Also the Lane ET AL with McCarthy, Ligori, Ballard's, Smiths, Williams, Popper, Chapins, Crenshaw, Gray for the Bush and Bondi ongoing ET AL "Gang" and their knowingly conspiring co-participant "Agents" have directly by RICO and HOBBS ACT and Constitutional violations "impeded" Townsend in his all business contracts and employment(s) but expounding on these facts in this or other verified Affidavits, Complaints and Briefs are ignored by conspiring "alias" Law enforcers who willfully continue the bribery and extortion of Lane ET AL. Attempting to hide these illegal practices is "masked" in stating the Complaints are not "short" or "plain"(FRAP 8) or

"not detailed enough"(FRAP 9) or enough fee's have not been paid as each judge and law enforcer contradicts their own co-participants to continue their unjust enrichment and extortion in the "Pay to Play" with even the proofs of "judges" taking bribes and Quid Pro Quo benefits. Note that even the 5/10/06, over three hour session of "Judge" Marva Crenshaw conspiring and writing with "Ineffective services" and conspiring Charles Denny IV, the Malicious Prosecution Count and naming all co-participants as "Others" is even by later "judges" and "law enforcers" ignored and dismissed by multiple and illegal means as proved by this recent "void" orders of James Whittemore and the Florida Supreme Court "alias" judges who claim they "Under Color of Official Right" have jurisdiction.

Quoting even from this 11th Courts cases own rulings even herein citing Salinas v. United States 522 U.S. 52 (1997) quoting on accepting RICO VIOLATIONS per (1962 (c) bribes and (1962 (d)) conspiracy and Pinkerton v. United States, 328 U.S. 640, 646 (1946) ("And so long as the partnership in crime continues, the partners act for each other in carrying it forward.") If conspirators to perpetrate the crime and others to provide support, the supporters are as guilty as the perpetrators. As Justice Holmes observed: "[Plainly a person may conspire for the commission of a crime by a third person." United States v. Holte, 236 140, 144 (1915).

Defendants own records show their U.S.C. 1962, and other U.S. Codes illegal actions and willful admissions to conspire.

Attorneys and "Others" in collusion did fraud Townsend to get the Townsend v. Lane and the false Counter Claim by Lane V. Townsend case moved from Seminole County to Orange County so Bruce Chapin and Linda Chapin and "Others" in case 89-3299 could

conceal the illegal acts of all against Townsend ET AL. and as the conspiracy to continue criminal acts is still ongoing now having involved these Appellees and "Others". Thus discovery in 5/2011, of this Robinson v. Weiland, ET AL 5D05-2380, Judge Orfinger ruling 9/1/2006, and his reversal cases in 2011 shows and proves to these average citizens as Appellants each court since Orange County in 1989 or before (State and Federal) aided and abets this still ongoing criminal RICO and Anti-Trust and others acts still concealing discovery of Lanes original and ongoing criminal acts with defendants including judges under the direct supervision and direction of Orange County Commission Chair Persons Linda Chapin(Democrat) and her successor Mel Martinez (Republican) and former business law partner with Ken Connor and Gibbs III as legal counsel for Jeb Bush and "Others" now Defendants.

It by this Courts Order of Dismissal of 2/1/13, as a reversal to their Order of 2008, as "Ineffective Services" now as proved true by other acts and admissions and confessions even of their own criminal acts is now proof that this 11th Circuit Court in earlier decisions on this LANE ET AL extended case where LANE ET AL is proved involved in ongoing RICO ACTS and as Salinas v. United States 522 U.S. 52, (1997) in acts by alias judges took or benefited from QUID PRO QUO RICO Bribes and therefore as required to recuse themselves and their earlier Orders are null and void as the Orders of Florida Supreme Court Chief Judge Charles Canady, the Order of Fifth DCA Judges in 2006, and Judge Crenshaw in 2006, and Judge Moody in 2007, show the co-participants as Lane ET AL RICO Participants and therefore this court should resolve these issues.

"There is no question of general doctrine that fraud violates the most solemn contracts, documents and even judgments" See U.S. v. Throckmorton, 98 U.S.61, 64 (1878). "Fraud vitiates everything, and a judgment equally with a contract..."(Id. At 66, citing Wells, Res Adjudicata, Section 499)."

"Courts are constituted by authority and they cannot [act] beyond the power dedicated to them. If they act beyond that authority and certainly in contravention of it, their judgment and orders are regarded as nullities. They are not voidable, but simply void, and this even prior to reversal. Elliott v. Peirson 1 Pet. 328, 340; Old Wayne Life Ass'n v. Mc Donough, 204 U.S. 8, 27 Sup. Ct. 236; (See Valley v. Northern Fire & Marine Ins. Co, 254 U.S. 348, 353-354 (1920).

"If the underlying judgment is void, the judgment based upon it is also void." See Austin v. Smith, 312 F.2d 337, 343 (1962). Thus concealment, omissions and frauds Under Color of Law denies due process to Townsend and Townsend ET AL.

The Supreme Court in Caperton v. A.T. Massey Cool Co. Ins. 556 U.S. (2009) per Tuney v. Ohio 273 U.S. 510, 532 (1927):

"Every procedure which would offer a possible temptation to the average man as a judge to forget the burden of proof required to convict the defendant, or which might lead him not to hold the balance nice, clear and true between the state and the accused, denies the latter due process of law."

The Supreme Court states in Offutt v. United States, 348 U.S. 11, 14 (1954): "A judge receiving a bribe from an interested party over which he the presiding does not give the appearance of justice."

These "Void" Orders of Magistrate "Judge" Rizzo and "Judge Whittemore" and the Florida Supreme Court are all "Void" as proved by their collusion to act without jurisdiction per their "Fraud on the Court" and violation and "Impeding" of Our Constitution and Due Process and thus a Superior Court must determine this matter to the fullest extent of Our Constitution and Laws with the vested right of determining "Domestic Tranquility" resting in Our Jury Trial Process.

Conclusion: Shortly and Plainly, all named in this included FRAP 26.1 and the Amended FRAP 26.1 as Defendants and "Others" are also guilty of continuing the RICO Acts of Lane and Ligori and Ballards and Smiths and Bushes and Koch's and Clintons and Williams ET AL started and concealed by McCarthy ET AL, Popper ET AL, Chapin(s) ET AL and Scruggs ET AL and John Grant ET AL, Gray ET AL and still continuing by each as the "BONDI GANG ET AL" and even this 11th Circuit Court En

Banc as since in 2008, are "Others DOE" now included and have a duty to recuse

themselves, resign the court and turn themselves in for the fullest prosecution per our

Federal and State Laws for their Treason to Our Constitution by their "Fraud on the

Court" as Townsend first proved to and about Rom Powell since 1994.

**WHEREFORE, THIS PETITION FOR MANDAMUS** is required for Our Citizens

"DUE PROCESS" Constitutional Rights to enforce Our Laws by Our Jury Process in an

Honorable Court of Law per Our Constitutional Rights and Due Process by Our Jury and

A.      Prosecution to the fullest extent of Our Laws for these Defendants and their

Co=participants;

B.      Restoration of Townsend and Townsend et al of our relationships, rights and

resources to the fullest extent of Our Laws and awards as per "Due Process" and a Jury

Trial.

2/17/2017

CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing was provided this _17th_day of February, 2017, to the U.S. District Court Middle District of Florida and to Florida Supreme Court as case SC-16-1501 and to the Eleventh Circuit Court of Appeals and Clerk of the 13th Circuit Court Florida and the 5th DCA @ the 5th DCA eportal system using case Numbers 5D16-2184 as the Case 2D16-612 of and to the 2DCA and or email: to Pam Bondi et al per Shelley.cridlin@myfloridalegal.com; Celia.wright@myfloridalegal.com; Christina.santacroce@myfloridalegal.com; Kenneth.wilson@myfloridalegal.com; khornbee@hcso.tampa.fl.us; olindema@hcso.tampa.fl.us; FLservice@gtlaw.com; trammellc@gtlaw.com; moodym@gtlaw.com; richardb@gtlaw.com; keatingh@gtlaw.com; lgustofik@pcsonet.com; dconnolly@pcsonet.com; araymond@dglawyers.com; cdenny@dglawyers.com; adhodgins@dglawyers.com; jbutler@dglawyers.com; corourke@dglawyers.com; scruggspa@aol.com; kkharrod@gmail.com; daxelman@mcdonaldhopkins.com; epeyton@mcdonaldhopkins.com; gcarr6052@gmail.com; Mccarthyp1@outlook.com; John.grant@johngrant.net; jgrant@tampaestateplanners.com; debevoise@debevoisepoulton.com; cook@debevoisepoulton.com; todds@hillsboroughcounty.org; kjeffers@citruspark.org for Tim and Karen Jeffers Odessa, Florida 33556 and Littler, Mendelson, P.C. Attn. jabeckerman@littler.com; kljackson@littler.com; MPiloto@littler.com; fidelma.morales@myfloridalegal.com; sdunton@littler.com; EEOC Tampa Field Office C/O Mr. Stanley Moffett, Stanley.moffett@eeoc.gov; Molinais@hillsclerk.com; Bchapin@cfl.rr.com for Bruce and

Linda Chapin; chip.lane@sealanemkg.com; Melissa.pierce@sealanemkg.com; jsmith@sostrategy.com; Charlie@insideoutgc.com; ballard@ballardfl.com; brianballard@aol.com; bob.martinez@hklaw.com; 2DCAefiling@flcourts.org; 5dcaefiling@flcourts.org; mayanne.downs@gray-robinson.com; david.dzoik@kochps.com; info@kochind.com; peter.kalis@klgates.com; hlimbaugh@wineinstitute.org; j.trohn@vctta.com; freeh@freehsporkinsullivan.com

## SUPPORTING AFFIDAVIT

BEFORE ME THE UNDERSIGNED AUTHORITY, PERSONALLY APPEARED RANDALL C. TOWNSEND, PRESENTING IDENTIFICATON, WHO UPON BEING DULY SWORN AND CAUTIONED EXECUTED AND STATED IN HIS OWN WORDS AND TOOK AN OATH THAT THE STATEMENTS AND THE THINGS CONTAINED THEREIN ARE TRUE AND CORRECT, TO THE BEST OF HIS KNOWLEDGE, INFORMATION AND BELIEF. WITNESS MY HAND AND OFFICIAL SEAL THIS 17th DAY OF February, 2017,
BY ID PRODUCED_____FLORIDA DL_____
NOTARY PUBLIC:_____

MECHELE A. LEONARD
Notary Public, State of Florida
Commission # FF 47636
My comm. expires Aug. 22, 2017

Respectfully submitted;                                                      2/17/2017

Randall C. Townsend, Individual, Pro Se, for himself and per F.S. 617.0834, the Unanimously Elected Representative of the First Baptist Church of Citrus Park and its Ministry as The Citrus Park Christian School per our 1994 BYLAWS, never lawfully removed from said Commission as Member and or Officer of the Nominations Committee as the Supreme Court of the F.S.617 Corporation "Not for Profit" with Ownership of Citrus Park Christian School as its Ministry.
P.O. Box 5, Osprey, FL 34229
941.350.2677
JFYRT59@hotmail.com
Judgeoneforyourself@yahoo.com
www.Judgeoneforyourself.com